IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chicago Police Officer SHANNON SPALDING, )<br>Chicago Police Officer DANIEL ECHEVERRIA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, *et al.*, )<br>)<br>Defendants. ) | Case No. 12-cv-8777<br><br>Judge Gary Feinerman<br>Magistrate Judge Shelia Finnegan |

## DEFENDANTS' UNOPPOSED MOTION TO ENLARGE THE LENGTH OF THEIR BRIEF AND THE NUMBER OF UNDISPUTED MATERIAL FACTS

Defendants, City of Chicago, Juan Rivera, Debra Kirby, James O'Grady, Nicholas Roti, Deborah Pascua, Maurice Barnes, Robert Cesario, Joseph Salemme and Thomas Mills (collectively, "Defendants"), by their undersigned attorneys, respectfully submits this Motion to Enlarge the Length of Their Brief and The Number of Undisputed Material Facts. In support of their motion, Defendants state as follows:

1. Defendants will be filing a Motion for Summary Judgment on behalf of all Defendants on February 2, 2016.

2. Plaintiffs' claims in this case span many years and are brought against eight remaining Defendants. Due to the nature of this case and the number of individual defendants, Defendants respectfully move for leave to file a memorandum in support of their motion for summary judgment that exceeds the page limitation set by LR 7.1 and a statement of undisputed facts that exceeds the number of undisputed material facts set in LR 56.1.

3. Defendants respectfully request that the Court grant leave to file a Memorandum in Support of their Motion for Summary Judgment that does not exceed 30 pages and allow Defendants to submit up to 120 undisputed material facts.

84378346.1

4. Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs' counsel does not oppose this motion, but requests that Plaintiffs be allowed the same number of additional pages for their response brief and the same number of additional facts. Defendants do not oppose this request.

5. Additionally, Plaintiffs would like 45 days to file their Response to Defendants' Motion for Summary Judgment. Defendants do not oppose this schedule, provided Defendants are given 30 days thereafter to submit their Reply in support of Summary Judgment.

WHEREFORE, for the reasons stated above, Defendants respectfully request that this Court grant Defendants' motion.

Dated: January 27, 2016

Respectfully submitted,

**CITY OF CHICAGO, JUAN RIVERA, JAMES O'GRADY, NICHOLAS ROTI, MAURICE BARNES, ROBERT CESARIO, JOSEPH SALEMME, and THOMAS MILLS**

By: /s/ Alan S. King
Alan S. King, Esq. (ARDC #: 06198223)
Noreen H. Cull, Esq. (ARDC #: 06229417)
Leslie D. Davis, Esq. (ARDC #: 06229110)
Alejandra Lara, Esq. (ARDC # 6309517)
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Phone: (312) 569-1000/Fax: (312) 569-3334
E-mail: alan.king@dbr.com
E-mail: noreen.cull@dbr.com
E-mail: alejandra.lara@dbr.com