Deposition of Michael Spaargaren - August 13, 2015

| | | |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF ILLINOIS | |
| 3 | EASTERN DIVISION | |
| 4 | Chicago Police Officer ) | |
| 5 | SHANNON SPAULDING, Chicago ) | **CERTIFIED** |
| 6 | Police Officer DANIEL ) | **TRANSCRIPT** |
| 7 | ECHEVERRIA, ) | |
| 8 | Plaintiffs, ) | No. 12 CV 8777 |
| 9 | vs. ) | |
| 10 | CITY OF CHICAGO, et al., ) | |
| 11 | Defendants. ) | |
| 12 | | |

13          The deposition of MICHAEL THOMAS

14     SPAARGAREN, called by the Defendant for

15     examination, taken pursuant to notice, agreement

16     and by the provisions of Rules of Civil

17     Procedure for the United States District Courts

18     pertaining to the taking of depositions, taken

19     before Kathleen P. Lipinski, Certified

20     Shorthand Reporter and Notary Public within and

21     for the County of Cook, State of Illinois, at

22     Drinker Biddle & Reath, LLP, 191 North Wacker

23     Drive, Suite 3700, Chicago, Illinois, on the

24     13th day of August, 2015, at 10:00 o'clock a.m.

Deposition of Michael Spaargaren - August 13, 2015

```
 1    APPEARANCES:

 2      KINOY TAREN & GERAGHTY, P.C.

 3      BY:  MR. JEFFREY TAREN, ESQ.

 4      224 South Michigan Avenue

 5      Suite 490

 6      Chicago, Illinois 60604

 7      (312) 663-5210

 8      (312) 663-6663 (Fax)

 9      jtaren@ktglawyer.com

10          On behalf of the Plaintiffs;

11

12      DRINKER BIDDLE & REATH, LLP

13      BY:  MS. LESLIE D. DAVIS, ESQ.

14      191 North Wacker Drive

15      Suite 3700

16      Chicago, Illinois 60606-1698

17      (312) 569-1108

18      (312) 569-3000 (Fax)

19      leslie.davis@dbr.com

20          On behalf of the Defendants.

21

22

23

24
```

Deposition of Michael Spaargaren - August 13, 2015

1                          I N D E X

2    WITNESS                          EXAMINATION

3    MICHAEL THOMAS SPAARGAREN

4      By Ms. Davis                      04

5

6

7

8                      E X H I B I T S

9    SPAARGAREN EXHIBIT                PAGE

10            A                          11

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Deposition of Michael Spaargaren - August 13, 2015

```
 1                    (Witness sworn.)
 2              MS. DAVIS:  Let the record reflect
 3    this is the discovery deposition of Michael
 4    Spaargaren being taken pursuant to notice and
 5    agreement of the parties and pursuant to the
 6    applicable Rules of Civil Procedure and Federal
 7    Rules of Evidence.
 8    WHEREUPON:
 9              MICHAEL THOMAS SPAARGAREN,
10    called as a witness herein, having been first
11    duly sworn, was examined and testified as
12    follows:
13                    EXAMINATION
14    BY MS. DAVIS:
15       Q    Will you state your full name for the
16    record?
17       A    Sure.  It's Officer Michael Thomas
18    Spaargaren.
19       Q    Have you been deposed before?
20       A    Yeah.
21       Q    About how many times?
22       A    I think probably like three times.
23       Q    Three times, okay.
24       A    Yeah.
```

Deposition of Michael Spaargaren - August 13, 2015

```
 1       Q      I'm going to tell you the ground
 2    rules.  You should be aware of them since
 3    you've done this before --
 4       A      Sure.
 5       Q      -- but just to make sure that we're on
 6    the same page, you've got to let me finish
 7    asking my question before you give me an
 8    answer.
 9       A      Okay.
10       Q      The court reporter can only take down
11    one of us at a time, so we can't talk over one
12    another.
13                    If at any time you need a break,
14    just let me know.  Just I don't want you to
15    break while there's a question pending.  Once
16    you give your answer, then we can take a break,
17    as many as you need.  That's no problem.
18                    If you don't understand a
19    question, let me know.  I will rephrase the
20    question or maybe ask you a different question.
21       A      Okay.
22       Q      Because if you answer the question,
23    I'm going to assume you understood it, okay?
24       A      Okay.
```

Deposition of Michael Spaargaren - August 13, 2015

1       Q      Keep in mind that all of your
2   responses have to the verbal.  She can't take
3   down nods of heads or shrugs of shoulders,
4   things we all do, but it has to be verbal when
5   you respond.
6       A      Okay.
7       Q      Those are really the ground rules, and
8   we can get started.
9              Just one more thing, you are
10  represented here today by an attorney?
11      A      Yes.
12      Q      And who is your attorney?
13      A      Jeff to my left.
14      Q      What's your address?
15      A      9553 South Hamilton Avenue, Chicago,
16  Illinois 60643.
17      Q      How long have you been there?
18      A      Approximately like 12 years now.
19      Q      And who else lives there with you?
20      A      My wife, my four-year-old daughter,
21  and then my mother-in-law.
22      Q      You mentioned you had been deposed
23  three times previously.  Were you involved in
24  those cases?

Deposition of Michael Spaargaren - August 13, 2015

1       A       Yes.

2       Q       And what role did you play in those

3   cases?

4       A       One was for a civil lawsuit involving

5   another police officer and that case was -- Do

6   you want to know the details?

7       Q       No.  I just want to know who the

8   police officer was.

9       A       Oh, it was Johnny Jenkins, yeah.  He

10  was a disabled police officer.

11      Q       And you testified?

12      A       Yes.

13      Q       Were you a plaintiff in the case or

14  no?

15      A       Defendant.

16      Q       You were a defendant?

17      A       Yeah.  It was a civil lawsuit.

18      Q       And what was the result of that case?

19      A       It was dismissed.  It was in our

20  favor.

21      Q       Dismissed in favor of defendant.

22  Okay, what about the other two times?

23      A       The other time was -- I think it was

24  just twice.  The other time was a -- I own a

Deposition of Michael Spaargaren - August 13, 2015

1    business.  I do property inspections, and there
2    was a civil lawsuit against the homeowner who
3    sold the house and, of course, I was thrown
4    into the net, so to speak.  I did the property
5    inspection, but I was also like released from,
6    you know, it was found -- they did a settlement
7    like at the last minute.
8         Q    So you were a defendant in that case?
9         A    Correct, for the record, yes.
10        Q    But it didn't go to trial?
11        A    It didn't go to trial.
12        Q    It settled?
13        A    It settled.
14        Q    And those were the only other times
15   you've been deposed?
16        A    I'm trying to think.  Those two for
17   sure.  I don't know if there was another one or
18   not, but it was definitely twice.
19        Q    Any other cases you've been involved
20   in, lawsuits?
21        A    Oh, lawsuit-wise, no.  I think just
22   those two.  Yeah, just those two.
23        Q    Do you have any current cases pending?
24        A    No.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      How did you prepare for this
2    deposition -- Or let me go back.  Did you
3    prepare for this deposition?
4      A      Basically I just spoke with Jeff on
5    the phone, just I think twice.
6      Q      Did you review any documents?
7      A      Just my affidavit statement, that was
8    it.
9      Q      Did you review any other
10   depositions -- deposition transcripts?
11     A      No, not related to this, nothing else.
12     Q      Did you talk to anybody else besides
13   Jeffrey, your lawyer?
14     A      Just Shannon, but, I mean, it was just
15   like normal conversation, so to speak.
16     Q      Did you and Shannon talk about this
17   case?
18     A      No, just about her harassment and the
19   fact that Watts was getting out of jail today.
20     Q      Today as in today?
21     A      Today today, yeah.
22     Q      So when did you talk to Shannon?
23     A      I don't know.  Probably like about --
24   maybe about a month ago.

Deposition of Michael Spaargaren - August 13, 2015

1      Q     And when you talked to her a month

2   ago, did you talk at all about your affidavit

3   and this case?

4      A     No.  We just talked about the fact

5   that I was going to have this date coming up.

6   That was it.

7      Q     And what did you say to her and what

8   did she say to you about this date coming up

9   for your deposition?

10     A     Oh, just to make sure that I get

11   represented by Jeff.

12     Q     So Shannon told you to be sure you get

13   represented by Jeff?

14     A     Correct.

15     Q     Anything else she tell you?

16     A     No, not that I recall, just that.

17     Q     And prior to your talking to her about

18   a month ago, did -- had you had any other

19   conversations with her about this lawsuit?

20     A     Probably -- Well, not necessarily

21   about the lawsuit.  Just about the fact that

22   she was, you know, worried and getting harassed

23   and things like that, and that was probably

24   about a year and a half, two years ago.

Deposition of Michael Spaargaren - August 13, 2015

1     Q    Okay, and we'll get into that, but I
2  want to stick to just talking about
3  conversations related to this lawsuit and your
4  affidavit.

5     A    Okay.

6     Q    Did you have any other conversations
7  with her about your affidavit?

8     A    No.

9     Q    Did you ever tell her that you were
10  going to be signing an affidavit?

11     A    Well, she was there when I did the
12  affidavit.

13                  (Spaargaren Exhibit A marked
14                     as requested.)

15  BY MS. DAVIS:

16     Q    All right, let's talk about that, so
17  I'm going to show you what we're going to mark
18  as Exhibit A.  Do you recognize what that is?

19     A    Sure.

20     Q    And what is that?

21     A    That's the affidavit that I gave.

22     Q    Before we get into the affidavit, I
23  have a few more background questions and then
24  we'll jump right into the affidavit.  Have you

Deposition of Michael Spaargaren - August 13, 2015

1    talked to Danny Echeverria?

2        A    Just at this deposition -- or not at

3    the deposition.  When I gave this affidavit.

4        Q    Do you know Danny Echeverria?

5        A    No.  No, I don't know him.

6        Q    So besides seeing him and talking with

7    him when you signed the affidavit, had you had

8    any other conversations with him?

9        A    No.  I don't know him.

10        Q    So you had never even seen him prior

11    to that; is that fair to say?

12        A    Yeah, just on television.

13        Q    And besides your lawyer and Shannon,

14    have you talked to anything else about this

15    case or your deposition?

16        A    No, no.  I haven't even talked to my

17    wife about it.

18        Q    Where did you attend high school?

19        A    In West Lyden -- or West Lyden was the

20    high school.  It's in Lyden Township.

21        Q    And when did you graduate?

22        A    1986.

23        Q    And after you graduated did you have

24    any other formal education beyond high school?

Deposition of Michael Spaargaren - August 13, 2015

1      A     Yeah, I got my associate's.

2      Q     From where?

3      A     Richard J. Daley College here in

4   Chicago.

5      Q     In what?

6      A     Associate's of Science and Associate's

7   in Arts.

8      Q     And when did you get those degrees?

9      A     Let's see, I got out of the

10  military -- Let me think.  I went in to the

11  military first from '86 to '90, so it was after

12  that.  It would be probably about '93, June of

13  '93, I believe.

14     Q     And when you went into the military,

15  what branch of the military were you in?

16     A     U.S. Navy active duty.

17     Q     Where were you stationed?

18     A     I was stationed in Washington state

19  Oak Harbor to be exact, the city.

20     Q     And you said you got out in 1990?

21     A     Yes, June of '90.

22     Q     Were you discharged?  Were you

23  honorably discharged?

24     A     Honorable discharge.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      Honorable discharge?

2      A      I completed four years of time.

3      Q      Okay, any other degrees or

4  certificates?

5      A      Yeah.  I'm a home inspector.  That's

6  the business I was telling you about, so I'm a

7  home inspector licensed by the State with the

8  corresponding certificate, of course, to get

9  the license.

10     Q      And when did you get that?

11     A      Oh, let me see.  I have to think about

12  that for a second.  I've been doing this for

13  about -- I would have to look it up online to

14  give you the exact date, but --

15     Q      Just approximately is fine.

16     A      -- probably about like 13 years now.

17  That's how long I've been doing it for.

18     Q      Any other degrees or certificates?

19     A      No other degrees.  I'm trying to think

20  if I have any other certificates.  Not that I

21  can think -- I mean, I have certificates

22  related to the home inspection business, but

23  it's all like under the same umbrella, so to

24  speak.  Like I'm a mold inspector.  There's a

Deposition of Michael Spaargaren - August 13, 2015

1    certificate for that.
2         Q    But they all have to do with home
3    inspection?
4         A    Yeah, I just don't know like what
5    detail you're looking for.  Everything is home
6    inspection related.  Yeah, I don't have any
7    other certificates that I can think of.
8                   Oh, well, there is one other
9    certificate.  I'm also a licensed A&P.  You
10   know, I'm an airplane mechanic, too, for the
11   military, so I'm licensed by the F A.A. to work
12   on commercial planes.  I haven't done that in
13   so long.  After I got out of the military, that
14   was going to be my job was doing that but then
15   the airlines, you know, went under; so yeah,
16   for the record, I'm a licensed airplane
17   mechanic, too.
18        Q    So this is a good day for you to be
19   here because you see the planes going by.
20        A    Yeah, I saw the jets flying.  I was
21   telling my wife -- she just dropped me off -- I
22   used to work on planes like that.
23        Q    All right, and so you had that license
24   as well.  Has that expired?

Deposition of Michael Spaargaren - August 13, 2015

1      A    No.  It's like a lifetime thing, yeah.

2      Q    All right, so have we covered all of

3  your educational background and degrees and

4  certificates?

5      A    Yeah, I'm trying to think.  I can't

6  think of anything else that comes to mind.

7  That's pretty much it.

8      Q    Your employment history, can we talk

9  about that a little bit?

10      A    Sure.

11      Q    So you said you went into the navy.

12  So let's start after then.  So after the navy,

13  where did you work?

14      A    After the navy, I had a brief time

15  trying to find a job because I had just gotten

16  discharged, but probably about, I don't know,

17  like about six months later, I got employed by

18  Midway Airlines who is now -- of course, you

19  know, they're gone.

20      Q    Right.

21      A    So I worked for Midway Airlines for

22  about a year and then they went bankrupt and

23  then they closed, so I lost that job.  And then

24  after that, I had a brief stint at Walgreens.

Deposition of Michael Spaargaren - August 13, 2015

1    I worked at Walgreens on Archer and Harlem here

2    in Chicago.

3         Q    Doing what?

4         A    Stock boy while I was going to school

5    because I was actually -- after I got out from

6    being an airplane mechanic, I realized that the

7    airlines were not doing very well at that time

8    so then I started going to school at Daley

9    College and the plan was to go to pharmacy

10   school, kind of a big change but -- I did

11   attend UIC but I didn't finish the program

12   because I withdrew from the program, the

13   pharmacy program, and then became the police.

14        Q    So Walgreens was approximately 1992;

15   is that right?

16        A    Let me see.  I would probably say --

17   Yeah, about '92, yeah.

18        Q    And then after Walgreens, where did

19   you work?

20        A    After Walgreens, that was the only job

21   that I had when I was in school.  I was in the

22   Reserves.  I joined the Reserves, the Navy

23   Reserves and then the Army National Guard; so,

24   you know, as far as employment goes, I did that

Deposition of Michael Spaargaren - August 13, 2015

1    for a while, you know, one weekend a month.  I

2    did that, and then let's see.  After Walgreens,

3    I didn't have any other jobs after Walgreens

4    and then I just went to -- I was full-time in

5    school at Daley College.  And then when I

6    finished Daley College, that's when I went to

7    UIC for one year.

8         Q    Okay, and then after UIC, where did

9    you go?

10        A    The police department.

11        Q    So you joined the police department

12   what year?

13        A    October 23rd of '95 was the exact

14   date.

15        Q    And after you got out of in the

16   academy, where did you -- where was your first

17   assignment?

18        A    My first assignment was in the

19   Englewood District, the 7th District.

20        Q    The 7th District and so you stayed

21   there for how long?

22        A    Almost exactly two years, like

23   25 months, I think.

24        Q    So until approximately what, '97?

Deposition of Michael Spaargaren - August 13, 2015

1      A      Let's see.  I did six months in the
2    academy.  I think it was like '98.
3      Q      Then after the 7th District, where did
4    you go?
5      A      To the 12th District.
6      Q      And you stayed in the 12th District
7    from the 1998 until?
8      A      Until like '99.  I'm just trying to do
9    the math here, so '95, yeah, that sounds about
10   right.  Then I was there for one year in the
11   12th District.
12     Q      Then where else did you go?
13     A      That's when I went to public housing
14   after that year was up.
15     Q      So public housing and you stayed in
16   public housing from approximately 1999 until
17   when?
18     A      I think I was there for like five
19   years, so let me think.  Do you have a pen?
20     Q      Sure.
21                    (Item tendered.)
22   BY THE WITNESS:
23     A      I'm just trying to get my dates
24   straight.  What was the last question again?

Deposition of Michael Spaargaren - August 13, 2015

```
 1   BY MS. DAVIS:
 2       Q    So you went to public housing in 1999.
 3   You stayed for five years you said, so would
 4   that be until about 2004?
 5       A    Yeah, I think so.  I would have to
 6   check with the department to get the exact
 7   dates, you know what I mean, but I think that
 8   sounds right.  I have to look and see when I
 9   took my leave of absence to see exact dates.
10       Q    So from 2004 -- And I'm really trying
11   to catalog the history of your employment
12   there, so if it's not exact, that's fine.
13   Approximation is okay.
14       A    Okay, okay.
15       Q    So then after 2004, what was your next
16   assignment?
17       A    That's when I left the department.
18       Q    Okay, so you went on your leave of
19   absence?
20       A    Correct.
21       Q    And you were on leave for how long?
22       A    18 months.
23       Q    And then you eventually did come back;
24   is that right?
```

Deposition of Michael Spaargaren - August 13, 2015

```
1        A      Correct, yes.

2        Q      When you were on leave of absence, it

3    was a paid leave?

4        A      No, no.  It was unpaid.

5        Q      And then you came back and what --

6        A      I went to the 22nd District.

7        Q      The 22nd District?

8        A      Yeah.

9        Q      And you were there?

10       A      I was there for about four years.

11       Q      So probably about 2006?

12       A      Yeah, 2006.

13       Q      Until about 2010; is that right?

14       A      Yeah, that sounds about right.  Yeah.

15       Q      And then from 2010, what was your

16   next?

17       A      Then I went to the 9th District.

18       Q      How long were you there?

19       A      Let me see.  This is 2015, so -- I've

20   been in my current assignment for about a year

21   now so from like this time last year.

22       Q      So the 9th District, you were there

23   from 2010 until approximately 2014?

24       A      Yeah, I'd say so.  Yeah.
```

Deposition of Michael Spaargaren - August 13, 2015

1          Q     And then now where are you?

2          A     In the 19th District and I've been

3     here for about a year now.

4          Q     So now you're in the 19th District?

5          A     Correct.

6          Q     Besides -- Strike that.

7                Do you have any other employment

8     outside of your CPD employment?

9          A     No.

10         Q     Do you do your home inspection job

11    still on the side?

12         A     Yes.

13         Q     So besides CPD, you do the home

14    inspection.  Is there any other employment that

15    you do?

16         A     No, no, just those two.  There are

17    only so many hours in a day.

18         Q     True.  So you mentioned you went on

19    leave and it was an unpaid leave.  Did you make

20    a request for it to be a paid leave and it was

21    denied?

22         A     No, no.  I knew it wouldn't be a paid

23    leave.

24         Q     Have you made any requests from the

Deposition of Michael Spaargaren - August 13, 2015

```
 1    City for leave or status change that has been
 2    denied?
 3        A    I don't understand the question.
 4        Q    So I'm just asking if you've asked to
 5    be put on injured, you know, duty or had to
 6    take any other leaves that they've denied you?
 7        A    No.
 8        Q    Do you currently have any pending
 9    grievances with the City or CPD?
10        A    No.
11        Q    No arbitrations or anything coming up?
12        A    Not to my knowledge, no.
13        Q    Are you familiar with any the named
14    defendants in this lawsuit, not the plaintiffs,
15    the defendants?
16        A    Oh, like the lawsuit, so to speak, you
17    mean?
18        Q    Correct.
19        A    The only one -- Actually I don't even
20    know who's completely named in it, so --
21        Q    That's fair.  Let me tell you, so I'll
22    just give you the names and you tell me if you
23    know them and if you do, how you know them?
24        A    Okay.
```

Deposition of Michael Spaargaren - August 13, 2015

1      Q      Juan Rivera?

2      A      No, I don't know him.

3      Q      Debra Kirby?

4      A      No.

5      Q      James O'Grady?

6      A      No.

7      Q      Nicholaus Roti?

8      A      No.  Now, I know the names but I don't

9   know them personally.

10      Q      When I say "know," what I'm really

11   asking you is have you had any conversations

12   with them, that kind of a thing.

13      A      Okay, got it.  That's fine, yeah,

14   because, of course, I know the names, yeah, but

15   so far it's no up until now.

16      Q      So you've never had any conversations

17   with Juan Rivera, Debra Kirby, James O'Grady,

18   or Nicholaus Roti?

19      A      No.  Just seeing them on TV from time

20   to time, but yeah, that's all.

21      Q      What about Deborah Pascual?

22      A      No, no clue who that is.

23      Q      Maurice Barns?

24      A      No, no clue.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      Robert Cesario?
2      A      I just found out that he's on this and
3   he's my commander now, but I just found this
4   out now so --
5      Q      So Cesario is now your commander?
6      A      Right.  I literally like met him like
7   two months ago.
8      Q      So prior to two months ago, you had
9   not known Robert Cesario or had not met him
10  before?
11     A      No.  As a matter of fact, when he
12  walked up, I didn't know who he was.  I was
13  just explaining to Jeff that I was getting gas
14  and he came up and introduced himself to me.  I
15  had no clue who he was.
16     Q      Okay, what about Joseph Salemme?
17     A      No.
18     Q      And what about Thomas Mills?
19     A      No clue.
20     Q      So to recap, you don't know any of the
21  people who I have previously mentioned to you
22  with the exception of Robert Cesario who you
23  just met two months ago?
24     A      Correct, right.

Deposition of Michael Spaargaren - August 13, 2015

1     Q   And you've never had any conversations

2 with any of them with the exception of Robert

3 Cesario who you just met two months ago?

4     A   Correct, yeah.

5     Q   All right, let's get into the

6 affidavit.  I've already showed you what is

7 Exhibit A.  Had you had a chance to look at the

8 affidavit?

9     A   Yes.

10     Q   Will you turn to the last page of the

11 affidavit?

12     A   Okay.

13     Q   Is that your signature on the

14 affidavit?

15     A   Yes.

16     Q   Did you draft this affidavit?

17     A   The attorney did.

18     Q   And did you have a chance to review it

19 before signing it?

20     A   Yes.

21     Q   Were any drafts of the affidavit sent

22 to you to review prior to your coming in to

23 sign the final copy?

24     A   Just the e-mail copy that Jeff has

Deposition of Michael Spaargaren - August 13, 2015

1    sent me.

2        Q    Did you make any revisions or changes

3    to the affidavit that was sent to you?

4        A    No.

5        Q    So this affidavit that you have before

6    you, you have not made any changes or revisions

7    to this affidavit?

8        A    No.

9        Q    The date of the affidavit says

10   January 27th, 2015; is that correct?

11       A    Correct.

12       Q    And you mentioned earlier and I want

13   to go back to that, did you go in to your

14   lawyer's office to sign the affidavit?

15       A    Yes.

16       Q    And when you were there to sign the

17   affidavit, who else was present?

18       A    Shannon was there.

19            THE WITNESS:  What's her name, Janet

20   Hannah, right?

21            MR. TAREN:  You can't ask me.

22   BY THE WITNESS:

23       A    I think that's her name.  Janet Hannah

24   was there, and then another guy who was like a

Deposition of Michael Spaargaren - August 13, 2015

1    retired commander of IAD was there.  I don't
2    remember what his name is, though.
3  BY MS. DAVIS:
4        Q    Okay, you said a retired commander?
5        A    I'm pretty sure that's what he said
6    his name was.  There was like four people
7    there.
8        Q    Okay.
9        A    There was another assistant there.  I
10   don't remember what her name was from the law
11   firm, and then let me see.  I was there,
12   Shannon was there.  That girl Janet was there.
13   I think, what's his name, Danny -- I'm trying
14   to remember what the two guys' names were.  I
15   think Danny was there.  I think that was his
16   name.
17       Q    So as far as you can remember, Shannon
18   was -- Shannon Spaulding was there, the
19   plaintiff, one of the plaintiffs.
20       A    Yeah.
21       Q    Danny Echeverria, the other plaintiff?
22       A    Yeah.
23       Q    Janet Hannah was there?
24       A    Yes.

Deposition of Michael Spaargaren - August 13, 2015

1      Q     And another officer, a retired
2   commander with IAD?
3      A     I would know him if I saw him, but I
4   don't know -- I'm pretty sure he said he was a
5   retired commander or lieutenant.  I'd never
6   seen him before.  I was never formally
7   introduced.  He was there and they were
8   talking.
9      Q     And then your lawyer and other office
10  staff?
11     A     Correct.
12     Q     I want to kind of go over that day and
13  when you were signing the affidavit.  What
14  conversations did you and Shannon have on that
15  day?  What did she say to you and what did you
16  say to her?
17     A     Like during the meeting?
18     Q     Sure.
19     A     I'm trying to remember.  I mean, all
20  she told me was just, you know, try to recall
21  everything that I could that happened, you
22  know, pertaining to the affidavit.  That was
23  really it, because we met there and we only
24  talked for probably about like around ten

Deposition of Michael Spaargaren - August 13, 2015

1    minutes until the actual -- you know, until I

2    started giving the actual statement.

3         Q    And what, if anything, did you say to

4    her?

5         A    I think the big thing, I was trying to

6    recall the dates of things because, you know,

7    so much time had elapsed.  That was pretty much

8    it, you know, trying to remember the dates when

9    it happened.

10        Q    Did Shannon help you refresh your

11   recollection about the dates?

12        A    I think so.  I mean, I think we talked

13   about the dates because, like I said, you know,

14   I didn't have logs written down, you know, from

15   that long ago.

16        Q    Anything else you and she talked about

17   on that day?

18        A    Not that I can recall.  Like I said,

19   it wasn't that long of a period -- I mean, we

20   met at like around like 6:00 o'clock or

21   something, and then we took the -- the attorney

22   took the statement a couple minutes later.

23        Q    How long were you at the office in

24   total?

Deposition of Michael Spaargaren - August 13, 2015

1       A     Probably about, I don't know, maybe

2    about an hour, maybe about an hour and

3    15 minutes from what I recall.

4       Q     You said Janet Hannah was there, as

5    well.  Did you talk to her?

6       A     No.  I mean, she -- they were talking

7    amongst themselves.  It was real informal.  I

8    didn't talk to her.  I had never seen her

9    before.

10       Q     So prior to that day, you'd never met

11    Janet Hannah?

12       A     No.  I don't know her.

13       Q     And so on that day, you didn't have

14    any conversations with her?

15       A     No, because I didn't know her.  I

16    wasn't friends with her or anything like that.

17       Q     Did you observe Shannon and Janet

18    having any conversations?

19       A     Yeah, but it really wasn't even

20    pertaining to the case.  It was more like

21    informal stuff that they were talking about.

22       Q     Were you a part of those

23    conversations?

24       A     No, no, because, like I said, I didn't

Deposition of Michael Spaargaren - August 13, 2015

```
 1    know her, I mean.  I never her before.  They
 2    were talking about their kids and stuff like
 3    that, so ...
 4         Q    Nothing about the case that you can
 5    recall them talking about?
 6         A    No, no.  I don't remember them talking
 7    about any particulars to the case.  It was all
 8    like personal stuff.
 9         Q    What about Danny Echeverria?  Did you
10    have any conversations with him?
11         A    No.
12         Q    And I think you said before, you
13    didn't know Danny prior to having seen him on
14    that day?
15         A    Right.
16         Q    Did you see Danny having any
17    conversations with Shannon or Janet Hannah?
18         A    I mean, they were basically just
19    talking -- they weren't talking about the case.
20    They were talking like informal stuff from what
21    I recall.  I mean, we were talking about -- you
22    know, the attorney bought us lunch so, I mean,
23    they were talking about where are we going to
24    go for lunch.  Everything is closed, stuff like
```

Deposition of Michael Spaargaren - August 13, 2015

1    that.

2         Q    I hope he bought you a gourmet lunch.

3         A    No.  It was a cheap Potbelly sandwich.

4         Q    And so after that day, after that hour

5    and a half that you were there, did you have

6    any conversations after that with -- I'll go

7    down the line, Janet Hannah?

8         A    No.

9         Q    Danny Echeverria?

10        A    No.

11        Q    And I think you did mention that you

12   had one other conversation with Shannon?

13        A    Correct.

14        Q    After you met to sign the affidavit?

15        A    Right.

16        Q    Now, you had mentioned that during

17   that conversation she was talking about her

18   harassment?

19        A    Yeah.

20        Q    Can you tell me -- Okay, when did that

21   conversation happen, approximately; do you

22   remember?

23        A    You're talking about the conversation

24   that I had after this?

Deposition of Michael Spaargaren - August 13, 2015

1       Q     Yes.

2       A     I mean, probably, my God, I mean, this

3   was January -- I mean, probably within a month

4   afterwards.

5       Q     So you're thinking approximately late

6   February of this year?

7       A     I mean, from what I could -- -- I

8   would have to look at my phone records, you

9   know what I'm saying?  I didn't have that

10   information prepared.

11          MR. TAREN:  Just focus on the

12   question.

13          THE WITNESS:  All right, all right.

14   BY MS. DAVIS:

15       Q     So after you signed this affidavit in

16   January, you think you talked to Shannon about

17   a month afterward; is that right?

18       A     Yeah, from what I can recall.

19       Q     And did she call you?

20       A     Honestly I don't remember.

21       Q     You don't recall if you called her or

22   she called you?

23       A     No, I honestly don't.

24       Q     Do you remember how long you talked to

Deposition of Michael Spaargaren - August 13, 2015

1    her?

2        A    How long, oh, no.

3        Q    It was a telephone conversation?

4        A    Yeah.

5        Q    So it wasn't a face-to-face?

6        A    No.  It was on the phone.

7        Q    And it was just you and she on the

8    phone?

9        A    Correct.

10       Q    And what was the nature of the

11   conversation?  What did she say to you?

12       A    I mean, she thanked me for doing the

13   affidavit, for coming down on my own time and

14   actually, it's funny because we talked about --

15   I'm retiring, you know, it's going to be the

16   plan here anyway and she asked me about my

17   retirement because I have a house in Costa

18   Rica; so we were actually kind of talking about

19   that.  I'm going to move down there, because

20   her daughter has been to my house and she was

21   asking me about it and she was talking about

22   moving.  That was part of the conversation, but

23   the main thing was she just said thanks for

24   coming down, and she goes you're probably going

Deposition of Michael Spaargaren - August 13, 2015

1    to have to follow up meaning now and she says,

2    you know, just will you please do that.

3        Q    Anything else she said to you?

4        A    No.  She just mentioned how she was, I

5    mean, harassed, you know, during this time

6    period and -- because I asked her, I said, how

7    are you surviving?  You know, what are you

8    doing right now?  I mean, are you working?

9                 She says, no, I'm not.  I'm

10   probably going to have to apply for disability

11   and she says, you know, basically the doctors

12   feel like I have -- I think she said post

13   traumatic stress disorder and she says she

14   can't go back to work.  She was probably going

15   to have to apply for disability.  You know, I

16   went through a lot during this time frame; but,

17   I mean, it was not much more than that.

18       Q    Did she give you any specifics about

19   the harassment that she allegedly endured?

20       A    I'm trying to remember what she said.

21   Something about the effect that -- and I don't

22   know who it was either.  I mean, I don't

23   remember -- with all the names that you read

24   off, I don't remember who she had referenced in

Deposition of Michael Spaargaren - August 13, 2015

1    it, but basically she said that she was

2    threatened at work.

3        Q     When you say "threatened at work,"

4    threatened by a superior, a supervisor?

5        A     Yeah, a supervisor.

6        Q     By one supervisor or more than one

7    supervisor?

8        A     I don't remember because it was

9    basically she had talked about what was on the

10   news, that I had seen on television.  That's

11   basically what she said, you know, they had

12   called her a rat and she was, you know, worried

13   for her life.

14                    And I had said to her, I was

15   really surprised because, I mean, I really

16   thought that she was going to like move up, you

17   know, rankwise, you know.  I thought for sure

18   because at this time the sergeant's test

19   results were coming out and I said, God, I

20   thought by this time that you would be a

21   sergeant because she was like a real

22   studious-type person and for lack of a better

23   term, into the job, okay.

24                    I, on the other hand, I do my

Deposition of Michael Spaargaren - August 13, 2015

1      job, don't get me wrong, but I'm not into being
2      the police.  I go to work.  I do my thing and I
3      go out.  A lot of people like her, in my
4      opinion, she was into the police.  You know
5      what I'm saying?  She was the kind of person
6      who would go home and take her work home with
7      her.
8                    I mean me, my wife doesn't even
9      know I'm the police besides me getting up in
10     the morning, you know.  To kind of extrapolate,
11     like all of her friends, you know, when they do
12     find out I'm a police officer, it's always
13     like, well, like a full-time police officer and
14     I would have to show them my star.  And they're
15     like, oh, wow, I never knew you were the
16     police.
17                    Shannon was the kind of person
18     who, you know, would have the little police car
19     in her house, you know, with the plaques on the
20     wall.  I have none of that in my house, but the
21     point I'm getting at is, she was the type of
22     person who I had assumed was going to move up.
23     Where with me, I didn't even take the last
24     test. I've got other stuff going on.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      So when she talked to you -- And I
2    want to just make sure I really get all of the
3    conversation that you had as much as you
4    remember about the conversation.
5      A      Uhm-hmm.
6      Q      So she told you she was threatened by
7    a supervisor; you don't remember the name of
8    the supervisor?
9      A      I don't even think she told me because
10   I don't know any of those people, so it was
11   kind of irrelevant.
12     Q      And she told you that she was called a
13   rat?
14     A      An IAD rat.
15     Q      An IAD rat?
16     A      Yeah.
17     Q      Did she talk to you about how any of
18   that affected her or any of that kind of thing?
19     A      Well, I mean, she told me, she said,
20   you know, imagine going to work and the very
21   people who are supposed to be part of your team
22   and protect you, I'm getting threats from like
23   cold shoulders, basically is what she said like
24   from other officers on her team, you know, and

Deposition of Michael Spaargaren - August 13, 2015

1      bosses saying that, you know, you're not going
2      to get backed up when you go out there.  I
3      mean, she basically told me she was stressed
4      out and didn't want to go to work anymore and,
5      like I said, she basically told me that she had
6      post traumatic stress disorder from it and she
7      couldn't work anymore.
8          Q    Did she tell you who told her that she
9      wouldn't be backed up if she went out in the
10     field?
11         A    You know what, I think she did but,
12     again, I don't know who it was, so it didn't
13     stick with me, you know what I mean?
14         Q    Did she tell you that she had ever had
15     any instances of anybody not backing her up in
16     the field?
17         A    We didn't talk about that.  No, she
18     didn't it mention either way.
19         Q    Did she talk to you about who she
20     thought was giving her the cold shoulder, so to
21     speak?
22         A    I mean, just other team members.  She
23     told me that she had gotten reassigned
24     basically from like the team she was on.  She

Deposition of Michael Spaargaren - August 13, 2015

1    basically got dumped is what we call it, you

2    know, when you've got a good spot and they send

3    you somewhere else.  She got dumped to -- I

4    don't even remember where she got dumped to

5    because, I mean, I wasn't part of that unit,

6    but she basically told me that she got dumped

7    from wherever she was at and got moved

8    somewhere else against her wishes, in other

9    words.

10        Q    So when you say she told you she got

11   dumped, you took that to mean she got

12   reassigned within the unit she was already in?

13             MR. TAREN:  Objection.

14   BY THE WITNESS:

15        A    All I know is that she got moved from

16   the spot that she was at to somewhere else.

17   She didn't say whether it was in another unit

18   or another assignment -- you know, like another

19   unit.  She just basically said she got -- The

20   spot she was at, she lost that spot.

21   BY MS. DAVIS:

22        Q    So you don't know if she was still in

23   the same unit or a different unit?

24        A    She may have mentioned it; but, like I

Deposition of Michael Spaargaren - August 13, 2015

1  said, not being part of it, you know, it may
2  have went in one ear and out the other.
3      Q    Did she ever talk to you about her
4  specific job assignments and the kinds of cases
5  she was assigned to?
6      A    Well, it's funny because I would ask
7  her and she basically said that she couldn't
8  talk about the like kind of work that she did.
9  You know, that was the impression that I got.
10  She's like, no, basically saying that she's got
11  open cases and things like that that she can't
12  discuss -- I know that she did undercover stuff
13  with narcotics.
14              You know, I mean, the one time
15  that I had spoken with her, she said that, that
16  she would wear -- This was actually before
17  this, though.  This was like when she had first
18  gotten there when I talked to her before any of
19  this came down, you know, because I was friends
20  with her, you know, and I still am.  I just
21  don't talk to her as much because we don't work
22  together anymore.
23              MR. TAREN:  I'm going to suggest you
24  wait for a question because we're jumbling time

Deposition of Michael Spaargaren - August 13, 2015

1    frames and then focus on the question and

2    answer the question.

3              THE WITNESS:  Okay.

4    BY MS. DAVIS:

5       Q    So you were saying -- Okay, let's go

6    back to this conversation, this last

7    conversation.  I want to make sure that we

8    talked about everything that you talked about

9    with her during that conversation.

10             Did she say anything else to you

11   during this conversation that you haven't told

12   me about?

13      A    No, that is pretty much all I can

14   recall.

15      Q    Did she talk to you at all about

16   wanting to work a different shift within the

17   fugitive unit?

18      A    No.  She did not mention that to me.

19      Q    Did she give you names of any

20   particular people who she was having issues or

21   problems with that you can recall?

22      A    No.  Like I said, even if she did, I

23   don't know any of the people so, I mean, it's

24   irrelevant.  If she did, it went in one ear and

Deposition of Michael Spaargaren - August 13, 2015

1    out the other.  I don't recall her mentioning

2    anyone's name in particular.

3        Q    Did she offer you anything in return

4    for having given your affidavit?

5        A    No.  I was just telling him.  I said,

6    I'm still out of my parking fee from the last

7    time.  The answer is no.

8            MR. TAREN:  Don't tell counsel

9    anything you told me.

10           THE WITNESS:  I know, it's privileged,

11   right.

12   BY MS. DAVIS:

13       Q    And so she didn't offer you any money

14   or anything saying that if she was to prevail

15   in her lawsuit, she would share any of the

16   proceeds with you?

17       A    No.

18       Q    Now, you said that you are friends

19   with Shannon, and I want to make sure I

20   understand the time period by which you've been

21   friends.  When did you first meet Shannon?

22       A    Literally like right before I got on

23   the job.  I came on in October of '95 and I

24   probably met her about -- maybe about July of

Deposition of Michael Spaargaren - August 13, 2015

1     '95.

2          Q     And how did you meet her?

3          A     Basically what happened was she was

4     buying a police scanner because she was coming

5     on the job and what happened was, she went

6     to -- It's kind of funny how we met.  She went

7     to a Radio Shack to get the police scanner

8     because she wanted to start to listen to the

9     police radio and listen to calls.  I was

10    friends with the manager there.

11                She bought the scanner and

12    didn't know how to program it and my friend --

13    I also had a police scanner, too, because I was

14    doing the same thing, listening to the police

15    scanner.  I had learned how to program mine and

16    what happened was, she wanted to get it

17    programmed, so she said, hey, can you do it.

18                Long story short, my friend

19    called me up, he said, hey, I've got someone

20    here who wants to do this.  Maybe you can make

21    a couple bucks off of her.  She's going to be

22    the police like you're going to be.  What

23    happened was he gave her my number.  I said,

24    I'm not going to charge you for it.  I'll just

Deposition of Michael Spaargaren - August 13, 2015

1    do it for you.  I said, hey, one day we might
2    be partners.
3                   I had never met her before.  It
4    was more of a joke.  Then she came over.  I
5    programmed it, and then I was starting the
6    academy in a couple months and then she started
7    the academy in like I think March of the
8    following year.  So we were in the academy
9    together.  Literally when I was leaving the
10   academy, we overlapped by about three weeks, so
11   when I was getting ready to leave, she was
12   starting so, I mean, we kind of became friends
13   like that because of the job.
14       Q    Okay, and then once you left the
15   academy, did your friendship continue?  Did you
16   talk to her?
17       A    Yeah.
18       Q    And when you talked to her, did you
19   talk to her would you say monthly, weekly,
20   daily?
21       A    It's funny.  It would vary.  It would
22   be like hot and cold.  Sometimes we would go
23   out and we would talk.  We'd go out like, you
24   know, once a week on a Friday night being new

Deposition of Michael Spaargaren - August 13, 2015

1    police officers talking stories, and then I

2    wouldn't talk to her for two or three months.

3    You know, it was basically like that.  You

4    know, we talked for like the first three years

5    of the career kind of on and off, and then

6    that's how we wound up hooking up and going

7    into housing together.

8        Q    And so when you would talk to her in

9    those early days when you were -- started on

10    the force, would anybody else be with you guys

11    when you would go out?

12        A    One of her friends went out with us a

13    couple times but I would like know her name if

14    I heard it, but I haven't talked to her in, oh,

15    God, 15 years.  She went out with us a couple

16    times.  If I saw her or heard her name, I would

17    know it, but I can't tell you right now.

18        Q    Were you guys ever romantically

19    involved?

20        A    No.

21        Q    Just friends?

22        A    Just friends.

23        Q    And then how did it get to be that you

24    all got to public housing, you two together?

Deposition of Michael Spaargaren - August 13, 2015

1          A      What happened was she was assigned --
2    From my recollection, she was assigned to the
3    2nd District, and her -- one of her sergeants
4    was Glen Evans who is now a commander -- the
5    last I heard he was a commander -- and he
6    was -- he got an offer, Glen Evans did, that's
7    the sergeant, to go work in public housing
8    under then Commander Tolliver.
9                  And then -- she needed a partner
10   and then she asked me, you know, because it was
11   kind of like, hey, you helped me early on with
12   the scanner and we were friends and stuff like
13   that, would you want to come go and work in
14   housing and it was going to be undercover,
15   plainclothes, and unmarked cars, things like
16   that; so I said yeah, what do I've got to lose?
17   That's how it happened.  That's how we wound up
18   becoming partners.
19         Q      And how long were you and she
20   partners?
21         A      I don't know.  Probably about maybe
22   like about two years, I would say, a year and a
23   half, two years.
24         Q      And then how did it come to be that

Deposition of Michael Spaargaren - August 13, 2015

1    you guys were no longer partners?

2         A    I'm trying to think who the sergeant

3    was at the time.  Basically the sergeant --

4    Give me a couple of seconds to think.  I'm just

5    trying to think of who was the sergeant at the

6    time.  I think the sergeant wanted to change

7    people on the teams, and basically I was asked

8    if I wanted to stay on the team and she wasn't

9    asked to stay.

10        Q    Do you know why she wasn't asked to

11   stay on the team?

12        A    I'm trying to remember.  I don't

13   recall why.

14        Q    Did you and she have any conversations

15   about her not being asked to stay on the

16   team -- Let me rephrase that.

17                  Did you and she have any

18   conversations about her not being asked to stay

19   on the team?

20        A    I'm trying to remember.  No, not that

21   I recall, nothing that comes to mind.

22        Q    Did she have a good relationship with

23   other folks on the -- in the unit?

24             MR. TAREN:  Objection.

Deposition of Michael Spaargaren - August 13, 2015

1    BY THE WITNESS:

2        A    To my knowledge, she got along with

3    everybody.  I mean, I never had any problems

4    with her.

5    BY MS. DAVIS:

6        Q    So as you sit here today, you don't

7    know why she wasn't asked to stay on the team

8    in the public housing unit?

9        A    They were changing to -- I'm trying to

10   think of what it was called.  Basically what

11   they were doing is changing the housing model,

12   so to speak, so everything at the time was

13   plainclothes.  Everybody was kind of like the

14   same, if you will.

15              And basically what happened was,

16   they had opened up housing to what they call a

17   super bid and -- well, I don't know if that's

18   what it's called, but basically what they did

19   was they had like about 150 openings and they

20   opened it up citywide; so instead of it being

21   like a closed-knit unit, the -- what do you

22   call them -- they're gone now.  They're

23   defunct.  Well, the public housing police, I

24   don't know the exact name of what they were

Deposition of Michael Spaargaren - August 13, 2015

```
1    called.
2                But basically they had their own
3    police department and we were kind of
4    supplemental.  So what happened was, they got
5    disbanded because I think -- they were federal
6    if I'm not mistaken, but they got disbanded, so
7    what happened was, they shut that unit down and
8    then as a consequence, they made Chicago's
9    bigger.  Does that make sense?
10        Q    Yes.
11        A    So basically they -- we supplemented
12   them initially, but then what happened was we
13   took over.  "We" being the Chicago Police.
14   They disbanded and they opened up more units.
15   So then what they said was, we can't have
16   everybody here plainclothes working undercover.
17   We need to have like half the unit be in
18   uniform, so basically I was asked if I wanted
19   to come onto the team to work in uniform and
20   then she wasn't.
21        Q    And so after you all stopped being
22   partners, how often did you talk to her after
23   that?
24        A    Oh, I would see her at work every day.
```

Deposition of Michael Spaargaren - August 13, 2015

1      Q    Then I'm a little confused.  So you
2   would still -- She was still working in the
3   same unit with you even though she wasn't asked
4   to still be on the team?
5      A    Yeah.  Let me clarify it.  So the unit
6   had multiple teams.  So there was units that
7   were -- I mean, they had all these crazy names,
8   but they had units that were designed to like
9   just sit at the building and then they had
10  units that would go there undercover, so
11  everybody had like different mission.
12              So like the unit -- not the
13  unit, strike that.  The team that I was on, we
14  were doing more undercover stuff, you know.
15  That's what we were doing, and the unit that --
16  I'm sorry, the team that she got moved to was
17  basically in uniform on patrol is basically how
18  it was.
19     Q    I understand.  So you all weren't
20  partners anymore but you were still --
21     A    In the same unit.
22     Q    -- in the same unit?
23     A    Correct.
24     Q    So you would still see her at work

Deposition of Michael Spaargaren - August 13, 2015

1    every day?

2         A     For the most part, yeah.

3         Q     And for how long -- Let me strike

4    that.

5                    So you and she were in the same

6    unit until approximately when?

7         A     Until I left.

8         Q     And I think you told me you left that

9    unit in 2004?

10        A     From what I recall.  Again, I would

11   have to check the records to be 100 percent

12   accurate.

13        Q     And then after 2004, did you still

14   have daily contact with her or regular contact

15   with her?

16        A     No, no.  Once I left the job and took

17   my leave of absence, I didn't really have

18   contact with anybody.  I would talk to her, you

19   know, maybe once every couple of months.  You

20   know, hey, how is it going?  You know, at the

21   time I was busy doing my thing and she was

22   doing her thing, but yeah, I didn't talk to her

23   like I had before.

24        Q     And during that time between the time

Deposition of Michael Spaargaren - August 13, 2015

1    that you left in 2004 and the time when you --
2    Let me strike that.
3                    So after 2004, did you have any
4    conversations with her wherein she talked to
5    you about feeling threatened or being unhappy
6    with her current unit or any of those kinds of
7    things?
8         A    At that time, not that I remember.
9         Q    Do you recall the first time that you
10   and she had a conversation wherein she relayed
11   any information to you about being harassed or
12   alleging that she felt threatened or any of
13   those kinds of things?
14        A    You know, it was right about before --
15   it was right about before she made like the
16   press release.
17        Q    Okay, so right before the press
18   release.  Do you remember approximately when
19   that was?
20        A    Oh, boy, I'll be honest.  I don't even
21   remember the year now.
22        Q    And do you remember what she told you
23   at that point?
24        A    I think at the time that's when she

Deposition of Michael Spaargaren - August 13, 2015

```
 1    had called me up and -- because I would call
 2    her from time to time and, you know, ask her,
 3    you know, what was she doing, what was her job
 4    and stuff like that.  And I think like the
 5    first conversation we had like when she was
 6    having problems, she had basically said that
 7    like one of her supervisors had threatened her
 8    over the -- I don't want to give you wrong
 9    information.  Give me one second.  I'm just
10    trying to think.
11              MR. TAREN:  Don't speculate.  Just
12    tell her what you recall.
13              THE WITNESS:  Yeah, I'm trying to
14    recall.
15    BY THE WITNESS:
16       A    I'll be honest with you.  I really
17    don't remember the details of that
18    conversation.
19    BY MS. DAVIS:
20       Q    Okay, that's fine if you don't recall.
21    What I'm trying to make sure that I get from
22    you is any conversations that she had with you
23    and the details wherein she described what
24    harassment or threats she was having.  Do you
```

Deposition of Michael Spaargaren - August 13, 2015

1    recall any of those conversations?

2        A    I'm trying to think about the

3    particulars of what she said.  I remember her

4    telling me that she was accused of being an IAD

5    rat.  I mean, that comes to mind.  I remember

6    her telling me that.

7        Q    Other than being -- her saying she was

8    accused of being an IAD rat, do you remember

9    any other specifics of any threats or any other

10   conversations?

11       A    No, not in particular.

12       Q    I want to turn to your affidavit and

13   kind of go through it just a little bit, not

14   every point but a few of them in there.

15       A    Okay.

16       Q    So as you have reviewed this

17   affidavit, as you sit here today is it still

18   true and accurate everything that's in the

19   affidavit?

20       A    Yeah.  To the best of my recollection,

21   yeah.

22       Q    And are you aware that you are

23   swearing under penalty of perjury that

24   everything in this affidavit is true and

Deposition of Michael Spaargaren - August 13, 2015

1      correct?

2          A     Correct.   The only thing I'm not 100

3      percent sure of is the actual date, like I told

4      you before.   Like I said, I would have to have

5      reference work records to be 100 percent sure.

6          Q     But everything else besides maybe the

7      date --

8          A     Yes.

9          Q     -- you are saying is true and

10     accurate?

11         A     Yes, yes.

12         Q     I want to turn your attention to

13     paragraph 8.

14         A     Okay.

15         Q     If you'll take a look at that.

16         A     Okay.

17         Q     In this paragraph 8 where you make the

18     statement:   One day I was confronted by

19     Sergeant Watts about there being no arrests and

20     no inventory -- I'm sorry.

21                    One day I confronted Sergeant

22     Watts about there being no arrests and no

23     inventory for money or narcotics entered into

24     the official inventory log.   You go on to say:

Deposition of Michael Spaargaren - August 13, 2015

1      Sergeant Watts told me that half the time he
2      was trading up for information which would lead
3      to bigger busts and more important narcotic
4      suspects.
5                     Was there anybody else present
6      during that conversation besides you and
7      Sergeant Watts?
8          A    I think Mohammed was there during this
9      time.  Yeah, because I remember Mohammed
10     basically telling me I shouldn't challenge the
11     sergeant, so it was Mohammed, Kalatt was his
12     name.
13         Q    I'm sorry.  Mohammed Kallat?
14         A    I'm sorry.  His first name is Kalatt,
15     K-a-l-a-t-t, if I remember correctly.  The last
16     name is Mohammed.
17         Q    So you believe he was there during
18     that conversation?
19         A    Oh, I know he was there during the
20     conversation because of what was said
21     afterwards.
22         Q    Anybody else present during this
23     conversation?
24         A    Not that I recall.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      Paragraph 9, it says:  Sergeant Watts
2      began screaming at me, and it goes on to say
3      what he said while he was screaming at you.
4      Was anybody else present during that
5      conversation?
6      A      I can't remember if anybody else was
7      there.  This was the same conversation where --
8      Well, I remember Mohammed was there.
9      Q      So in paragraph 8 and paragraph 9,
10     this is the same conversation?
11     A      Yes, yes.
12     Q      So Kalatt Mohammed was there during
13     this conversation?
14     A      Yes, correct.
15     Q      And what about paragraph 10?  It says:
16     Then Sergeant Watts told me that the commanding
17     officer, Lieutenant Jimmy Spratt, wanted to
18     talk to me.  Was that the same --
19     A      It was the same day but it was later
20     in the day.
21     Q      And so later in the day -- And so when
22     he told you that, was anybody else present?
23     A      No, no.  I don't remember anybody else
24     being present.

Deposition of Michael Spaargaren - August 13, 2015

```
 1      Q     Okay, paragraph 11, it says:  At that
 2   time I informed Lieutenant Spratt about the
 3   missing inventory.
 4                 Was anybody else present during
 5   that conversation?
 6      A     No.  This was in his office.
 7      Q     So it was just you and Lieutenant
 8   Spratt?
 9      A     Correct.
10      Q     So number 12 where it says:
11   Lieutenant Spratt asked me whether I had gone
12   to the Internal Affairs Division about this,
13   and you responded that you had not, that was
14   still during the conversation in his office?
15      A     Correct.
16      Q     You responded that you had not gone to
17   Internal Affairs about your suspicions; is that
18   right?
19      A     Right.
20      Q     Why didn't you go to Internal Affairs
21   about your suspicion?
22      A     Because I had already gone to the FBI
23   on previous stuff from years before and nothing
24   basically happened from it, nothing came out of
```

Deposition of Michael Spaargaren - August 13, 2015

1    it, and I knew that there were people in the
2    unit that knew people at IAD.
3         Q    Paragraph 13, where it says Lieutenant
4    Spratt then told you and it's all here, what he
5    said to you.  Really what I wanted to know, was
6    anybody else present during the time that you
7    were talking to him and he said those things in
8    paragraph 13?
9         A    Oh, not inside the office, but what
10   happened was Shannon was outside which I found
11   out after the fact because she heard the
12   argument; but when I was in the office, she
13   wasn't inside the office.
14        Q    So I just want to make sure I'm clear.
15   So for paragraph number 12, you were inside the
16   office with Lieutenant Spratt?
17        A    Correct.
18        Q    In paragraph 13, where it says
19   Lieutenant Spratt then told me, you're accusing
20   my sergeant and a fellow officer of stealing.
21   Well, I don't believe you.  You should have
22   gone to a supervisor the same day it happened,
23   and he also said, you know what, I think you're
24   the corrupt one and that's why you didn't go to

Deposition of Michael Spaargaren - August 13, 2015

1     the supervisor.

2                     You're saying that Shannon

3     Spaulding was there to hear this part of the

4     conversation?

5          MR. TAREN:  Objection to the point to

6     hear.

7     BY THE WITNESS:

8          A    Well, when I was in the office, she

9     was outside, but I didn't know it at the time.

10    BY MS. DAVIS:

11         Q    So it's your understanding that she

12    heard the conversation that happened in

13    paragraph 13?

14                    MR. TAREN:  Objection.  You can

15    answer.

16    BY THE WITNESS:

17         A    No.  She told me she heard it.  She

18    came up to me afterwards.

19    BY MS. DAVIS:

20         Q    So Shannon told you that she heard the

21    conversation you were having with Spratt, the

22    information that's in paragraph 13?

23         A    Oh, yeah, because he was screaming at

24    me at the time.

Deposition of Michael Spaargaren - August 13, 2015

1      Q      So let me make sure that I understand
2   correctly.   At the point where he was screaming
3   at you, she said she heard what he was saying
4   when he was screaming?
5      A      I don't know what -- the whole details
6   of what she heard.   I mean, I can't say -- I
7   can't testify as to what she heard.
8      Q      Of course.
9      A      But she came up to me afterwards and
10   she asked me, she says, what happened?   I heard
11   him yelling at you, blah, blah, blah, blah,
12   blah, blah, blah; so she indicated that she was
13   outside in the hallway because he didn't close
14   the door or anything.
15      Q      I see, so the door was open?
16      A      Oh, yeah.   Yeah, there was like no
17   shame in his game in my opinion.
18      Q      All right, so paragraph 14, the
19   conversation in paragraph 14 happened right
20   after the conversation in paragraph 13; is that
21   right?
22      A      Yeah.   This was all during the same
23   time frame.
24      Q      All during the same time frame?

Deposition of Michael Spaargaren - August 13, 2015

1        A     Yeah.

2        Q     And paragraph 15 -- So if I'm correct,

3     paragraph 13, paragraph 14, and paragraph 15

4     all happened right after each other; is that

5     correct?

6        A     Correct.

7        Q     So the same day?

8        A     Same day.

9        Q     The same time?

10       A     Right.

11       Q     And when Shannon told you that she

12    heard what was happening, was it your

13    understanding that she heard everything that

14    was happening from paragraph 13 all the way to

15    paragraph 15?

16       A     Yeah, because right after the

17    conversation that I had with Spratt, when I

18    walked out in the hall and she was like what

19    happened, she goes, blah, blah, blah, and we

20    had our conversation then.

21       Q     And besides Shannon, was there anyone

22    else around within earshot of this

23    conversation?

24       A     Not that I know of because, like I

Deposition of Michael Spaargaren - August 13, 2015

1     said, I didn't even know she was out there.  I
2     didn't know she was listening at the time.
3         Q     So moving on to paragraph 19.
4         A     Okay.
5         Q     It says:  Lieutenant Spratt began
6     screaming at me because he thought I went to
7     headquarters to report Sergeant Watts to IAD.
8     I handed Lieutenant Spratt my leave-of-absence
9     papers and walked out.
10                    When approximately did that
11    happen?
12        A     That was probably about, oh, maybe
13    like about three or four days later.
14        Q     And was anybody around when that
15    conversation happened?
16        A     Not that I recall, no.
17        Q     And then after that, you took your
18    leave of absence; is that right?
19        A     Yes, ma'am.
20        Q     And when you returned to work, it
21    says:  I returned to work, in paragraph 21,
22    being assigned to the 22nd District and I
23    worked for a couple of years with no real
24    issues; is that right?

Deposition of Michael Spaargaren - August 13, 2015

1        A     Correct.

2        Q     So as a result of your having -- Let

3    me strike that.

4                 Did you ever go to the IAD or

5    the FBI about your suspicions about Sergeant

6    Watts?

7        A     No.  I was done.

8        Q     When you returned to work, were there

9    any repercussions or problems that you had from

10   your having accused Sergeant Watts or talking

11   to Lieutenant Spratt about your suspicions?

12       A     Not for me there wasn't.

13       Q     So then in 22 it says:  An indictment

14   came down for Sergeant Watts, right?

15       A     Correct.

16       Q     Then 23, it says:  Sometime after

17   Watts's indictment, Shannon Spaulding and I

18   began to speak more frequently in regards to

19   her safety?

20       A     Yes.

21       Q     Now, we've already talked about I

22   think two conversations that you had?

23       A     Yeah.

24       Q     In this paragraph 23, what

Deposition of Michael Spaargaren - August 13, 2015

1    conversation are you referring to where you're
2    saying you talked to her frequently in regards
3    to her safety?  Can you recall for me any of
4    those conversations?
5        A    You mean like the dates or the
6    subject?
7        Q    The substance of the conversations.
8    If you know the dates that's great but really
9    the substance of the conversations.
10       A    Well, basically -- Yeah, well,
11   basically after she made the press release, you
12   know, that's how I found out about it.  I was
13   watching the news just like everybody else.  I
14   said, oh my God, that's my old partner.
15       Q    Okay, so after the press release and
16   after the news report, you started talking to
17   her more frequently about her safety.  Is that
18   fair to say?
19       A    Yeah.  Like I said, we have spoken, I
20   think, maybe twice about it.
21       Q    And did she tell you she feared for
22   her safety?
23       A    Yeah.  She said she feared for her
24   safety, didn't want to go to work, and, you

Deposition of Michael Spaargaren - August 13, 2015

1    know, told me that she had, you know, post
2    traumatic stress disorder from all of the stuff
3    that she's going through.
4        Q    This paragraph also says:  I called
5    Shannon frequently to make sure she was coping
6    with the situation.
7                   So I'm just trying to get a feel
8    for the number of conversations.  You said you
9    recall approximately two conversations?
10       A    Right.
11       Q    Can you tell me if there were more
12   than two conversations?  I don't expect you to
13   know the exact number but approximately.
14       A    I mean, it was a few.  See, the thing
15   is, I really didn't talk to her that much.  You
16   know, she's got her life.  I've got my life and
17   we weren't in the same units anymore, so I went
18   from pretty much not talking to her much to
19   talking to her more; but, I mean, probably --
20   there was one time that she came up to -- I
21   used to work in the -- well, as far as
22   assignments go, I used to work in the 2nd
23   District in the summer bike detail, so she had
24   came up to the lake one time and we had talked

Deposition of Michael Spaargaren - August 13, 2015

1     a little bit, and that's when she -- so that

2     was like a third conversation.  That was

3     actually a face-to-face conversation that we

4     had.

5          Q     Approximately when was that?

6          A     Let me see, so this is 2015, I was

7     working with my partner Bill Spiker, so I can

8     reference it off of that time frame.  I'm just

9     trying to think.  Just give me one second.

10                I'm pretty sure it was summer of

11     2013.  I would have to check and see when I was

12     working with my partner Bill because that

13     was -- she came up and we were there together

14     and I had introduced him to her.  I said hey,

15     Bill, this is, my former partner I used to work

16     with in housing.  So I remember who I was with

17     at the time.  I just couldn't tell you what

18     year it was without referencing when that

19     detail was that I did.

20          Q     Okay, so whenever you were with Bill

21     Spiker as your partner maybe around the summer

22     of 2013?

23          A     Yeah, correct.  And if it wasn't 2013

24     because this is '15.  Last year was '14.  It

Deposition of Michael Spaargaren - August 13, 2015

1    either has to be '12 or '13, but I mean, I know

2    it was either '12 or '13.  It was in the

3    summertime, so --

4         Q    And who was she with, anybody?

5         A    No.  She was by herself.

6         Q    What did she say to you?

7         A    I mean, basically more of the same

8    thing, that she was -- didn't feel safe at work

9    anymore.  She -- I think I remember her saying

10   that it her sergeant or whatever or lieutenant,

11   you know, basically that people aren't going to

12   back you up anymore.  You're an IAD rat.  And,

13   of course, she talked about Sergeant Watts and

14   what am I supposed to do.  She had said that

15   she went to like when she had initially found

16   out about Sergeant Watts, she told me that when

17   she first found out about it, she went to

18   whoever the boss was and that's when she let

19   them know and whoever she told, who it was I

20   don't remember the name, but basically like,

21   you know, I don't want to hear it.  That's what

22   she said to me, that whoever she went to didn't

23   want to hear it.

24                    Then she felt like, well, I'm in

Deposition of Michael Spaargaren - August 13, 2015

1    the middle now because here I've got corruption
2    of a sergeant who used to be my old sergeant or
3    sergeant I used to work with in housing and
4    now, you know, I'm in the middle.  What do I
5    do?  Like she was basically saying that the CPD
6    bosses don't want to hear about it because she
7    is like doing stuff with the FBI task force.
8    Don't quote me on where she was, but -- and
9    she's like now I'm in the middle.  And she
10   goes, what would you have done.
11               I said, I go, you already know
12   what I would do.  I said I already went to the
13   feds when I found out about corruption.  You
14   know, I said, of course, I think you're going
15   to do the right thing.  I said it's not worth
16   putting your life either physically or
17   financially, you know, or anything like that in
18   jeopardy because of someone else.  I said -- I
19   go, even though what I did, I said, I would
20   still do it again.  I found out about
21   corruption and I went right to the FBI.  So I
22   said, of course, what you're doing and
23   experiencing, I would have done the same thing.
24        Q    Okay, I want to make sure I understand

Deposition of Michael Spaargaren - August 13, 2015

1    what you were just saying about being her in

2    the middle.  I'm not sure I quite get that.  So

3    when she was talking to you and saying that she

4    didn't feel safe at work anymore, right?

5        A    Yes.

6        Q    Can you break it down for me a little

7    bit better?  What was the reason she didn't

8    feel safe in her current unit?

9             MR. TAREN:  Objection.

10   BY THE WITNESS:

11       A    She said because basically her cover

12   got blown, so to speak, and that people knew

13   that she was the one who had the information

14   about Watts and that that word had gotten out

15   and now they were referring to her as the rat.

16   She was getting the cold shoulder at work.  She

17   was told by bosses that, you know, people

18   aren't going to back you up, that you should

19   just leave here, things of that nature.

20   BY MS. DAVIS:

21       Q    Okay, so she was saying that people

22   now in her current unit knew that she had

23   information on Watts; is that right?

24       A    From what I recall her saying, yes.

Deposition of Michael Spaargaren - August 13, 2015

1      Q     And when she was asking you what you

2   would do, that was in reference to what?

3      A     Oh, to Watts.  You know, she was

4   basically asking me like a hypothetical, you

5   know, what would you have done if you were in

6   my position, and I laughed and I said -- I'm

7   like, are you kidding?  I said, you already

8   know what I did, so ...

9      Q     And in terms of the time frame for

10   this, when you were talking to her about the

11   hypothetical what you would have done and that

12   kind of thing, had Watts already been indicted

13   at that point?

14      A     Yes.

15      Q     So in some respects she was asking you

16   if you thought she had done the right thing; is

17   that right?

18          MR. TAREN:  Objection.

19   BY THE WITNESS:

20      A     Well, I mean, I guess so.  Basically

21   she was asking me, you know, it was more like,

22   God what would you have done with it being a

23   supervisor for the police?

24                And, like I said, my response to

Deposition of Michael Spaargaren - August 13, 2015

1    her was, I'm like, why are you even asking me.

2    You already know what I would do.

3    BY MS. DAVIS:

4        Q    What's your understanding of the role

5    she played in Watts's indictment?

6            MR. TAREN:  Objection, foundation.

7    BY THE WITNESS:

8        A    From what I was explained was that she

9    had witnessed him on video or something like

10   that.  She was watching from a surveillance

11   point and she recognized Watts.  Again, that's

12   what I recall her telling me.

13   BY MS. DAVIS:

14       Q    Witnessed him on video doing what?

15       A    I think he was doing a drug --

16   suspected drug transaction or something like

17   that.  I'm trying to remember the particulars

18   of it, but I know that she had either witnessed

19   it or heard it on a wire.  I don't remember

20   which it was, but I know that she either had a

21   tap on a phone or she had witnessed something,

22   something to that effect.

23       Q    And when she had that conversation

24   with you, did she say anything else to you that

Deposition of Michael Spaargaren - August 13, 2015

1    we haven't already talked about?

2        A    Well, I mean, nothing really about

3    this.  I mean, it was other personal

4    conversation but --

5        Q    Well, when you say "personal

6    conversation," what else did she say?

7        A    Personal-wise?

8        Q    Yes.

9        A    When are you leaving the job?  The job

10   is not safe anymore, just things of that

11   nature.

12       Q    Did she talk anything about her mental

13   health or any of those kinds of things?

14       A    Oh, yeah.  Yeah, she told me, I can't

15   sleep at night.  She says, you know, basically

16   I'm paranoid.  You know, she was like, you

17   know, I'm afraid if I go to my car.  I'm using

18   my remote start more now just to make sure that

19   the car doesn't blow up, things like that.

20   That's what she said to me.

21       Q    And was she able to give you any

22   specific instances at that time where anybody

23   had failed to back her up or had made any other

24   threats to her?

Deposition of Michael Spaargaren - August 13, 2015

```
 1      A    No.  It was more -- I mean, again,
 2   what she related to me was just the -- well,
 3   like I said earlier, like it felt like she was
 4   getting the cold shoulder from everybody.  She
 5   didn't say if there was -- She didn't relate
 6   any specific instance where this one didn't
 7   show up or that one didn't show up.  She just
 8   basically told me that she could feel the
 9   difference how people were treating her.
10      Q    And paragraph 24?
11      A    Okay.
12      Q    The last paragraph, it says:  Around
13   that time while I was working a sergeant who
14   worked with Sergeant Watts in the second
15   district approached me and asked how I was.
16   The sergeant also told me, "tell Shannon
17   Spaulding to be careful and to park her car in
18   the garage."  He said, "Because if these
19   officers could put a pipe bomb under her car,
20   they would."
21                 So who was the sergeant who told
22   you that?
23      A    You know what?  It was a sergeant who
24   was in passing in plainclothes.  I had seen him
```

Deposition of Michael Spaargaren - August 13, 2015

1    around.  I don't know who it is by name.

2        Q    What did he look like?

3        A    A male white, probably around -- I

4    don't know at the time, probably like around

5    30, 35-ish.  They were in the station

6    processing an arrest.

7        Q    And which station were they in?

8        A    In the 2nd District.

9        Q    Do you know if it was a sergeant who

10   was stationed in the 2nd District?

11       A    No, no.  They were an outside unit

12   because that's where like when you make an

13   arrest outside of the unit, you do it where --

14   like if you're an outside unit, you process the

15   arrest wherever the arrest was at.

16       Q    So the arrest was in the 2nd District?

17       A    I just saw them in the station.  I

18   don't even know.  I can't even say that they

19   were on an arrest, so strike that.  I shouldn't

20   say he was on an arrest.

21       Q    Any other information you can provide

22   that would help identify who that person was?

23   For example, was he with someone else?

24       A    No, not that I can recall.  I don't

Deposition of Michael Spaargaren - August 13, 2015

1    remember the details.  I'm trying to think.
2    No, he was in plainclothes so no name tag on.
3        Q    Was anyone else around to hear him say
4    that, the statement in paragraph 24?
5        A    No.  I just happened to be up at the
6    front desk at the time and he was at the front
7    desk, as well.
8        Q    And no one else was around?
9        A    I'm sure there were other people
10   around but no one who I remember.  I was an
11   outside unit myself, too, because I was doing
12   the bike detail.
13       Q    Was your partner with you at that
14   time?
15       A    No, no.  I was just up at the front
16   desk checking my e-mail or something.
17       Q    When he said that, did it appear that
18   he was joking?
19            MR. TAREN:  Objection.
20   BY THE WITNESS:
21       A    Well, I mean, I guess it was taken
22   lighthearted, you know what I mean?  It wasn't
23   like a serious thing.  I didn't take it as such
24   to call her and say, hey, park your car in the

Deposition of Michael Spaargaren - August 13, 2015

1    garage.  Someone is going to put a bomb under
2    your car, you know, so I didn't take it like I
3    don't want to say a serious threat but it was
4    kind of like more in jest, I think.
5    BY MS. DAVIS:
6        Q    So you didn't call Shannon and tell
7    her what the sergeant had told you?
8        A    Well, did I call her at this time, no.
9    I think I had mentioned this to her when I
10   was -- when I ran in to her at the lake.  It
11   was during that conversation.
12       Q    So it would be fair for me to say that
13   you didn't call her and tell her what he said
14   because he said it in jest and you didn't think
15   it was a serious statement?
16       A    Right.
17           MR. TAREN:  Excuse me, objection.
18   BY MS. DAVIS:
19       Q    You didn't think it was a serious
20   statement; is that right?
21       A    No.
22       Q    No, you didn't think it was a serious
23   statement?
24       A    I didn't think it was serious enough

Deposition of Michael Spaargaren - August 13, 2015

1    to like warrant anything.  It was more said off

2    the cuff, so to speak.

3       Q    If you had thought it was a serious

4    statement that somebody was going put a pipe

5    bomb under her car, would you have called

6    Shannon and told her?

7       A    Oh, of course, yeah.

8            MS. DAVIS:  Let's take a quick break.

9                 (WHEREUPON, a break taken

10                from 11:34 a.m. to 11:45 a.m.)

11           MS. DAVIS:  We're back on the record.

12   BY MS. DAVIS:

13      Q    Officer Spaargaren --

14      A    Spaargaren.

15      Q    -- you're still under oath obviously?

16      A    Okay.

17      Q    All right, you mentioned before about

18   having seen a television report about this

19   case?

20      A    Correct.

21      Q    Did you see just one report?

22      A    No.  I think I saw two.

23      Q    And do you remember when you saw the

24   first report?

Deposition of Michael Spaargaren - August 13, 2015

```
 1      A    I mean, probably like about -- I don't
 2   want to speculate because I watch the news
 3   pretty much all the time and I just happened to
 4   see it on Channel 5.
 5      Q    And when you saw the first report, do
 6   you recall anything in that report striking you
 7   as surprising or different from any of the
 8   conversations you had had with Shannon?
 9      A    No.
10      Q    Do you remember what was said in the
11   report, the first report, you saw?
12      A    No.  Honestly I don't -- I remember
13   seeing it because I remember seeing her on the
14   news, but no, I don't remember the -- I mean, I
15   know it's online.  I could pull it up and look
16   at it, but I don't remember it off the top of
17   my head.
18      Q    What about the second report?  You
19   recall seeing a second report?
20      A    I do remember seeing a second report,
21   but I think it was for -- what is her name?
22   Janet Hannah, I think I saw her.
23      Q    Do you remember anything that was said
24   in the second report?
```

Deposition of Michael Spaargaren - August 13, 2015

1      A     Not right now, no.

2      Q     And as you sit here now, do you

3   remember thinking that anything you saw in that

4   second report was different than any of the

5   other conversations you had with Shannon

6   Spaulding?

7      A     No, no.  I don't remember hearing

8   anything conflicting.

9      Q     Do you remember talking to anyone

10   about the news report, either of the news

11   reports?

12      A     Just my wife.

13      Q     Anybody else?

14      A     No, no; just my wife.

15      Q     What is your wife's name?

16      A     Diana.

17      Q     Were you present at any point for any

18   of the alleged threats or cold shoulders or

19   anything of the things that Shannon said that

20   she was experiencing?

21      A     No.

22      Q     So do you have any firsthand knowledge

23   about any of the allegations that Shannon has

24   about what she's experienced?

Deposition of Michael Spaargaren - August 13, 2015

1        A     No, just what she related to me.

2        Q     So all the information you have is

3    based on what Shannon has told you; is that

4    right?

5        A     Correct.

6        Q     Besides Shannon, has anyone else told

7    you anything about anything Shannon has

8    experienced or is alleged to have experienced?

9        A     No.

10       Q     And what about Danny Echeverria?  Is

11   it fair to say that you don't have any

12   firsthand knowledge about any of the

13   allegations that Danny Echeverria has in this

14   case?

15       A     No.

16       Q     And has anyone told you or said

17   anything to you about any of the allegations

18   that Danny has in this case?

19       A     No, no.  I am not familiar with his

20   stuff.

21           MS. DAVIS:  That's all I have for you.

22   I don't have any further questions.

23           MR. TAREN:  Okay, no questions.

24           MS. DAVIS:  You reserve?

Deposition of Michael Spaargaren - August 13, 2015

1          MR. TAREN:  Mike, you have the right
2     to read the deposition to make sure that
3     everything you said was taken down accurately.
4          THE WITNESS:  Okay.
5          MR. TAREN:  If you want to do that,
6     then it will probably be sent to me and I'd get
7     it to you to review.  Do you want to do that.
8          THE WITNESS:  Sure.
9          MR. TAREN:  We'll reserve signature.
10                    (Whereupon, at 11:50 a.m.,
11                    the signature of the witness
12                    having been reserved the
13                    witness being present and
14                    consenting thereto, the
15                    taking of the instant
16                    deposition ceased.)
17
18
19
20
21
22
23
24

Deposition of Michael Spaargaren - August 13, 2015

```
 1

 2          IN THE UNITED STATES DISTRICT COURT

 3              NORTHERN DISTRICT OF ILLINOIS

 4                    EASTERN DIVISION

 5   Chicago Police Officer       )

 6   SHANNON SPAULDING, Chicago   )

 7   Police Officer DANIEL        )

 8   ECHEVERRIA,                  )

 9          Plaintiffs,           )  No. 12 CV 8777

10       vs.                      )

11   CITY OF CHICAGO, et al.,     )

12          Defendants.           )

13

14          I, MICHAEL THOMAS SPAARGAREN, state that

15   I have read the foregoing transcript of the

16   testimony given by me at my deposition on the

17   13th day of August, 2015, and that said

18   transcript constitutes a true and correct

19   record of the testimony given by me at the said

20   deposition except as I have so indicated on the

21   errata sheets provided herein.

22          _____

23                    MICHAEL THOMAS SPAARGAREN

24
```

Deposition of Michael Spaargaren - August 13, 2015

1     No corrections (Please initial)_____

2     Number of errata sheets submitted_____(pgs.)

3

4     SUBSCRIBED AND SWORN TO

5     before me this _____ day

6     of _____, A.D. 2016.

7     _____

8          NOTARY PUBLIC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Deposition of Michael Spaargaren - August 13, 2015

```
1     STATE OF ILLINOIS )
2                       )  SS:
3     COUNTY OF C O O K )
4       I, KATHLEEN P. LIPINSKI, Certified Shorthand
5     Reporter No. 84-3808, Certified Shorthand
6     Reporter and Notary Public, in and for the
7     County of Cook, State of Illinois, do hereby
8     certify that previous to the commencement of
9     the examination, said witness was duly sworn by
10    me to testify the truth; that the testimony
11    given by said witness was reduced to writing by
12    means of shorthand and thereafter transcribed
13    into typewritten form; and that the foregoing
14    is a true, correct, and complete transcript of
15    my shorthand notes so taken as aforesaid.
16      I further certify that there were present at
17    the taking of the said deposition the persons
18    and parties as indicated on the appearance page
19    made a part of this deposition.
20      I further certify that I am not counsel for
21    nor in any way related to any of the parties to
22    this suit, nor am I in any way interested in
23    the outcome thereof.
24      I further certify that this certificate
```

Deposition of Michael Spaargaren - August 13, 2015

1    applies to the original and certified

2    transcripts only.  I assume no responsibility

3    for the accuracy of any reproduced copies not

4    made under my control or direction.

5             IN TESTIMONY WHEREOF I have hereunto

6    set my hand and affixed my seal, this 18th day

7    of February, A.D., 2016.

8

9

10   _____

11       KATHLEEN P. LIPINSKI, CSR

12

13

14

15

16

17

18

19

20

21

22

23

24

Shannon Spaulding v.
City of Chicago

Deposition of Michael Spaargaren
August 13, 2015

## A

**A&P (1)**
15:9
**AA (1)**
15:11
**able (1)**
75:21
**absence (5)**
20:9,19;21:2;53:17;
65:18
**academy (7)**
18:16;19:2;46:6,7,
8,10,15
**accurate (3)**
53:12;56:18;57:10
**accurately (1)**
84:3
**accused (3)**
56:4,8;66:10
**accusing (1)**
61:19
**active (1)**
13:16
**actual (3)**
30:1,2;57:3
**actually (6)**
17:5;23:19;35:14,
18;42:16;69:3
**address (1)**
6:14
**Affairs (3)**
60:12,17,20
**affected (1)**
39:18
**affidavit (33)**
9:7;10:2;11:4,7,10,
12,21,22,24;12:3,7;
26:6,8,11,14,16,21;
27:3,5,7,9,14,17;
29:13,22;33:14;
34:15;35:13;44:4;
56:12,17,19,24
**afraid (1)**
75:17
**afterward (1)**
34:17
**afterwards (4)**
34:4;58:21;62:18;
63:9
**again (6)**
19:24;40:12;53:10;
71:20;74:11;76:1
**against (2)**
8:2;41:8
**ago (9)**
9:24;10:2,18,24;
25:7,8,23;26:3;30:15
**agreement (1)**
4:5
**airlines (4)**
15:15;16:18,21;

17:7
**airplane (3)**
15:10,16;17:6
**allegations (3)**
82:23;83:13,17
**alleged (2)**
82:18;83:8
**allegedly (1)**
36:19
**alleging (1)**
54:12
**Almost (1)**
18:22
**along (1)**
50:2
**always (1)**
38:12
**amongst (1)**
31:7
**anymore (9)**
40:4,7;42:22;52:20;
68:17;70:9,12;72:4;
75:10
**appear (1)**
78:17
**applicable (1)**
4:6
**apply (2)**
36:10,15
**approached (1)**
76:15
**Approximately (14)**
6:18;14:15;17:14;
18:24;19:16;21:23;
33:21;34:5;53:6;
54:18;65:10;68:9,13;
69:5
**Approximation (1)**
20:13
**arbitrations (1)**
23:11
**Archer (1)**
17:1
**argument (1)**
61:12
**Army (1)**
17:23
**around (12)**
29:24;30:20;64:22;
65:14;69:21;76:12;
77:1,3,4;78:3,8,10
**arrest (7)**
77:6,13,15,15,16,
19,20
**arrests (2)**
57:19,22
**Arts (1)**
13:7
**assigned (4)**
42:5;48:1,2;65:22
**assignment (5)**
18:17,18;20:16;
21:20;41:18

**assignments (2)**
42:4;68:22
**assistant (1)**
28:9
**associate's (3)**
13:1,6,6
**assume (1)**
5:23
**assumed (1)**
38:22
**attend (2)**
12:18;17:11
**attention (1)**
57:12
**attorney (5)**
6:10,12;26:17;
30:21;32:22
**Avenue (1)**
6:15
**aware (2)**
5:2;56:22

## B

**back (10)**
9:2;20:23;21:5;
27:13;36:14;43:6;
70:12;72:18;75:23;
80:11
**backed (2)**
40:2,9
**background (2)**
11:23;16:3
**backing (1)**
40:15
**bankrupt (1)**
16:22
**Barns (1)**
24:23
**based (1)**
83:3
**Basically (41)**
9:4;32:18;36:11;
37:1,9,11;39:23;40:3,
5,24;41:1,6,19;42:7,
10;45:3;47:3;49:3,7;
50:10,15,18;51:2,11,
18;52:17,17;55:6;
58:10;60:24;67:10,
11;70:7,11,20;71:5;
72:11;73:4,20;75:15;
76:8
**became (2)**
17:13;46:12
**becoming (1)**
48:18
**began (3)**
59:2;65:5;66:18
**besides (10)**
9:12;12:6,13;22:6,
13;38:9;57:6;58:6;
64:21;83:6
**best (1)**

**56:20**
**better (2)**
37:22;72:7
**beyond (1)**
12:24
**bid (1)**
50:17
**big (2)**
17:10;30:5
**bigger (2)**
51:9;58:3
**bike (2)**
68:23;78:12
**Bill (4)**
69:7,12,15,20
**bit (4)**
16:9;56:13;69:1;
72:7
**blah (10)**
63:11,11,11,11,12,
12,12;64:19,19,19
**blow (1)**
75:19
**blown (1)**
72:12
**bomb (3)**
76:19;79:1;80:5
**boss (1)**
70:18
**bosses (3)**
40:1;71:6;72:17
**bought (3)**
32:22;33:2;45:11
**boy (2)**
17:4;54:20
**branch (1)**
13:15
**break (6)**
5:13,15,16;72:6;
80:8,9
**brief (2)**
16:14,24
**bucks (1)**
45:21
**building (1)**
52:9
**business (3)**
8:1;14:6,22
**busts (1)**
58:3
**busy (1)**
53:21
**buying (1)**
45:4

## C

**call (9)**
34:19;41:1;50:16,
22;55:1;78:24;79:6,8,
13
**called (12)**
4:10;34:21,22;

**56:20**
**better (2)**

**37:12;39:12;45:19;**
**50:10,18;51:1;55:1;**
**68:4;80:5**
**calls (1)**
45:9
**came (12)**
21:5;25:14;42:19;
44:23;46:4;60:24;
62:18;63:9;66:14;
68:20,24;69:13
**can (22)**
5:10,16;6:8;14:21;
15:7;16:8;28:17;
30:18;32:4;33:20;
34:18;43:13,21;
45:17,20;62:14;67:3;
68:11;69:7;72:6;
77:21,24
**car (8)**
38:18;75:17,19;
76:17,19;78:24;79:2;
80:5
**career (1)**
47:5
**careful (1)**
76:17
**cars (1)**
48:15
**case (14)**
7:5,13,18;8:8;9:17;
10:3;12:15;31:20;
32:4,7,19;80:19;
83:14,18
**cases (6)**
6:24;7:3;8:19,23;
42:4,11
**catalog (1)**
20:11
**ceased (1)**
84:16
**certificate (3)**
14:8;15:1,9
**certificates (6)**
14:4,18,20,21;15:7;
16:4
**Cesario (5)**
25:1,5,9,22;26:3
**challenge (1)**
58:10
**chance (2)**
26:7,18
**change (3)**
17:10;23:1;49:6
**changes (2)**
27:2,6
**changing (2)**
50:9,11
**Channel (1)**
81:4
**charge (1)**
45:24
**cheap (1)**
33:3

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

**check (3)**
20:6;53:11;69:11
**checking (1)**
78:16
**Chicago (4)**
6:15;13:4;17:2;
51:13
**Chicago's (1)**
51:8
**city (3)**
13:19;23:1,9
**citywide (1)**
50:20
**Civil (4)**
4:6;7:4,17;8:2
**clarify (1)**
52:5
**clear (1)**
61:14
**close (1)**
63:13
**closed (2)**
16:23;32:24
**closed-knit (1)**
50:21
**clue (4)**
24:22,24;25:15,19
**cold (6)**
39:23;40:20;46:22;
72:16;76:4;82:18
**College (4)**
13:3;17:9;18:5,6
**coming (8)**
10:5,8;23:11;26:22;
35:13,24;37:19;45:4
**commander (9)**
25:3,5;28:1,4;29:2,
5;48:4,5,8
**commanding (1)**
59:16
**commercial (1)**
15:12
**completed (1)**
14:2
**completely (1)**
23:20
**conflicting (1)**
82:8
**confronted (2)**
57:18,21
**confused (1)**
52:1
**consenting (1)**
84:14
**consequence (1)**
51:8
**contact (3)**
53:14,14,18
**continue (1)**
46:15
**conversation (43)**
9:15;33:12,17,21,
23;35:3,11,22;39:3,4;

43:6,7,9,11;54:10;
55:5,18;58:6,18,20,
23;59:5,7,10,13;60:5,
14;62:4,12,21;63:19,
20;64:17,20,23;
65:15;67:1;69:2,3;
74:23;75:4,6;79:11
**conversations (29)**
10:19;11:3,6;12:8;
24:11,16;26:1;29:14;
31:14,18,23;32:10,17;
33:6;49:14,18;54:4;
55:22;56:1,10;66:22;
67:4,7,9;68:8,9,12;
81:8;82:5
**coping (1)**
68:5
**copy (2)**
26:23,24
**correctly (2)**
58:15;63:2
**corresponding (1)**
14:8
**corrupt (1)**
61:24
**corruption (3)**
71:1,13,21
**Costa (1)**
35:17
**counsel (1)**
44:8
**couple (8)**
30:22;45:21;46:6;
47:13,15;49:4;53:19;
65:23
**course (9)**
8:3;14:8;16:18;
24:14;63:8;70:13;
71:14,22;80:7
**court (1)**
5:10
**cover (1)**
72:11
**covered (1)**
16:2
**CPD (4)**
22:8,13;23:9;71:5
**crazy (1)**
52:7
**cuff (1)**
80:2
**current (5)**
8:23;21:20;54:6;
72:8,22
**currently (1)**
23:8

**D**

**daily (2)**
46:20;53:14
**Daley (4)**
13:3;17:8;18:5,6

**Danny (12)**
12:1,4;28:13,15,21;
32:9,13,16;33:9;
83:10,13,18
**date (7)**
10:5,8;14:14;18:14;
27:9;57:3,7
**dates (9)**
19:23;20:7,9;30:6,
8,11,13;67:5,8
**daughter (2)**
6:20;35:20
**DAVIS (23)**
4:2,14;11:15;20:1;
28:3;34:14;41:21;
43:4;44:12;50:5;
55:19;62:10,19;
72:20;74:3,13;79:5,
18;80:8,11,12;83:21,
24
**day (20)**
15:18;22:17;29:12,
15;30:17;31:10,13;
32:14;33:4;46:1;
51:24;53:1;57:18,21;
59:19,20,21;61:22;
64:7,8
**days (2)**
47:9;65:13
**Deborah (1)**
24:21
**Debra (2)**
24:3,17
**Defendant (4)**
7:15,16,21;8:8
**defendants (2)**
23:14,15
**definitely (1)**
8:18
**defunct (1)**
50:23
**degrees (5)**
13:8;14:3,18,19;
16:3
**denied (3)**
22:21;23:2,6
**department (5)**
18:10,11;20:6,17;
51:3
**deposed (3)**
4:19;6:22;8:15
**deposition (10)**
4:3;9:2,3,10;10:9;
12:2,3,15;84:2,16
**depositions (1)**
9:10
**described (1)**
55:23
**designed (1)**
52:8
**desk (3)**
78:6,7,16
**detail (4)**

15:5;68:23;69:19;
78:12
**details (7)**
7:6;55:17,23;63:5;
78:1
**Diana (1)**
82:16
**difference (1)**
76:9
**different (6)**
5:20;41:23;43:16;
52:11;81:7;82:4
**disability (2)**
36:10,15
**disabled (1)**
7:10
**disbanded (3)**
51:5,6,14
**discharge (2)**
13:24;14:1
**discharged (3)**
13:22,23;16:16
**discovery (1)**
4:3
**discuss (1)**
42:12
**dismissed (2)**
7:19,21
**disorder (3)**
36:13;40:6;68:2
**District (20)**
18:19,19,20;19:3,5,
6,11;21:6,7,17,22;
22:2,4;48:3;65:22;
68:23;76:15;77:8,10,
16
**Division (1)**
60:12
**doctors (1)**
36:11
**documents (1)**
9:6
**done (9)**
5:3;15:12;66:7;
71:10,23;73:5,11,16,
22
**door (2)**
63:14,15
**down (12)**
5:10;6:3;30:14;
33:7;35:13,19,24;
42:19;51:7;66:14;
72:6;84:3
**draft (1)**
26:16
**drafts (1)**
26:21
**dropped (1)**
15:21
**drug (2)**
74:15,16
**duly (1)**
4:11

**dumped (5)**
41:1,3,4,6,11
**during (20)**
29:17;33:16;36:5,
16;43:9,11;53:24;
58:6,8,17,19,22;59:4,
12;60:4,14;61:6;
63:22,24;79:11
**duty (2)**
13:16;23:5

**E**

**ear (2)**
42:2;43:24
**earlier (2)**
27:12;76:3
**early (2)**
47:9;48:11
**earshot (1)**
64:22
**Echeverria (7)**
12:1,4;28:21;32:9;
33:9;83:10,13
**education (1)**
12:24
**educational (1)**
16:3
**effect (2)**
36:21;74:22
**either (8)**
36:22;40:18;70:1,2;
71:16;74:18,20;82:10
**elapsed (1)**
30:7
**else (34)**
6:19;9:11,12;10:15;
12:14;16:6;19:12;
27:17;30:16;36:3;
41:3,8,16;43:10;
47:10;57:6;58:5,22;
59:4,6,22,23;60:4;
61:6;64:22;67:13;
71:18;74:24;75:6;
77:23;78:3,8;82:13;
83:6
**e-mail (2)**
26:24;78:16
**employed (1)**
16:17
**employment (6)**
16:8;17:24;20:11;
22:7,8,14
**endured (1)**
36:19
**Englewood (1)**
18:19
**enough (1)**
79:24
**entered (1)**
57:23
**Evans (2)**
48:4,6

**even (16)**
12:10,16;23:19;
31:19;38:8,23;39:9;
41:4;43:22;52:3;
54:20;65:1;71:19;
74:1;77:18,18
**eventually (1)**
20:23
**everybody (6)**
50:3,13;51:16;
52:11;67:13;76:4
**Evidence (1)**
4:7
**exact (8)**
13:19;14:14;18:13;
20:6,9,12;50:24;
68:13
**exactly (1)**
18:22
**EXAMINATION (1)**
4:13
**examined (1)**
4:11
**example (1)**
77:23
**exception (2)**
25:22;26:2
**Excuse (1)**
79:17
**Exhibit (3)**
11:13,18;26:7
**expect (1)**
68:12
**experienced (3)**
82:24;83:8,8
**experiencing (2)**
71:23;82:20
**expired (1)**
15:24
**explained (1)**
74:8
**explaining (1)**
25:13
**extrapolate (1)**
38:10

**F**

**face-to-face (2)**
35:5;69:3
**fact (5)**
9:19;10:4,21;25:11;
61:11
**failed (1)**
75:23
**fair (5)**
12:11;23:21;67:18;
79:12;83:11
**familiar (2)**
23:13;83:19
**far (4)**
17:24;24:15;28:17;
68:21

**favor (2)**
7:20,21
**FBI (4)**
60:22;66:5;71:7,21
**feared (2)**
67:21,23
**February (1)**
34:6
**Federal (2)**
4:6;51:5
**feds (1)**
71:13
**fee (1)**
44:6
**feel (6)**
36:12;68:7;70:8;
72:4,8;76:8
**feeling (1)**
54:5
**fellow (1)**
61:20
**felt (3)**
54:12;70:24;76:3
**few (3)**
11:23;56:14;68:14
**field (2)**
40:10,16
**final (1)**
26:23
**financially (1)**
71:17
**find (2)**
16:15;38:12
**fine (4)**
14:15;20:12;24:13;
55:20
**finish (2)**
5:6;17:11
**finished (1)**
18:6
**firm (1)**
28:11
**first (14)**
4:10;13:11;18:16,
18;42:17;44:21;47:4;
54:9;55:5;58:14;
70:17;80:24;81:5,11
**firsthand (2)**
82:22;83:12
**five (2)**
19:18;20:3
**flying (1)**
15:20
**focus (2)**
34:11;43:1
**folks (1)**
49:23
**follow (1)**
36:1
**following (1)**
46:8
**follows (1)**
4:12

**force (2)**
47:10;71:7
**formal (1)**
12:24
**formally (1)**
29:6
**former (1)**
69:15
**found (9)**
8:6;25:2,3;61:10;
67:12;70:15,17;
71:13,20
**foundation (1)**
74:6
**four (4)**
14:2;21:10;28:6;
65:13
**four-year-old (1)**
6:20
**frame (5)**
36:16;63:23,24;
69:8;73:9
**frames (1)**
43:1
**frequently (4)**
66:18;67:2,17;68:5
**Friday (1)**
46:24
**friend (2)**
45:12,18
**friends (11)**
31:16;38:11;42:19;
44:18,21;45:10;
46:12;47:12,21,22;
48:12
**friendship (1)**
46:15
**front (3)**
78:6,6,15
**fugitive (1)**
43:17
**full (1)**
4:15
**full-time (2)**
18:4;38:13
**funny (4)**
35:14;42:6;45:6;
46:21
**further (1)**
83:22

**G**

**game (1)**
63:17
**garage (2)**
76:18;79:1
**gas (1)**
25:13
**gave (3)**
11:21;12:3;45:23
**girl (1)**
28:12

**given (1)**
44:4
**giving (1)**
30:2;40:20
**Glen (2)**
48:4,6
**God (5)**
34:2;37:19;47:15;
67:14;73:22
**goes (5)**
17:24;35:24;59:2;
64:19;71:10
**good (3)**
15:18;41:2;49:22
**gourmet (1)**
33:2
**graduate (1)**
12:21
**graduated (1)**
12:23
**great (1)**
67:8
**grievances (1)**
23:9
**ground (2)**
5:1;6:7
**Guard (1)**
17:23
**guess (2)**
73:20;78:21
**guy (1)**
27:24
**guys (3)**
47:10,18;49:1
**guys' (1)**
28:14

**H**

**half (5)**
10:24;33:5;48:23;
51:17;58:1
**hall (1)**
64:18
**hallway (1)**
63:13
**Hamilton (1)**
6:15
**hand (1)**
37:24
**handed (1)**
65:8
**Hannah (8)**
27:20,23;28:23;
31:4,11;32:17;33:7;
81:22
**happen (2)**
33:21;65:11
**happened (23)**
29:21;30:9;45:3,5,
16,23;48:1,17;50:15;
51:4,7,12;60:24;
61:10,22;62:12;

**63:**10,19;64:4,19;
65:15;78:5;81:3
**happening (2)**
64:12,14
**harassed (3)**
10:22;36:5;54:11
**harassment (4)**
9:18;33:18;36:19;
55:24
**Harbor (1)**
13:19
**Harlem (1)**
17:1
**head (1)**
81:17
**headquarters (1)**
65:7
**heads (1)**
6:3
**health (1)**
75:13
**hear (6)**
62:3,6;70:21,23;
71:6;78:3
**heard (14)**
47:14,16;48:5;
61:11;62:12,17,20;
63:3,6,7,10;64:12,13;
74:19
**hearing (1)**
82:7
**help (2)**
30:10;77:22
**helped (1)**
48:11
**herein (1)**
4:10
**herself (1)**
70:5
**hey (7)**
45:17,19;46:1;
48:11;53:20;69:14;
78:24
**high (3)**
12:18,20,24
**himself (1)**
25:14
**history (2)**
16:8;20:11
**home (9)**
14:5,7,22;15:2,5;
22:10,13;38:6,6
**homeowner (1)**
8:2
**honest (2)**
54:20;55:16
**Honestly (3)**
34:20,23;81:12
**Honorable (2)**
13:24;14:1
**honorably (1)**
13:23
**hooking (1)**

47:6
hope (1)
  33:2
hot (1)
  46:22
hour (3)
  31:2,2;33:4
hours (1)
  22:17
house (5)
  8:3;35:17,20;38:19,
  20
housing (14)
  19:13,15,16;20:2;
  47:7,24;48:7,14;50:8,
  11,16,23;69:16;71:3
hypothetical (2)
  73:4,11

**I**

IAD (10)
  28:1;29:2;39:14,15;
  56:4,8;61:2;65:7;
  66:4;70:12
identify (1)
  77:22
Illinois (1)
  6:16
imagine (1)
  39:20
important (1)
  58:3
impression (1)
  42:9
indicated (1)
  63:12
indicted (1)
  73:12
indictment (3)
  66:13,17;74:5
informal (3)
  31:7,21;32:20
information (9)
  34:10;54:11;55:9;
  58:2;62:22;72:13,23;
  77:21;83:2
informed (1)
  60:2
initially (2)
  51:12;70:15
injured (1)
  23:5
inside (3)
  61:9,13,15
inspection (6)
  8:5;14:22;15:3,6;
  22:10,14
inspections (1)
  8:1
inspector (3)
  14:5,7,24
instance (1)

76:6
instances (2)
  40:15;75:22
instant (1)
  84:15
instead (1)
  50:20
Internal (3)
  60:12,17,20
into (12)
  8:4;11:1,22,24;
  13:14;16:11;26:5;
  37:23;38:1,4;47:7;
  57:23
introduced (3)
  25:14;29:7;69:14
inventory (4)
  57:20,23,24;60:3
involved (3)
  6:23;8:19;47:19
involving (1)
  7:4
irrelevant (2)
  39:11;43:24
issues (2)
  43:20;65:24
Item (1)
  19:21

**J**

jail (1)
  9:19
James (2)
  24:5,17
Janet (10)
  27:19,23;28:12,23;
  31:4,11,17;32:17;
  33:7;81:22
January (3)
  27:10;34:3,16
Jeff (6)
  6:13;9:4;10:11,13;
  25:13;26:24
Jeffrey (1)
  9:13
Jenkins (1)
  7:9
jeopardy (1)
  71:18
jest (2)
  79:4,14
jets (1)
  15:20
Jimmy (1)
  59:17
job (15)
  15:14;16:15,23;
  17:20;22:10;37:23;
  38:1;42:4;44:23;45:5;
  46:13;53:16;55:3;
  75:9,9
jobs (1)

18:3
Johnny (1)
  7:9
joined (2)
  17:22;18:11
joke (1)
  46:4
joking (1)
  78:18
Joseph (1)
  25:16
Juan (2)
  24:1,17
July (1)
  44:24
jumbling (1)
  42:24
jump (1)
  11:24
June (2)
  13:12,21

**K**

Kalatt (3)
  58:11,14;59:12
K-a-l-a-t-t (1)
  58:15
Kallat (1)
  58:13
Keep (1)
  6:1
kidding (1)
  73:7
kids (1)
  32:2
kind (19)
  17:10;24:12;29:12;
  35:18;38:5,10,17;
  39:11,18;42:8;45:6;
  46:12;47:5;48:11;
  50:13;51:3;56:13;
  73:12;79:4
kinds (4)
  42:4;54:6,13;75:13
Kirby (2)
  24:3,17
knew (6)
  22:22;38:15;61:1,2;
  72:12,22
knowledge (4)
  23:12;50:2;82:22;
  83:12
known (1)
  25:9

**L**

lack (1)
  37:22
lake (2)
  68:24;79:10
last (11)

8:7;19:24;21:21;
  26:10;38:23;43:6;
  44:6;48:5;58:15;
  69:24;76:12
late (1)
  34:5
later (5)
  16:17;30:22;59:19,
  21;65:13
laughed (1)
  73:6
law (1)
  28:10
lawsuit (9)
  7:4,17;8:2;10:19,
  21;11:3;23:14,16;
  44:15
lawsuits (1)
  8:20
lawsuit-wise (1)
  8:21
lawyer (3)
  9:13;12:13;29:9
lawyer's (1)
  27:14
lead (1)
  58:2
learned (1)
  45:15
leave (14)
  20:9,18,21;21:2,3;
  22:19,19,20,23;23:1;
  46:11;53:17;65:18;
  72:19
leave-of-absence (1)
  65:8
leaves (1)
  23:6
leaving (2)
  46:9;75:9
left (7)
  6:13;20:17;46:14;
  53:7,8,16;54:1
license (2)
  14:9;15:23
licensed (4)
  14:7;15:9,11,16
lieutenant (12)
  29:5;59:17;60:2,7,
  11;61:3,16,19;65:5,8;
  66:11;70:10
life (4)
  37:13;68:16,16;
  71:16
lifetime (1)
  16:1
lighthearted (1)
  78:22
line (1)
  33:7
listen (2)
  45:8,9
listening (2)

45:14;65:2
literally (3)
  25:6;44:22;46:9
little (6)
  16:9;38:18;52:1;
  56:13;69:1;72:6
lives (1)
  6:19
log (1)
  57:24
logs (1)
  30:14
long (14)
  6:17;14:17;15:13;
  18:21;20:21;21:18;
  30:15,19,23;34:24;
  35:2;45:18;48:19;
  53:3
longer (1)
  49:1
look (7)
  14:13;20:8;26:7;
  34:8;57:15;77:2;
  81:15
looking (1)
  15:5
lose (1)
  48:16
lost (2)
  16:23;41:20
lot (2)
  36:16;38:3
lunch (3)
  32:22,24;33:2
Lyden (3)
  12:19,19,20

**M**

ma'am (1)
  65:19
main (1)
  35:23
male (1)
  77:3
manager (1)
  45:10
many (3)
  4:21;5:17;22:17
March (1)
  46:7
mark (1)
  11:17
marked (1)
  11:13
math (1)
  19:9
matter (1)
  25:11
Maurice (1)
  24:23
may (2)
  41:24;42:1

**maybe (12)**
5:20;9:24;31:1,2;
44:24;45:20;48:21;
53:19;57:6;65:12;
67:20;69:21

**mean (49)**
9:14;14:21;20:7;
23:17;29:19;30:12,
19;31:6;32:1,18,21,
22;34:2,2,3,7;35:12;
36:5,8,17,22;37:15;
38:8;39:19;40:3,13,
22;41:5,11;42:14;
43:23;46:12;50:3;
52:7;56:5;63:6;67:5;
68:14,19;70:1,7;
73:20;75:2,3;76:1;
78:21,22;81:1,14

**meaning (1)**
36:1

**mechanic (3)**
15:10,17;17:6

**meet (2)**
44:21;45:2

**meeting (1)**
29:17

**members (1)**
40:22

**mental (1)**
75:12

**mention (3)**
33:11;40:18;43:18

**mentioned (9)**
6:22;22:18;25:21;
27:12;33:16;36:4;
41:24;79:9;80:17

**mentioning (1)**
44:1

**met (11)**
25:6,9,23;26:3;
29:23;30:20;31:10;
33:14;44:24;45:6;
46:3

**Michael (3)**
4:3,9,17

**middle (4)**
71:1,4,9;72:2

**Midway (2)**
16:18,21

**might (1)**
46:1

**Mike (1)**
84:1

**military (6)**
13:10,11,14,15;
15:11,13

**Mills (1)**
25:18

**mind (4)**
6:1;16:6;49:21;
56:5

**mine (1)**
45:15

**minute (1)**
8:7

**minutes (3)**
30:1,22;31:3

**missing (1)**
60:3

**mission (1)**
52:11

**mistaken (1)**
51:6

**model (1)**
50:11

**Mohammed (7)**
58:8,9,11,13,16;
59:8,12

**mold (1)**
14:24

**money (2)**
44:13;57:23

**month (6)**
9:24;10:1,18;18:1;
34:3,17

**monthly (1)**
46:19

**months (11)**
16:17;18:23;19:1;
20:22;25:7,8,23;26:3;
46:6;47:2;53:19

**more (19)**
6:9;11:23;31:20;
36:17;37:6;46:4;
51:14;52:14;58:3;
66:18;67:17;68:11,
19;70:7;73:21;75:18;
76:1;79:4;80:1

**morning (1)**
38:10

**most (1)**
53:2

**mother-in-law (1)**
6:21

**move (3)**
35:19;37:16;38:22

**moved (3)**
41:7,15;52:16

**moving (2)**
35:22;65:3

**much (11)**
16:7;30:7,7;36:17;
39:3;42:21;43:13;
68:15,18,18;81:3

**multiple (1)**
52:6

**myself (1)**
78:11

**N**

**name (21)**
4:15;27:19,23;28:2,
6,10,13,16;39:7;44:2;
47:13,16;50:24;
58:12,14,16;70:20;

77:1;78:2;81:21;
82:15

**named (2)**
23:13,20

**names (7)**
23:22;24:8,14;
28:14;36:23;43:19;
52:7

**narcotic (1)**
58:3

**narcotics (2)**
42:13;57:23

**National (1)**
17:23

**nature (3)**
35:10;72:19;75:11

**Navy (5)**
13:16;16:11,12,14;
17:22

**necessarily (1)**
10:20

**need (3)**
5:13,17;51:17

**needed (1)**
48:9

**net (1)**
8:4

**new (1)**
46:24

**news (7)**
37:10;67:13,16;
81:2,14;82:10,10

**next (2)**
20:15;21:16

**Nicholaus (2)**
24:7,18

**night (2)**
46:24;75:15

**nods (1)**
6:3

**none (1)**
38:20

**normal (1)**
9:15

**notice (1)**
4:4

**number (5)**
45:23;60:10;61:15;
68:8,13

**O**

**Oak (1)**
13:19

**oath (1)**
80:15

**Objection (9)**
41:13;49:24;62:5,
14;72:9;73:18;74:6;
78:19;79:17

**observe (1)**
31:17

**obviously (1)**

80:15

**o'clock (1)**
30:20

**October (2)**
18:13;44:23

**off (7)**
15:21;36:24;45:21;
47:5;69:8;80:1;81:16

**offer (2)**
44:3,13;48:6

**office (10)**
27:14;29:9;30:23;
60:6,14;61:9,12,13,
16;62:8

**Officer (10)**
4:17;7:5,8,10;29:1;
38:12,13;59:17;
61:20;80:13

**officers (3)**
39:24;47:1;76:19

**official (1)**
57:24

**often (1)**
51:22

**O'Grady (2)**
24:5,17

**old (2)**
67:14;71:2

**Once (5)**
5:15;46:14,24;
53:16,19

**one (34)**
5:11,11;6:9;7:4;
8:17;15:8;18:1,7;
19:10;23:19;28:19;
33:12;37:6,6;42:2,14;
43:24;46:1;47:12;
48:3;55:7,9;57:18,21;
61:24;68:20,24;69:9;
72:13;76:6,7;78:8,10;
80:21

**online (2)**
14:13;81:15

**only (7)**
5:10;8:14;17:20;
22:17;23:19;29:23;
57:2

**onto (1)**
51:19

**open (2)**
42:11;63:15

**opened (3)**
50:16,20;51:14

**openings (1)**
50:19

**opinion (2)**
38:4;63:17

**out (33)**
9:19;13:9,20;15:13;
17:5;18:15;25:2,4;
37:19;38:3,12;40:2,4,
9;42:2;44:1,6;46:23,
23;47:11,12,15;

60:24;61:11;64:18;
65:1,9;67:12;70:16,
17;71:13,20;72:14

**outside (13)**
22:8;61:10;62:9;
63:13;77:11,13,14;
78:11

**over (5)**
5:11;29:12;46:4;
51:13;55:8

**overlapped (1)**
46:10

**own (3)**
7:24;35:13;51:2

**P**

**page (2)**
5:6;26:10

**paid (3)**
21:3;22:20,22

**papers (1)**
65:9

**paragraph (29)**
57:13,17;59:1,9,9,
15;60:1;61:3,8,15,18;
62:13,22;63:18,19,20;
64:2,3,3,3,14,15;65:3,
21;66:24;68:4;76:10,
12;78:4

**paranoid (1)**
75:16

**park (2)**
76:17;78:24

**parking (1)**
44:6

**part (7)**
31:22;35:22;39:21;
41:5;42:1;53:2;62:3

**particular (1)**
43:20;44:2;56:11

**particulars (3)**
32:7;56:3;74:17

**parties (1)**
4:5

**partner (7)**
48:9;67:14;69:7,12,
15,21;78:13

**partners (6)**
46:2;48:18,20;49:1;
51:22;52:20

**Pascual (1)**
24:21

**passing (1)**
76:24

**patrol (1)**
52:17

**pen (1)**
19:19

**penalty (1)**
56:23

**pending (3)**
5:15;8:23;23:8

**people (16)**
25:21;28:6;38:3;
39:10,21;43:20,23;
49:7;61:1,2;70:11;
72:12,17,21;76:9;
78:9
**percent (3)**
53:11;57:3,5
**period (3)**
30:19;36:6;44:20
**perjury (1)**
56:23
**person (5)**
37:22;38:5,17,22;
77:22
**personal (3)**
32:8;75:3,5
**personally (1)**
24:9
**Personal-wise (1)**
75:7
**pertaining (2)**
29:22;31:20
**pharmacy (2)**
17:9,13
**phone (5)**
9:5;34:8;35:6,8;
74:21
**physically (1)**
71:16
**pipe (2)**
76:19;80:4
**plainclothes (5)**
48:15;50:13;51:16;
76:24;78:2
**plaintiff (3)**
7:13;28:19,21
**plaintiffs (2)**
23:14;28:19
**plan (2)**
17:9;35:16
**planes (3)**
15:12,19,22
**plaques (1)**
38:19
**play (1)**
7:2
**played (1)**
74:5
**please (1)**
36:2
**point (8)**
38:21;54:23;56:14;
62:5;63:2;73:13;
74:11;82:17
**police (24)**
7:5,8,10;17:13;
18:10,11;38:2,4,9,12,
13,16,18;45:4,7,9,13,
14,22;47:1;50:23;
51:3,13;73:23
**position (1)**
73:6

**post (3)**
36:12;40:6;68:1
**Potbelly (1)**
33:3
**prepare (2)**
9:1,3
**prepared (1)**
34:10
**present (10)**
27:17;58:5,22;59:4,
22,24;60:4;61:6;
82:17;84:13
**press (4)**
54:16,17;67:11,15
**pretty (8)**
16:7;28:5;29:4;
30:7;43:13;68:18;
69:10;81:3
**prevail (1)**
44:14
**previous (1)**
60:23
**previously (2)**
6:23;25:21
**prior (6)**
10:17;12:10;25:8;
26:22;31:10;32:13
**privileged (1)**
44:10
**probably (24)**
4:22;9:23;10:20,23;
13:12;14:16;16:16;
17:16;21:11;19:24;
31:1;34:2,3;35:24;
36:10,14;44:24;
48:21;65:12;68:19;
77:3,4;81:1;84:6
**problem (1)**
5:17
**problems (4)**
43:21;50:3;55:6;
66:9
**Procedure (1)**
4:6
**proceeds (1)**
44:16
**process (1)**
77:14
**processing (1)**
77:6
**program (5)**
17:11,12,13;45:12,
15
**programmed (1)**
45:17;46:5
**property (2)**
8:1,4
**protect (1)**
39:22
**provide (1)**
77:21
**public (8)**
19:13,15,16;20:2;

47:24;48:7;50:8,23
**pull (1)**
81:15
**pursuant (2)**
4:4,5
**put (4)**
23:5;76:19;79:1;
80:4
**putting (1)**
71:16

**Q**

**quick (1)**
80:8
**quite (1)**
72:2
**quote (1)**
71:8

**R**

**Radio (2)**
45:7,9
**ran (1)**
79:10
**rankwise (1)**
37:17
**rat (8)**
37:12;39:13,14,15;
56:5,8;70:12;72:15
**read (2)**
36:23;84:2
**ready (1)**
46:11
**real (3)**
31:7;37:21;65:23
**realized (1)**
17:6
**really (14)**
6:7;20:10;24:10;
29:23;31:19;37:15,
15;39:2;53:17;55:16;
61:5;67:8;68:15;75:2
**reason (1)**
72:7
**reassigned (2)**
40:23;41:12
**recall (29)**
10:16;29:20;30:6,
18;31:3;32:5,21;
34:18,21;43:14,21;
44:1;49:13,21;53:10;
54:9;55:12,14,20;
56:1;58:24;65:16;
67:3;68:9;72:24;
74:12;77:24;81:6,19
**recap (1)**
25:20
**recognize (1)**
11:18
**recognized (1)**
74:11

**recollection (3)**
30:11;48:2;56:20
**record (5)**
4:2,16;8:9;15:16;
80:11
**records (1)**
34:8;53:11;57:5
**reference (3)**
57:5;69:8;73:2
**referenced (1)**
36:24
**referencing (1)**
69:18
**referring (2)**
67:1;72:15
**reflect (1)**
4:2
**refresh (1)**
30:10
**regards (2)**
66:18;67:2
**regular (1)**
53:14
**relate (1)**
76:5
**related (6)**
9:11;11:3;14:22;
15:6;76:2;83:1
**relationship (1)**
49:22
**relayed (1)**
54:10
**release (4)**
54:16,18;67:11,15
**released (1)**
8:5
**remember (50)**
28:2,10,14,17;
29:19;30:8;32:6;
33:22;34:20,24;
36:20,23,24;37:8;
39:4,7;41:4;49:12,20;
54:8,18,21,22;55:17;
56:3,5,8;58:9,15;59:6,
8,23;69:16;70:9,20;
74:17,19;78:1,10;
80:23;81:10,12,13,14,
16,20,23;82:3,7,9
**remote (1)**
75:18
**repercussions (1)**
66:9
**rephrase (2)**
5:19;49:16
**report (15)**
65:7;67:16;80:18,
21,24;81:5,6,11,11,
18,19,20,24;82:4,10
**reporter (1)**
5:10
**reports (1)**
82:11
**represented (3)**

6:10;10:11,13
**request (1)**
22:20
**requested (1)**
11:14
**requests (1)**
22:24
**reserve (2)**
83:24;84:9
**reserved (1)**
84:12
**Reserves (3)**
17:22,22,23
**respects (1)**
73:15
**respond (1)**
6:5
**responded (2)**
60:13,16
**response (1)**
73:24
**responses (1)**
6:2
**result (2)**
7:18;66:2
**results (1)**
37:19
**retired (2)**
28:1,4;29:1,5
**retirement (1)**
35:17
**retiring (1)**
35:15
**return (1)**
44:3
**returned (3)**
65:20,21;66:8
**review (5)**
9:6,9;26:18,22;84:7
**reviewed (1)**
56:16
**revisions (1)**
27:2,6
**Rica (1)**
35:18
**Richard (1)**
13:3
**right (51)**
11:16,24;15:23;
16:2,20;17:15;19:10;
20:8,24;21:13,14;
25:6,24;26:5;27:20;
32:15;33:15;34:13,
13,17;36:8;44:11,22;
47:17;54:14,15,17;
60:18,19;63:18,19,21;
64:4,10,16;65:18,24;
66:14;68:10;71:15,
21;72:4,23;73:16,17;
79:16,20;80:17;82:1;
83:4;84:1
**Rivera (2)**
24:1,17

**Robert (4)**
  25:1,9,22;26:2
**role (2)**
  7:2;74:4
**romantically (1)**
  47:18
**Roti (2)**
  24:7,18
**Rules (4)**
  4:6,7;5:2;6:7

## S

**safe (4)**
  70:8;72:4,8;75:10
**safety (5)**
  66:19;67:3,17,22,
  24
**Salemme (1)**
  25:16
**same (22)**
  5:6;14:23;41:23;
  45:14;50:14;52:3,21,
  22;53:5;59:7,10,18,
  19;61:22;63:22,24;
  64:7,8,9;68:17;70:7;
  71:23
**sandwich (1)**
  33:3
**saw (10)**
  15:20;29:3;47:16;
  77:17;80:22,23;81:5,
  11,22;82:3
**saying (17)**
  34:9;38:5;40:1;
  42:10;43:5;44:14;
  56:7;57:9;62:2;63:3;
  67:2;70:9;71:5;72:1,
  3,21,24
**scanner (6)**
  45:4,7,11,13,15;
  48:12
**school (8)**
  12:18,20,24;17:4,8,
  10,21;18:5
**Science (1)**
  13:6
**screaming (6)**
  59:2,3;62:23;63:2,
  4;65:6
**second (9)**
  14:12;55:9;69:9;
  76:14;81:18,19,20,24;
  82:4
**seconds (1)**
  49:4
**seeing (6)**
  12:6;24:19;81:13,
  13,19,20
**send (1)**
  41:2
**sense (1)**
  51:9

**sent (4)**
  26:21;27:1,3;84:6
**sergeant (31)**
  37:21;48:7;49:2,3,
  5,6;57:19,21;58:1,7,
  11;59:1,16;61:20;
  65:7;66:5,10,14;
  70:10,13,16;71:2,2,3;
  76:13,14,16,21,23;
  77:9;79:7
**sergeants (1)**
  48:3
**sergeant's (1)**
  37:18
**serious (7)**
  78:23;79:3,15,19,
  22,24;80:3
**settled (2)**
  8:12,13
**settlement (1)**
  8:6
**Shack (1)**
  45:7
**shame (1)**
  63:17
**Shannon (35)**
  9:14,16,22;10:12;
  12:13;27:18;28:12,
  17,18;29:14;30:10;
  31:17;32:17;33:12;
  34:16;38:17;44:19,
  21;61:10;62:2,20;
  64:11,21;66:17;68:5;
  76:16;79:6;80:6;81:8;
  82:5,19,23;83:3,6,7
**share (1)**
  44:15
**shift (1)**
  43:16
**short (1)**
  45:18
**shoulder (3)**
  40:20;72:16;76:4
**shoulders (3)**
  6:3;39:23;82:18
**show (4)**
  11:17;38:14;76:7,7
**showed (1)**
  26:6
**shrugs (1)**
  6:3
**shut (1)**
  51:7
**side (1)**
  22:11
**sign (4)**
  26:23;27:14,16;
  33:14
**signature (3)**
  26:13;84:9,11
**signed (2)**
  12:7;34:15
**signing (3)**

  11:10;26:19;29:13
**sit (4)**
  50:6;52:9;56:17;
  82:2
**situation (1)**
  68:6
**six (2)**
  16:17;19:1
**sleep (1)**
  75:15
**sold (1)**
  8:3
**somebody (1)**
  80:4
**someone (4)**
  45:19;71:18;77:23;
  79:1
**Sometime (1)**
  66:16
**Sometimes (1)**
  46:22
**somewhere (3)**
  41:3,8,16
**sorry (4)**
  52:16;57:20;58:13,
  14
**sounds (3)**
  19:9;20:8;21:14
**South (1)**
  6:15
**Spaargaren (6)**
  4:4,9,18;11:13;
  80:13,14
**Spaulding (5)**
  28:18;62:3;66:17;
  76:17;82:6
**speak (9)**
  8:4;9:15;14:24;
  23:16;40:21;50:12;
  66:18;72:12;80:2
**specific (3)**
  42:4;75:22;76:6
**specifics (2)**
  36:18;56:9
**speculate (2)**
  55:11;81:2
**Spiker (2)**
  69:7,21
**spoke (1)**
  9:4
**spoken (2)**
  42:15;67:19
**spot (4)**
  41:2,16,20,20
**Spratt (12)**
  59:17;60:2,8,11;
  61:4,16,19;62:21;
  64:17;65:5,8;66:11
**staff (1)**
  29:10
**star (1)**
  38:14
**start (3)**

  16:12;45:8;75:18
**started (6)**
  6:8;17:8;30:2;46:6;
  47:9;67:16
**starting (2)**
  46:5,12
**state (3)**
  4:15;13:18;14:7
**statement (9)**
  9:7;30:2,22;57:18;
  78:4;79:15,20,23;
  80:4
**station (3)**
  77:5,7,17
**stationed (3)**
  13:17,18;77:10
**status (1)**
  23:1
**stay (6)**
  49:8,9,11,15,18;
  50:7
**stayed (4)**
  18:20;19:6,15;20:3
**stealing (1)**
  61:20
**stick (2)**
  11:2;40:13
**still (14)**
  22:11;41:22;42:20;
  44:6;52:2,2,4,20,24;
  53:13;56:17;60:14;
  71:20;80:15
**stint (1)**
  16:24
**Stock (1)**
  17:4
**stopped (1)**
  51:21
**stories (1)**
  47:1
**story (1)**
  45:18
**straight (1)**
  19:24
**stress (3)**
  36:13;40:6;68:2
**stressed (1)**
  40:3
**Strike (6)**
  22:6;52:13;53:3;
  54:2;66:3;77:19
**striking (1)**
  81:6
**studious-type (1)**
  37:22
**stuff (14)**
  31:21;32:2,8,20,24;
  38:24;42:12;48:12;
  52:14;55:4;60:23;
  68:2;71:7;83:20
**subject (1)**
  67:6
**substance (2)**

  67:7,9
**suggest (1)**
  42:23
**summer (3)**
  68:23;69:10,21
**summertime (1)**
  70:3
**super (1)**
  50:17
**superior (1)**
  37:4
**supervisor (9)**
  37:4,5,6,7;39:7,8;
  61:22;62:1;73:23
**supervisors (1)**
  55:7
**supplemental (1)**
  51:4
**supplemented (1)**
  51:11
**supposed (2)**
  39:21;70:14
**Sure (29)**
  4:17;5:4,5;8:17;
  10:10,12;11:19;
  16:10;19:20;28:5;
  29:4,18;37:17;39:2;
  43:7;44:19;55:21;
  57:3,5;61:14;63:1;
  68:5;69:10;71:24;
  72:2;75:18;78:9;84:2,
  8
**surprised (1)**
  37:15
**surprising (1)**
  81:7
**surveillance (1)**
  74:10
**surviving (1)**
  36:7
**suspected (1)**
  74:16
**suspects (1)**
  58:4
**suspicion (1)**
  60:21
**suspicions (3)**
  60:17;66:5,11
**swearing (1)**
  56:23
**sworn (2)**
  4:1,11

## T

**tag (1)**
  78:2
**talk (27)**
  5:11;9:12,16,22;
  10:2;11:16;16:8;31:5,
  8;39:17;40:17,19;
  42:3,8,21;43:15;
  46:16,19,23;47:2,8;

51:22;53:18,22;
59:18;68:15;75:12
**talked (25)**
10:1,4;12:1,14,16;
29:24;30:12,16;
34:16,24;35:14;37:9;
39:1;42:18;43:8,8;
46:18;47:4,14;54:4;
66:21;67:2;68:24;
70:13;75:1
**talking (27)**
10:17;11:2;12:6;
29:8;31:6,21;32:2,5,6,
19,19,20,21,23;33:17,
23;35:18,21;47:1;
61:7;66:10;67:16;
68:18,19;72:3;73:10;
82:9
**tap (1)**
74:21
**TAREN (18)**
27:21;34:11;41:13;
42:23;44:8;49:24;
55:11;62:5,14;72:9;
73:18;74:6;78:19;
79:17;83:23;84:1,5,9
**task (1)**
71:7
**team (13)**
39:21,24;40:22,24;
49:8,11,16,19;50:7;
51:19;52:4,13,16
**teams (2)**
49:7;52:6
**telephone (1)**
35:3
**television (3)**
12:12;37:10;80:18
**telling (7)**
14:6;15:21;44:5;
56:4,6;58:10;74:12
**ten (1)**
29:24
**tendered (1)**
19:21
**term (1)**
37:23
**terms (1)**
73:9
**test (2)**
37:18;38:24
**testified (2)**
4:11;7:11
**testify (1)**
63:7
**thanked (1)**
35:12
**thanks (1)**
35:23
**thereto (1)**
84:14
**thinking (2)**
34:5;82:3

**third (1)**
69:2
**THOMAS (3)**
4:9,17;25:18
**though (4)**
28:2;42:17;52:3;
71:19
**thought (7)**
37:16,17,20;40:20;
65:6;73:16;80:3
**threat (1)**
79:3
**threatened (7)**
37:2,3,4;39:6;54:5,
12;55:7
**threats (5)**
39:22;55:24;56:9;
75:24;82:18
**three (7)**
4:22,23;6:23;46:10;
47:2,4;65:13
**thrown (1)**
8:3
**times (8)**
4:21,22,23;6:23;
7:22;8:14;47:13,16
**today (8)**
6:10;9:19,20,20,21,
21;50:6;56:17
**together (5)**
42:22;46:9;47:7,24;
69:13
**told (38)**
10:12;29:20;39:6,9,
12,19;40:3,5,8,23;
41:6,10;43:11;44:9;
53:8;54:22;57:3;58:1;
59:16,22;61:4,19;
62:17,20;64:11;68:1;
70:16,19;72:17;
75:14;76:8,16,21;
79:7;80:6;83:3,6,16
**Tolliver (1)**
48:8
**took (7)**
20:9;30:21,22;
41:11;51:13;53:16;
65:17
**top (1)**
81:16
**total (1)**
30:24
**Township (1)**
12:20
**trading (1)**
58:2
**transaction (1)**
74:16
**transcripts (1)**
9:10
**traumatic (1)**
36:13;40:6;68:2
**treating (1)**

76:9
**trial (2)**
8:10,11
**True (4)**
22:18;56:18,24;
57:9
**try (1)**
29:20
**trying (25)**
8:16;14:19;16:5,15;
19:8,23;20:10;28:13;
29:19;30:5,8;36:20;
49:2,5,12,20;50:9;
55:10,13,21;56:2;
68:7;69:9;74:17;78:1
**turn (3)**
26:10;56:12;57:12
**TV (1)**
24:19
**twice (4)**
7:24;8:18;9:5;
67:20
**two (20)**
7:22;8:16,22,22;
10:24;18:22;22:16;
25:7,8,23;26:3;28:14;
47:2,24;48:22,23;
66:22;68:9,12;80:22
**type (1)**
38:21

**U**

**Uhm-hmm (1)**
39:5
**UIC (3)**
17:11;18:7,8
**umbrella (1)**
14:23
**under (8)**
14:23;15:15;48:8;
56:23;76:19;79:1;
80:5,15
**undercover (5)**
42:12;48:14;51:16;
52:10,14
**understood (1)**
5:23
**unhappy (1)**
54:5
**uniform (3)**
51:18,19;52:17
**unit (29)**
41:5,12,17,19,23,
23;43:17;49:23;50:8,
21;51:7,17;52:3,5,12,
13,15,21,22;53:6,9;
54:6;61:2;72:8,22;
77:11,13,14;78:11
**units (5)**
51:14;52:6,8,10;
68:17
**unmarked (1)**

48:15
**unpaid (2)**
21:4;22:19
**up (38)**
10:5,8;14:13;19:14;
23:11;24:15;25:12,
14;36:1;37:16;38:9,
22;40:2,9,15;45:19;
47:6,6;48:17;50:16,
20;51:14;55:1;58:2;
62:18;63:9;68:20,24;
69:13;70:12;72:18;
75:19,23;76:7,7;78:5,
15;81:15
**used (6)**
15:22;68:21,22;
69:15;71:2,3
**using (1)**
75:17

**V**

**vary (1)**
46:21
**verbal (2)**
6:2,4
**video (2)**
74:9,14

**W**

**wait (1)**
42:24
**Walgreens (7)**
16:24;17:1,14,18,
20;18:2,3
**walked (3)**
25:12;64:18;65:9
**wall (1)**
38:20
**wants (1)**
45:20
**warrant (1)**
80:1
**Washington (1)**
13:18
**watch (1)**
81:2
**watching (2)**
67:13;74:10
**Watts (19)**
9:19;57:19,22;58:1,
7;59:1,16;65:7;66:6,
10,14;70:13,16;72:14,
23;73:3,12;74:11;
76:14
**Watts's (2)**
66:17;74:5
**way (2)**
40:18;64:14
**wear (1)**
42:16
**week (1)**

46:24
**weekend (1)**
18:1
**weekly (1)**
46:19
**weeks (1)**
46:10
**weren't (1)**
32:19;52:19;68:17
**West (2)**
12:19,19
**What's (4)**
6:14;27:19;28:13;
74:4
**whenever (1)**
69:20
**wherein (3)**
54:4,10;55:23
**WHEREUPON (3)**
4:8;80:9;84:10
**wherever (2)**
41:7;77:15
**white (1)**
77:3
**whole (1)**
63:5
**who's (1)**
23:20
**wife (6)**
6:20;12:17;15:21;
38:8;82:12,14
**wife's (1)**
82:15
**wire (1)**
74:19
**wishes (1)**
41:8
**withdrew (1)**
17:12
**within (4)**
34:3;41:12;43:16;
64:22
**without (1)**
69:18
**Witness (22)**
4:1,10;19:22;27:19,
22;34:13;41:14;43:3;
44:10;50:1;55:13,15;
62:7,16;72:10;73:19;
74:7;78:20;84:4,8,11,
13
**witnessed (4)**
74:9,14,18,21
**word (1)**
72:14
**words (1)**
41:9
**work (32)**
15:11,22;16:13;
17:19;36:14;37:2,3;
38:2,6;39:20;40:4,7;
42:8,21;43:16;48:7,
13;51:19,24;52:24;

57:5;65:20,21;66:8;
67:24;68:21,22;
69:15;70:8;71:3;72:4,
16
**worked (4)**
16:21;17:1;65:23;
76:14
**working (6)**
36:8;51:16;52:2;
69:7,12;76:13
**worried (2)**
10:22;37:12
**worth (1)**
71:15
**wound (2)**
47:6;48:17
**wow (1)**
38:15
**written (1)**
30:14
**wrong (2)**
38:1;55:8

## Y

**year (15)**
10:24;16:22;18:7,
12;19:10,14;21:20,
21;22:3;34:6;46:8;
48:22;54:21;69:18,24
**years (14)**
6:18;10:24;14:2,16;
18:22;19:19;20:3;
21:10;47:4,15;48:22,
23;60:23;65:23
**yelling (1)**
63:11

## 1

**10 (1)**
59:15
**100 (3)**
53:11;57:2,5
**11 (1)**
60:1
**11:34 (1)**
80:10
**11:45 (1)**
80:10
**11:50 (1)**
84:10
**12 (5)**
6:18;60:10;61:15;
70:1,2
**12th (3)**
19:5,6,11
**13 (11)**
14:16;61:3,8,18;
62:13,22;63:20;64:3,
14;70:1,2
**14 (4)**
63:18,19;64:3;

69:24
**15 (6)**
31:3;47:15;64:2,3,
15;69:24
**150 (1)**
50:19
**18 (1)**
20:22
**19 (1)**
65:3
**1986 (1)**
12:22
**1990 (1)**
13:20
**1992 (1)**
17:14
**1998 (1)**
19:7
**1999 (2)**
19:16;20:2
**19th (2)**
22:2,4

## 2

**2004 (7)**
20:4,10,15;53:9,13;
54:1,3
**2006 (2)**
21:11,12
**2010 (3)**
21:13,15,23
**2013 (3)**
69:11,22,23
**2014 (1)**
21:23
**2015 (3)**
21:19;27:10;69:6
**21 (1)**
65:21
**22 (1)**
66:13
**22nd (3)**
21:6,7;65:22
**23 (2)**
66:16,24
**23rd (1)**
18:13
**24 (2)**
76:10;78:4
**25 (1)**
18:23
**27th (1)**
27:10
**2nd (5)**
48:3;68:22;77:8,10,
16

## 3

**30 (1)**
77:5
**35-ish (1)**

77:5

## 5

**5 (1)**
81:4

## 6

**6:00 (1)**
30:20
**60643 (1)**
6:16

## 7

**7th (3)**
18:19,20;19:3

## 8

**8 (3)**
57:13,17;59:9
**86 (1)**
13:11

## 9

**9 (2)**
59:1,9
**90 (2)**
13:11,21
**92 (1)**
17:17
**93 (2)**
13:12,13
**95 (4)**
18:13;19:9;44:23;
45:1
**9553 (1)**
6:15
**97 (1)**
18:24
**98 (1)**
19:2
**99 (1)**
19:8
**9th (2)**
21:17,22