Deposition of Peter Koconis - September 21, 2015

```
 1        IN THE UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF ILLINOIS

 3                 EASTERN DIVISION

 4   SHANNON SPALDING AND DANIEL   )

 5   ECHEVERRIA,                   )

 6           Plaintiffs,           )

 7     v.                          ) No. 12 cv 8777

 8   CITY OF CHICAGO, et al.,      )

 9           Defendants.           )

10

11        The deposition of PETER KOCONIS, called

12   by the Defendants for examination, taken pursuant

13   to notice and pursuant to the Federal Rules of

14   Civil Procedure for the United States District

15   Courts pertaining to the taking of depositions,

16   taken before Loretta A. Tyska, Certified

17   Shorthand Reporter and Registered Professional

18   Reporter, at 191 North Wacker Drive, Suite 3700,

19   Chicago, Illinois, commencing at 1:30 p.m. on

20   21st day of September, 2015.

21

22

23

24
```

**CERTIFIED TRANSCRIPT**

Deposition of Peter Koconis - September 21, 2015

1    APPEARANCES:

2    CHRISTOPHER SMITH TRIAL GROUP

3    MR. CHRISTOPHER SMITH

4    1 North LaSalle Street, Suite 2000

5    Chicago, Illinois 60602

6    (312) 432-0400

7    Chris@lawsja.com

8        On behalf of the Plaintiffs;

9

10   DRINKER BIDDLE

11   MS. LESLIE D. DAVIS

12   191 North Wacker Drive, Suite 3700

13   Chicago, Illinois 60606

14   (312) 569-1108

15   leslie.davis@dbr.com

16       On behalf of the Defendants.

17

18

19

20

21              *    *    *    *    *    *

22

23

24

Deposition of Peter Koconis - September 21, 2015

1                    I N D E X

2   PETER KOCONIS                              PAGE

3     Direct Examination by Ms. Davis            4

4

5                  E X H I B I T S

6   NO.                                        PAGE

7     Koconis Exhibit 1                          59

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

Deposition of Peter Koconis - September 21, 2015

```
 1                    (Witness sworn.)
 2       MS. DAVIS:  Let the record reflect that this
 3  is the discovery deposition of Peter Koconis
 4  taken pursuant to notice and agreement of the
 5  parties, pursuant to all the applicable rules,
 6  Federal Rules of Civil Procedure, and the Federal
 7  Rules of Evidence.
 8                    PETER KOCONIS,
 9  a witness, having been first administered an
10  oath, was examined and testified as follows:
11                 DIRECT EXAMINATION
12  BY MS. DAVIS:
13       Q      Will you state your name for the
14  record.
15       A      Peter Koconis.
16       Q      Mr. Koconis, I know you've taken a
17  deposition before.
18       A      Yes, just a couple hours ago.
19       Q      Exactly.  But let me just give you my
20  real quick ground rules.  Please don't speak when
21  I'm speaking.  I will try to let you finish your
22  answer before I ask you another question.  If at
23  any point you don't understand my question, then
24  let me know.  I will repeat it or rephrase it.
```

Deposition of Peter Koconis - September 21, 2015

1    If you answer the question, I will assume you

2    understood the question.  Do you understand?

3         A    Yes, ma'am.

4         Q    Anytime you need a break, let me know.

5    This is not meant to be torture.  If you need to

6    take a break, let me know.  We can do that.  Just

7    please don't ask for a break while a question is

8    pending.  After you've fully answered a question,

9    feel free to take a break at any time after that.

10        A    Yes, ma'am.

11        Q    And all your responses have to be

12   verbal; yes, no.  She can't take down shakes of

13   the head or shrugs of the shoulders.  Even though

14   we all do that from time to time, make sure we

15   have verbal responses.  Okay?

16        A    Yes.

17        Q    Can I get your brief background?  Can

18   I get your address?

19        A    1423 West Glen Lake, Chicago,

20   Illinois, 60660.

21        Q    And how long have you lived there?

22        A    On and off 60 years.

23        Q    I wouldn't have even thought you were

24   60 years old.

Deposition of Peter Koconis - September 21, 2015

1     A    I'm 69.

2     Q    I guess I should say, "Off the

3  record," but on the record, you look good for

4  69 years old.

5     A    Yes.

6     Q    Who do you live there with?

7     A    My wife and my dog.  In that order,

8  usually.

9     Q    Are you currently employed?

10    A    No.

11    Q    Who was your last employer?

12    A    Somebody who paid me to do work?

13    Q    Yes.

14    A    Touch Vision.

15    Q    And when were you there?

16    A    All of last year.

17    Q    So 2014?

18    A    2014, part of 2015.

19    Q    And what did you do there?

20    A    I was on-air personality that

21  commented on police policy and procedures.

22    Q    Then prior to Touch Vision, where did

23  you work prior to that?

24    A    Chicago Police Department for

Deposition of Peter Koconis - September 21, 2015

1   38 years.

2       Q       When did you start at the Chicago

3   Police Department?

4       A       October 25, 1971.

5       Q       And can you briefly tell me in your

6   time at the CPD what division you were in?

7       A       I started in the patrol division; then

8   I went to major accident investigation section;

9   then I was assigned to the Illinois Attorney

10  General's office as a department chief of

11  investigations; then I came back to the police

12  department and went to the Internal Affairs

13  division.

14      Q       Around what year did you go to IAD?

15      A       Mid eighties.  Then while there, I was

16  promoted to agent, which is a detective.  Then I

17  was promoted to sergeant.

18      Q       Do you remember approximately when you

19  were promoted to sergeant?

20      A       1999.  Then I went to the Chicago

21  Housing Authority transition team where we

22  decertified the Chicago Housing Authority Police

23  Department because of corruption and brought in

24  the Chicago Police Department.  And then I stayed

Deposition of Peter Koconis - September 21, 2015

1   in IAD until roughly 2004, 2005; left there and

2   went back to patrol and worked gangs and

3   tactical.

4       Q     So in approximately 2005, you went

5   back again to tactical?

6       A     In the 24th Police District.

7       Q     And did you stayed there until --

8       A     Well, I retired.  And then Jody Weis

9   asked to meet me for lunch.  And then he asked me

10  to unretire and come back to work as a special

11  assistant to his office, and I did.  And I only

12  lasted 27 days because we -- I just -- I wanted

13  to be retired.  I didn't want to work.

14      Q     Understood.  And that last time when

15  you came back in for those 27 days, that would

16  have been approximately when, what year?

17      A     2009.  He convinced me that I should

18  come back.  My only job there was to get the feel

19  of the police on the street and why there was

20  this adverse reaction to him.  And he basically

21  was a good man.  And he just came on too strong.

22  And there was no need for me to stay there.  And

23  it was summertime and I wanted to play golf and I

24  just said, "Thank you very much; I'm too old.  I

Deposition of Peter Koconis - September 21, 2015

1   want to quit."

2       Q       And between 2009 and when you were

3   working at Touch Vision in 2014, were you

4   employed anywhere?

5       A       No.

6       Q       You were just enjoying retirement?

7       A       Yes, I was.

8       Q       Can you tell me approximately how many

9   times you've been deposed in the past?

10      A       I don't know.  I really don't.

11      Q       Would you say it was more than ten?

12      A       Oh, yeah.

13      Q       Would you say it was more than 20?

14      A       Yes.

15      Q       More than 30?

16      A       In all my case?  Oh, my gosh.

17  Probably.  I would say probably.

18      Q       Do you think it's more than 50?

19      A       No.

20      Q       So somewhere between 30 and 50?

21      A       Right.

22      Q       And in those times, have you always

23  been on one side or the other -- Let me strike

24  that.

Deposition of Peter Koconis - September 21, 2015

1          When you've been deposed, have you

2    been the plaintiff in any of those cases?

3          A      What do you mean?

4          Q      Let me go back.  In what capacity have

5    you had your deposition taken; were you a witness

6    or an expert?

7          A      Right.  I was an expert in some.  And

8    I was in accident reconstruction and reckless

9    homicides.  I was accepted as an expert witness.

10   Then in a mediation I was accepted as an expert

11   witness in IAD procedures.  And one time I had

12   been -- I was an expert for the police

13   department, and another time I was an expert

14   against the police department in an

15   investigation.

16         Q      Can you tell me --

17         A      Does that make sense?

18         Q      Yeah, it does.  I just want to kind of

19   get a little bit more understanding.  Can you

20   tell me approximately how many times you've

21   testified against the police department?

22         A      Once.

23         Q      And what was the nature of that case?

24         A      A man was promoted to captain, and

Deposition of Peter Koconis - September 21, 2015

```
 1   they -- he was found to be in an illegal
 2   establishment that was selling liquor.  They
 3   tried to -- he was an African-American.  They
 4   tried to demote him.  So his law firm called me
 5   to review the internal affairs file to its
 6   accuracy and its proper conclusion.  And I did,
 7   and I disagreed with their findings, and the man
 8   eventually was restored to his rank.
 9        Q     And so in all the other cases that you
10   have -- I'm sorry?
11        A     The law firm was "Coosis".  Is that
12   his name?  Yeah.  That was who represented the
13   captain.  He was the lieutenant captain union
14   lawyer or something.
15        Q     And all the other cases where you've
16   been deposed, were you then testifying on behalf
17   of the police department?
18        A     Yes.
19        Q     And in this case what did you do to
20   prepare for this deposition?
21        A     Nothing.  They just told me about it.
22        Q     Did you review any documents?
23        A     No.  He was going to send them to me,
24   but he didn't.
```

Deposition of Peter Koconis - September 21, 2015

```
 1      Q     Have you reviewed anybody else's
 2 deposition transcript?
 3      A     No.
 4      Q     So it's fair for me to say you've
 5 reviewed no emails, no deposition transcripts,
 6 nothing?
 7      A     No.  Yeah, I mean, that's right.
 8 That's right for you to say.
 9      Q     Did you talk to anybody in preparation
10 for this deposition?
11      A     Him to tell me that we were going to
12 be here.  I was told by --
13      Q     Hold on.  Let me make sure of
14 something.  Are you represented by Mr. Smith?
15      A     No.
16      Q     Or by Mr. Taren in this case?
17      A     Who?
18      Q     His partner who is helping with this
19 case?
20      A     No.
21      Q     Okay.  So he's not your lawyer?
22      A     No.  I don't think I need one.  I'm
23 not being sued, am I?
24      Q     So I just want to make sure.  I was
```

Deposition of Peter Koconis - September 21, 2015

 1    just going to ask you who you've talked to.

 2         A      Loevy and Loevy's lawyer, this -- I

 3    talked to this Heather.  She had a baby, so then

 4    this Cindy called me.  You guys made appointments

 5    for me to come, and then kept canceling them and

 6    screwing me over.  So then finally they got in

 7    touch with me and said we're going to do your

 8    deposition Monday morning.  I said fine.  Then I

 9    got a message, call me.  I call her.  She says

10    they're going to try to do another one in the

11    afternoon.  So then I go, well, who is who and

12    what's what?  And then they told me.  And then

13    Chris called me and said we're going to do yours.

14    We're going to try to do them both in one day.

15         Q      Okay.  Understood.  So besides the

16    conversation you had with Chris about that, did

17    you have any other conversations with anybody

18    about this upcoming deposition?

19         A      No.

20         Q      Do you know Shannon Spalding?

21         A      I know her, yes.

22         Q      And how do you know Shannon Spalding?

23         A      Oh, boy.  Should I start with the

24    beginning?

Deposition of Peter Koconis - September 21, 2015

1      Q      You know what?  I'm going to ask you a
2  few more background questions before we jump into
3  Shannon.
4      A      Okay.
5      Q      Where did you go to high school?
6      A      St. George in Evanston.
7      Q      What year did you graduate?
8      A      1964.
9      Q      Did you have any degrees?  Let me go
10  back.  Do you have any degrees or certificates?
11      A      Yeah, from the police department.  I
12  got a junior college degree.  I have certificates
13  from the police department continuing
14  investigation and continuing education in
15  investigations and interrogation techniques from
16  Northwestern University.  The traffic institute.
17  I did that for -- I went there for a year.  Then
18  I was detailed to teach accident reconstruction,
19  reckless homicide, vehicular homicide classes to
20  police department members to states attorneys and
21  district attorneys from around the country.  I
22  lectured at some colleges regarding police
23  policies and procedures, disciplinary process.  I
24  think that's about it.

Deposition of Peter Koconis - September 21, 2015

1    Q    While you were in the Chicago Police
2  Department, were you disciplined for any reason?
3    A    No.
4    Q    Did you have any CRs against you?
5    A    Yes.
6    Q    How many?
7    A    In my years, probably a half dozen.
8  And none of them were sustained.
9    Q    And of the half dozen that you had,
10  what were they for?
11    A    Allegations of -- God, you know what?
12  I honestly -- they were so long ago.  They were
13  when I was young.  The only one I remember is the
14  last one where I suspended an officer because he
15  was caught perjuring himself in a case.  And the
16  deputy superintendent in charge of internal
17  affairs wanted me to change my finding that he
18  should be fired to giving him 30 days.  I refused
19  because the policy of the department is if you as
20  my supervisor disagree with my findings, you do a
21  cover sheet.  In that cover sheet you explain why
22  my findings should not be adhered to and your
23  recommendations and why you made those
24  recommendations.

Deposition of Peter Koconis - September 21, 2015

1           When this deputy superintendent could
2    not get me to do it because this officer was
3    politically connected, I refused, and that's when
4    I went to transfer out of the division because I
5    wouldn't work for her.  Then she tried to get
6    me -- to suspend me for two days for not getting
7    a CR number on somebody.  And I went to -- I
8    immediately filed a grievance, went to
9    arbitration, and the arbitrator in the ruling
10   said the officer who made the complaint against
11   me should be the one that should be suspended and
12   that I should be made whole.  So I was exonerated
13   in that.  And I should say in most of those CR
14   numbers I was exonerated, and it wasn't not just
15   not sustained, it was proven I was, in fact,
16   right.
17        Q     And besides that one, do you remember
18   what any of the other ones were about at this
19   point?
20        A     No.  Most of them had to do with
21   arrests.
22        Q     Have you taken any leaves of absence
23   from the department at any time during your
24   career?

Deposition of Peter Koconis - September 21, 2015

1    A    Yes.  I took one leave.

2    Q    And what was that for?

3    A    That's personal.  Do I have to answer

4  that?

5    Q    Let me put it like this:  I'm not

6  trying to get into the nitty gritty.  If you say

7  it's personal, that's fine.  I'm just trying to

8  get a gist of what it was about.

9    A    It was regarding the health of my

10  mother and brother.

11    Q    That's good enough.

12    A    My brother is severely handicapped,

13  and I've been taking care of him since I've been

14  22.  My father was murdered, and I got the -- I

15  had to take care of my brother and my mother.  I

16  had to take a leave of absence, take a job that

17  paid more just for a year until I could get

18  everything settled, and then went back to the

19  police department.

20    Q    Thank you for that.

21        Do you have any grievances or lawsuits

22  pending with the city right now?

23    A    No.  As a matter of fact, they gave me

24  money back for my tire that was ruined in a

Deposition of Peter Koconis - September 21, 2015

1    pothole.  That was the only one.

2        Q      So you have no cases or arbitrations

3    or anything like that pending?

4        A      No.

5        Q      With the city or anybody else?

6        A      No.

7        Q      All right.  Now that I've got all that

8    preliminary out of the way, let's go back to

9    Shannon Spalding.  And how do you know Shannon?

10       A      Oh, boy.  A lieutenant on the police

11   department named Karyn Murphy, she's now a

12   captain -- she worked in the Office of the

13   Superintendent.  She and Shannon Spalding were

14   friends.  Shannon Spalding came to her and told

15   her what was going on regarding her involvement

16   in an investigation that involved -- that turned

17   out to involve policemen.

18            So Shannon had told this lieutenant

19   that her lieutenant wouldn't get a CR number.  So

20   she went to Murphy.  Murphy then says, "Well, I'm

21   not going to get the CR number."  So both of them

22   technically broke the rules.  So then Murphy

23   says, "These kids have got a problem.  They need

24   some advice on IAD policy and procedures; would

Deposition of Peter Koconis - September 21, 2015

1   you talk to them?"

2              And I told her, you know, "You got to

3   get a CR number.  That's not for me.  I don't do

4   that.  I'm not working."

5              So she understood it, and she gave

6   Shannon my phone number.  And then Shannon called

7   me, and I met them.

8       Q      So approximately when was it that

9   Shannon called you?

10      A      It's got to be four years ago.

11      Q      I'm not expecting you to remember

12  exact dates; I'm just trying to get years.

13      A      Yeah, three to four years ago.

14      Q      And when she contacted you, did she

15  call you on the phone?

16      A      Yes.

17      Q      And was she on the phone by herself or

18  was anybody else on the phone with her?

19      A      No.  And she says, "I'm a friend of

20  Karyn Murphy's.  We're having problems.  We were

21  doing an investigation, and during the course of

22  the investigation, we've discovered that there

23  were some police officers involved.  And when we

24  went to report it, nobody would do anything.  And

Deposition of Peter Koconis - September 21, 2015

1   can you help me and tell me what we should do?"

2       Q       And during that conversation, what did

3   you tell her?

4       A       I said, you know, we got to talk, you

5   know, in person.

6       Q       So during that conversation you didn't

7   go into the details of the situation?

8       A       No.

9       Q       And then did you eventually meet in

10  person?

11      A       Yes.

12      Q       When did you meet in person?

13      A       A day or two after that phone call we

14  met at a restaurant on 21st or 22nd Street, and I

15  can't remember the name of it.  We've been there

16  a million times.

17      Q       21st or 22nd and what?

18      A       What's the Italian restaurant over

19  there that serves good food?

20      Q       Because I may want to go.

21      A       It's great.  Honestly, I can't

22  remember the name of it, but it has everything:

23  pizza, spaghetti, whatever.

24      Q       So you met at an Italian restaurant?

Deposition of Peter Koconis - September 21, 2015

1     A    We met at a restaurant, yes.

2     Q    Was it just you and her?

3     A    It was me, Tony -- me -- Wait a

4   minute.  It was Shannon, Tony, and Danny.

5     Q    Who is Tony?

6     A    Tony is Tony Hernandez, Shannon's

7   boyfriend.

8     Q    So Shannon, Tony Hernandez her

9   boyfriend?

10    A    And Danny, who was her partner.

11    Q    Danny Echeverria?

12    A    Yes.

13    Q    And you, obviously?

14    A    Yes.

15    Q    And what was said during that

16   conversation?  Let me go back.  How long did you

17   guys meet?

18    A    Oh, there were a couple hours.

19    Q    And over the course of that couple

20   hours, let me just start first with Shannon.

21   What did Shannon tell you?

22    A    Shannon told me they were working on a

23   federal task force and it involved gangs and

24   drugs.  And during the course of that

Deposition of Peter Koconis - September 21, 2015

1  investigation --

2       MS. DAVIS:  Can we take a pause for a

3  second?

4            (A short recess was had.)

5  BY THE WITNESS:

6       A       They discovered that there were police

7  officers that could have been involved in drug

8  rip-offs and drug sales.  And she mentioned one

9  of the names, and I recognized the name from

10  being in internal affairs, this guy Watts who was

11  a sergeant.  And he came up long time ago when I

12  was in the CHA transition team in 1999 as a

13  corrupt cop.  He was ripping off drug dealers and

14  selling drugs.  So that piqued my interest.  And

15  then she went on to say what their part was and

16  that they attempted to get a CR number and they

17  couldn't, and the person they went to wouldn't

18  get it.  And eventually she went to Juan Rivera

19  and basically forced his hand to get the

20  complaint.

21            Now, also involved in this, Tony

22  Hernandez has a separate thing going while in

23  narcotics with his sergeant who falsified

24  department records and payroll and changed time

Deposition of Peter Koconis - September 21, 2015

1    and attendance sheets and everything else, so

2    there were two things going at the time.

3         Q     And so Shannon told you that, and

4    what, if anything, did Danny Echeverria say?

5         A     Well, he didn't say much.

6         Q     Did he say anything in the course of

7    the conversation?

8         A     I mean, yeah.  He said they had an

9    informant.  They called him Chewbacca.  I mean,

10   he was a guy that was an informant that the feds

11   planted dope and money on so that he could get

12   ripped off.  And he was their informant.  And

13   that's what led to Watts getting caught because

14   Watts stole money from him.  So that was Danny

15   and Shannon, because Tony worked with somebody

16   else.  Danny and Shannon worked together.

17              And they talked about this -- you

18   know, they were assigned to -- I think it's 543

19   which is detached services where you're lent to

20   another unit, in this case the federal

21   government.  And they were working for an FBI

22   agent, and they had gathered all this

23   documentation and evidence on this case.  They

24   had set up a drug house where the money would be

Deposition of Peter Koconis - September 21, 2015

```
 1   ripped off.  And unfortunately the FBI found that
 2   the agent himself was corrupt and stole some
 3   money, and that hurt the original investigation.
 4   So it was like part of the investigation had to
 5   be put aside because of the corruption of this
 6   FBI agent.  And then it had to go forward from
 7   this certain spot.  And Watts and this guy
 8   Kallatt Mohammed both pled guilty to the home
 9   invasions and the rip-offs and the drugs things
10   and both went to jail.  That's it in a little bit
11   of a nutshell.
12        Q     Understood.  During the course of your
13   conversation, did Tony Hernandez say anything
14   about Shannon and Danny's situation?
15        A     No.
16        Q     He was just talking about his
17   situation?
18        A     Well, he wanted to know what with
19   getting ripped off and the changing of all this
20   stuff what he had to do.
21        Q     And what, if anything, did you advise
22   or tell Shannon and Danny that they should do?
23        A     Well, that they had to get -- they had
24   to get a separate investigation or a CR
```

Deposition of Peter Koconis - September 21, 2015

1    investigation initiated regarding what happened
2    to them because after this, they were -- from my
3    understanding, Juan Rivera had let out his -- had
4    revealed their names to the commander or the
5    deputy in charge of organized crime and the
6    commander of narcotics, O'Grady and Roti or
7    something like that.  O'Grady was one guy; Roti
8    was another.  Now their names being out there,
9    their identity has been compromised.  Which every
10   undercover investigation that I did when I was in
11   confidential, the last thing you wanted anybody
12   to know was who you were or what you were working
13   on.  Because if you worked on corrupt policemen,
14   you could get hurt.
15        Q    During the course of the conversation
16   that you had with them over this course of a
17   couple hours, is there anything else that they
18   told you in specifics about specific acts of
19   retaliation or specific people who were
20   retaliating against them or anything like that?
21        A    The initial two hours was like a
22   feeling out period for me to see if I was even
23   going to waste my time helping them.  And so we
24   had more than one meeting, you know, at different

Deposition of Peter Koconis - September 21, 2015

1    restaurants.  And they even came to my house once
2    and we sat down and talked.  The reason being is
3    I wanted to hear her tell me this story more than
4    once and as many times as I could because as a
5    policeman and an investigator, if somebody is
6    lying, they're going to get tripped up.  And I
7    found she was straight on line or on point every
8    time I talked to her.  Sometimes you have to slap
9    her to shut her up.  But she just was --
10   everything was on point.
11           And then I said, you know, in my mind,
12   I said she's telling the truth.  And so I said,
13   you know, I'll advise you.  I'll help you.  And I
14   told them to get a lawyer.
15       Q    And you told them to get a lawyer on
16   that first meeting?
17       A    Yeah.  I told him you've got to get a
18   lawyer because he handles stuff -- well, I don't
19   know -- he was somehow -- there was lawyers
20   before him.  But I just said you got to get legal
21   advice.
22       Q    All right.  And so I want to kind of
23   walk through those conversations.  The first
24   conversation took a couple hours; you just told

Deposition of Peter Koconis - September 21, 2015

```
 1   me what that conversation was about.  When was
 2   the next conversation?
 3        A      Probably a couple weeks later.
 4        Q      And where was that held?
 5        A      I think at the same restaurant.
 6        Q      And who was there?
 7        A      The three of them:  Tony, Danny, and,
 8   Shannon.
 9        Q      How long did you guys meet this time?
10        A      Probably another two hours.
11        Q      And approximately when would that have
12   been?  Approximate because I don't know if I
13   asked you the last one.
14        A      This was within a few weeks of them
15   filing their CR numbers, getting dumped from
16   their positions, getting moved around the
17   department, put in an office with nothing to do,
18   you know.  At that point it started to get --
19   initially it just seemed that the hostile work
20   environment -- that's the term I'll use -- that
21   was getting worse and worse and worse.
22        Q      This was approximately when, the
23   second conversation?
24        A      A couple weeks after the first.
```

Deposition of Peter Koconis - September 21, 2015

1      Q      When would have been --
2      A      Because I made some phone calls to
3  find out are these coppers good coppers?  What's
4  the story?  I asked people that knew them.  You
5  know because if they were useless nothings, I
6  wouldn't even waste my time.
7      Q      What month, what year was your first
8  meeting?
9      A      I believe 2011, and I could not tell
10  you the month.
11      Q      Okay.  Approximately 2011?
12      A      I know it was cold.
13      Q      Well, it's Chicago.
14      A      Yes, I know.
15      Q      That's fine.  And then the second
16  meeting was approximately two weeks after that?
17      A      Two weeks later, yeah.
18      Q      So still cold outside in approximately
19  2011?
20      A      Yes.
21      Q      Now, before we get to the
22  conversation, you said you had made a few calls
23  about them.  Who did you call about them?
24      A      I just called -- Tony worked in 24

Deposition of Peter Koconis - September 21, 2015

1    when I was there.  I didn't have any idea who he

2    was.  So I asked, you know, a couple of coppers,

3    you know, that worked for me.  "Do you know this

4    guy?"  "Yeah."  "Was he a good policeman?"

5    "Yeah."

6            Then I called a couple people that I

7    knew that were in narcotics, people that worked

8    for me and transferred to narcotics.  And I said

9    you know -- yeah, were they good workers?  Yeah.

10   Were they on the legit, meaning were they honest?

11   Yeah.

12       Q    Who were these people you talked to?

13       A    I don't have any idea now.  This was

14   four years ago.  But they were all policeman that

15   worked for me or I worked with.

16       Q    As we sit here today, can you think of

17   the names of any of the people you talked to?

18       A    No.  Sorry.

19       Q    If any come back to you while we're

20   having this deposition, just let me know.

21            So that second conversation, couple of

22   hours.  Same people were there, Shannon, Tony

23   Hernandez and Danny Echeverria.  And what did

24   you -- I'm going to kind of go through the same

Deposition of Peter Koconis - September 21, 2015

1    thing.  What did Shannon say?

2        A    I believe at this meeting at this time

3    they explained to me that -- well, Danny and

4    Shannon, because Tony -- Tony was just there

5    because this was -- Now we're talking about Danny

6    and Shannon, because Tony's case was rather cut

7    and dry.  This guy cheated him and did this,

8    boom, it's over.

9            These two, though, were -- they were

10   assigned -- they were assigned to auditing and

11   internal control, which working for a lieutenant

12   named Pascua, Debbie Pascua.  And she had said

13   something to the effect of, "I know you're here.

14   I know you're rats.  And you're going to be

15   sitting here and you're going to just sit by

16   those phones, and that's all you're going to do,

17   just sit here."

18           And at one time they were assigned to

19   the training division, and they just sat in a

20   little cubicle with phones with nothing to do.

21   And at that point she thought they're obviously

22   out to get me or this is my punishment for doing

23   my job.  And so we went from auditing and

24   internal control to training division.  She was

Deposition of Peter Koconis - September 21, 2015

```
 1   then -- Tony was taken off his team.  They were

 2   taken off their team.  They were separated.  Boy,

 3   this is hard to remember all this stuff.

 4            O'Grady had called her an IAD rat.  At

 5   rollcall they were told the other officers were

 6   told by their supervisors that these two were IAD

 7   rats when, in fact, they were never in the IAD.

 8   Lost my train of thought.  They were -- Can you

 9   pause for a minute?

10        Q    Sure.

11        A    I have to think this in my head.

12        Q    Okay.

13        A    Okay.  So then they were -- Danny was

14   still working.  And policemen had told him that

15   they had to be careful because the bosses were

16   out to get him and that he shouldn't associate

17   with Shannon because she was the one that was

18   causing all this problem.  And O'Grady had given

19   instructions to his lieutenants and his sergeants

20   that he didn't want them to be assigned any

21   cases, to be assigned anything; and that he at

22   one point band her from the building, the Homan

23   Square building where she has a locker.

24            And I found this to be troubling
```

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

Deposition of Peter Koconis - September 21, 2015

1   because O'Grady himself worked in the internal

2   affairs division.  And then I found out that he

3   denied to everyone that he was ever in the IAD.

4   And I know for a fact he was in the IAD because

5   his office was right across the hall from my

6   office.  He was going to law school, and he was

7   assigned to the IAD to make his schedule easier

8   to go to school.  So he out and out lied to

9   everybody.  And then finally he admitted to

10  somebody that he was, in fact, assigned to the

11  internal affairs division.

12         And he should have known, him being a

13  boss, him be a supervisor, him being a commander,

14  he should have been aware of the rules and

15  regulations regarding EEOC problems, hostile work

16  environment, harassment.  And he as the commander

17  should have put a stop to it.

18     Q    So you guys talked about that during

19  that conversation at the restaurant the second

20  time, right?

21     A    Yes.  And I told them this is what you

22  have -- you have to get to somebody -- you have

23  to voice your displeasure and get somebody to

24  take up your cause.  And I remember making a call

Deposition of Peter Koconis - September 21, 2015

1    to a Beatrice Cuello, Bea Cuello.  We worked

2    together on that CHA transition team, and she was

3    one of the first deputy superintendents.

4        Q     Was that right after this

5    conversation?

6        A     No.  I think this was sometime during

7    this period of where I'm trying to figure out if

8    these kids are telling the truth.  And you asked

9    if I talked to anybody?  She's the one that I

10   called.

11            And I said, "Do you know Echeverria

12   and Spalding?"

13            And she said, "Yeah, I know them.  And

14   I find them to be good officers.  I don't know

15   why everybody is messing with them."

16            She then went and talked to the other

17   first deputy.  His name was Jackson.  And he said

18   that Roti and O'Grady said that they were IAD

19   rats and that they were not welcome back in

20   narcotics section.  Because once you're taken

21   from your -- you're assigned to detach services,

22   once you're out of detach services, you go back

23   to your original unit.  And they were supposed to

24   go back to narcotics.  And that's when Roti and

Deposition of Peter Koconis - September 21, 2015

1   O'Grady called them rats and said we don't want
2   them back.
3           So my timeline might be mixed up, but
4   you'll eventually get it.  Right?  Does that make
5   sense?
6       Q     Let me go back to a few things that
7   you just said.
8       A     Sorry.
9       Q     So you said that apparently Debbie
10  Pascua had called Shannon and Danny rats?
11      A     IAD rats, yeah.
12      Q     Did you ever talk to Debbie Pascua
13  about that?
14      A     No.
15      Q     Do you have any firsthand knowledge
16  that that's what Debbie said?
17      A     No, I do not.
18      Q     So this is what Shannon and Danny told
19  you that she said?
20      A     Yes.
21      Q     As it relates to the -- so O'Grady
22  having called them IAD rats at rollcall, is that
23  something that Danny and Shannon told you?
24      A     Yes.  They had been told by other

Deposition of Peter Koconis - September 21, 2015

1   officers.

2       Q      Did Danny and Shannon claim to have

3   heard that?

4       A      From other people.

5       Q      From other people?

6       A      But Bea Cuello, she said that they

7   said they were IAD rats and didn't want them

8   back.

9       Q      I just want to go back to what we were

10  talking about.  So as it relates to O'Grady, do

11  you have any firsthand knowledge about O'Grady

12  ever calling Danny and Shannon rats, IAD rats?

13      A      No.

14      Q      Do you know if -- did the names of

15  anybody who was present at that rollcall where

16  O'Grady allegedly called them IAD rats would have

17  come up, the names of any people come up?

18      A      They mentioned sergeants and a

19  lieutenant.  I don't know who they were.  I mean,

20  they mentioned their names, and I don't know who

21  they are.

22      Q      So Danny and Shannon told you the

23  names of those folks, but you don't remember who

24  they were?

Deposition of Peter Koconis - September 21, 2015

1       A       Padar being one.  He was one.

2       Q       So Padar was one would have been one.

3  People at rollcall --

4       A       Well, he was Tony's sergeant.

5       Q       I just want to be clear for the

6  record.

7       A       Okay.

8       Q       Padar would have been one of the

9  people at the rollcall when O'Grady allegedly

10 called them IAD rats?

11      A       It wasn't rollcall; he told.  The

12 understanding I got, he told his supervisors that

13 these two people were IAD rats and everybody had

14 to be careful.  Then his supervisors, lieutenant

15 would go to the sergeants and tell the sergeants,

16 and then the sergeant would disseminate the

17 information to the patrolmen.  So the commander

18 would not go to all the patrolmen in narcotics

19 and have a big meeting and say they are IAD rats.

20 He would tell his lieutenants, his lieutenants

21 would tell their sergeants, and their sergeants

22 would say this stuff.

23      Q       Understood.  Beside Padar, do you know

24 the names of any of the other sergeants or

Deposition of Peter Koconis - September 21, 2015

1    patrolmen or anybody else who came up during that

2    conversation who would have heard them referred

3    to as rats?

4         A    There's a lieutenant named Cesario.  I

5    don't know what his position was there.  He's a

6    commander now.  And another Hispanic lieutenant

7    that was there that they originally tried to talk

8    to who said, "I'm not getting involved."

9         Q    And you don't know what his name is?

10        A    I don't know the guy's name.

11        Q    But you know he's a Hispanic

12   lieutenant?

13        A    Right.  Because I thought his name was

14   Hispanic.

15        Q    Last name.  Okay.

16             I'm trying to read my notes.  In terms

17   of the policeman who told Danny not to associate

18   with Shannon, do you recall who that was person

19   was?

20        A    These were officers that worked with

21   Danny on Danny's team in narcotics.

22        Q    Okay.  And as we sit here now, do you

23   know the names of any of those people?

24        A    No.  I don't think he ever mentioned

Deposition of Peter Koconis - September 21, 2015

 1  them.

 2       Q      During the conversation you don't

 3  recall Danny telling you the names of those folks

 4  who told you?

 5       A      No.  He just said cops that worked

 6  with him.

 7       Q      Let me finish.  You don't recall

 8  during that conversation Danny telling you the

 9  names of any of the policemen who told him not to

10  associate with Shannon?

11       A      No.

12       Q      Now, as for instructions being given

13  for them not to be assigned to cases, you said a

14  few minutes earlier that it's your understanding

15  that O'Grady gave those instructions for them not

16  to be assigned to cases.  Is that what you were

17  told during that meeting?

18       A      One of those meetings, yes.

19       Q      Did you have the opportunity to verify

20  that or check that with anyone?

21       A      No.  It wasn't my job to do.

22       Q      Do you know James O'Grady?

23       A      He worked in the IAD, yeah.  I met

24  him.  I know who he is.  I've talked to him.  But

Deposition of Peter Koconis - September 21, 2015

1    I haven't talked to him since, I don't know, 15,
2    18 years.
3        Q    And you never talked to him about
4    Shannon Spalding or Danny Echeverria?
5        A    No.
6        Q    So any of the things that you have
7    testified to today about what James O'Grady was
8    involved in or said or anything of those kind of
9    things come directly from Shannon and Danny; is
10   that right?
11       A    Some do.  Other issues with O'Grady
12   came from other people just in the course of
13   conversations.
14       Q    Can you give me the names of some of
15   those other people who mentioned James O'Grady
16   during the course of conversations?
17       A    I was at a big lunch, and then they
18   were talking about O'Grady had used a phony
19   address so his kids could go to school in Park
20   Ridge, and they thought that that was -- that's
21   obviously a violation of the rules and the law.
22   And I go, why didn't anybody do anything?
23       Q    Let me go back.  I guess I should have
24   formed the question a little better.  I'm really

Deposition of Peter Koconis - September 21, 2015

1   just talking about as it relates to the

2   allegations made by Shannon and Danny as it

3   relates to their case.

4        A     Okay.

5        Q     If the information that you have

6   regarding O'Grady as it relates to Shannon and

7   Danny's case, all that information came from

8   Danny and Shannon; is that right?

9        A     Yes, I believe so.

10       Q     Now, let's go back to the conversation

11   with Bea Cuello?  Now, when exactly -- not

12   exactly, but to the extent you know month, date,

13   when did that conversation happen?

14       A     After I first got contacted by Murphy

15   and Shannon and they told me all this stuff,

16   within a few days I reached out and called

17   Beatrice.  And I said do you know these two

18   officers and is there a problem with them?

19   Because if she would have said yes, they're no

20   good, whatever, I wouldn't have been involved in

21   this at all.  But she said to her knowledge and

22   her understanding of them they were two good

23   officers.  She doesn't understand why what's

24   happening to them happened.

Deposition of Peter Koconis - September 21, 2015

```
 1              And then she made an inquiry and found
 2    out that Jackson, who was the first deputy --
 3    There were two first deputies:  Beatrice and
 4    Jackson.  Jackson, Roti, and O'Grady had said to
 5    the first deputy, "We don't want them back.
 6    They're IAD rats."
 7         Q     Now, how do you know Bea?
 8         A     I met Beatrice on the job in the
 9    nineties, and I find her to be honest,
10    articulate, and a very, very bright woman.
11         Q     Did you guys worked together in the
12    nineties?
13         A     I worked on the CHA team.  She was a
14    sergeant.  I was a sergeant.  There were a couple
15    more.  And she was more of a tactical technical
16    advisor, where I was second in charge of
17    corruption investigation in the CHA.  She had the
18    much harder job.
19         Q     And this conversation that you had
20    with her, with Beatrice, was over the phone?
21         A     Yes.
22         Q     And did you call her?
23         A     Yes.
24         Q     And how long was the conversation?
```

Deposition of Peter Koconis - September 21, 2015

1      A      A couple of minutes.  Maybe five

2    minutes.

3      Q      And during the conversation, did she

4    ever tell you that she had firsthand knowledge

5    about specific things that were happening with

6    Shannon?

7      A      No, she couldn't know.

8      Q      So is it correct for me to say that

9    the things she said were things she had heard

10   from Jackson; is that right?

11     A      She was at a meeting when this was

12   told.

13     Q      When what was told?  I just want to be

14   clear.

15     A      That these two were IAD rats.

16     Q      She was at a meeting?

17     A      She was at a meeting with all the

18   parties involved.

19     Q      So she was at a meeting with Jackson,

20   Roti, O'Grady?

21     A      They were all present at this meeting.

22     Q      And where did that meeting take place?

23     A      Headquarters someplace.  And I don't

24   know what -- could have been just a normal

Deposition of Peter Koconis - September 21, 2015

1   morning meeting and their names came up or

2   whatever.  And that's when -- that was

3   discovered.

4        Q     Can you tell me if you remember any

5   other names of folks who would have been part of

6   that meeting where it was said that Shannon and

7   Danny were rats?

8        A     No.

9        Q     I want to make sure I have everybody

10  who Bea told you was at that meeting.  That would

11  have been Jackson -- Do you know Jackson's first

12  name?

13       A     No.

14       Q     Do you know anything about Jackson

15  except -- is it a he or she?

16       A     He was the first deputy

17  superintendent.  And then Roti was the chief of

18  organized crime.  And O'Grady was the commander

19  of the narcotics unit.

20       Q     Anybody else that was supposedly there

21  during that meeting?

22       A     I don't know what -- I don't know

23  where or what was going on, what kind of meeting

24  it was.  But, you know, I just know what those

Deposition of Peter Koconis - September 21, 2015

1   three guys allegedly said.

2      Q   You've mentioned some of these names,

3  and I just want to make sure I make it clear

4  whether you know these folks or just heard their

5  name and that kind of thing.  So I want to go

6  through the names of the defendants in this

7  lawsuit.  Okay?

8      A   Okay.

9      Q   Juan Rivera, do you know Juan Rivera?

10     A   Yeah.  He was -- when I was in

11  confidential, he came to confidential as a

12  lieutenant because my lieutenant was retiring.

13  And he was briefed on all these cases including

14  the Watts case.  And I think Rivera came there in

15  like 2004 or 2005.  And he was briefed on Watts

16  and the investigations regarding his misconduct.

17  I mean, he was involved in everything.  And we

18  even thought he was involved in the murder of a

19  policeman.  And then I guess he stayed in IAD.

20  And then he became a chief there.  I don't know

21  what a chief does -- we had deputy

22  superintendents; he's got a chief and four or

23  five commanders there.  I don't know what the

24  hierarchy is in that division anymore.

Deposition of Peter Koconis - September 21, 2015

1      Q      Have you had any conversations with
2  Juan Rivera about Shannon Spalding or Danny
3  Echeverria?
4      A      No.
5      Q      How about Debra Kirby, do you know who
6  that is?
7      A      Oh, yeah, I know who she is.  No, I've
8  never talked to her.
9      Q      You never talked to her?  Have you
10  ever worked with her?
11      A      Yeah.  She was the chief of staff --
12  what do they call -- she was the head legal
13  office for the police department.  So being in
14  the IAD, I had dealings with her, but not
15  regarding this.
16      Q      So you've had dealings with Debra
17  Kirby, but not regarding Shannon Spalding or
18  Danny Echeverria?
19      A      Right.
20      Q      James O'Grady, we just talked about
21  him.  Besides the things you've already told me
22  about James O'Grady, is there anything else about
23  James O'Grady, any conversations -- I'm sorry,
24  you shook your head.

Deposition of Peter Koconis - September 21, 2015

```
 1       A     No.
 2       Q     Any conversations you've had with him
 3  about Shannon Spalding or Danny Echeverria?
 4       A     Never.
 5       Q     What about Nicholas Roti?
 6       A     Wouldn't know him if he walked in this
 7  room.
 8       Q     So you never met Nicholas Roti?
 9       A     No.
10       Q     So you never had any conversations
11  with him about Danny Echeverria or Shannon
12  Spalding?
13       A     No idea who that is.
14       Q     So you've never had any conversations
15  with him about Danny or Shannon; is that right?
16       A     Yes, Marlene.  I don't know even know
17  who he is.
18       Q     Robert Cesario.  You just mentioned
19  his name.  Do you know Robert Cesario?
20       A     No.
21       Q     Have you had any conversations with
22  Robert Cesario?
23       A     No.
24       Q     So you never talked to him about
```

Deposition of Peter Koconis - September 21, 2015

1    Shannon or Danny?

2          A      No.

3          Q      Nothing about this case?

4          A      No.

5          Q      Joseph Saleme, do you know who that

6    is?

7          A      No.

8          Q      You never any conversations with him?

9          A      No.

10         Q      Not about Shannon or Danny or anything

11   else?

12         A      No.

13         Q      Lastly, Thomas Mills?

14         A      No idea who is.

15         Q      So no conversations with Thomas Mills

16   about Shannon or Danny?

17         A      No.  Are these guys policemen or

18   crooks.

19         Q      They're policemen.

20         A      I had to ask.

21         Q      Going back to -- So we've gone

22   through two conversations.  You told me what

23   Shannon told you in the second conversation.

24   What, if anything, did Danny tell you during that

Deposition of Peter Koconis - September 21, 2015

1    second conversation?

2        A      Basically that they were getting --
3    I'm cleaning this up -- they were getting screwed
4    over.  They were sent to fugitive squad.  They
5    weren't allowed to get cars.  They weren't
6    allowed to be deputized.  They were given the
7    impossible warrants to serve or the impossible
8    people to find.  They were set up to fail.  And
9    if you're a good policeman for 18 years, you all
10   of a sudden don't become a rotten policeman.
11   It's very unlikely that you'll turn the other
12   way.  And it appears this is what the department
13   was doing, was making them bad policemen.  It was
14   making them out to be bad policemen, when, in
15   fact, they did what they were supposed to do.

16       Q      During that second meeting, was Danny
17   able to give you specific names of people who
18   were retaliating against him or --

19       A      I mean, he said the sergeants, but I
20   don't remember sergeants' names.  The only guy
21   that I remember being talked about was this
22   guy -- I think his name is Barnes -- who was from
23   confidential investigations in IAD and what he
24   had done.  That was a name that kept coming up.

Deposition of Peter Koconis - September 21, 2015

1    They would ask me about procedures and what he

2    did and false arrests and allegations and not

3    being served and trying to question them --

4    that's the only name.  You know, they very well

5    might have said names, but I remember that

6    Barnes.

7        MR. SMITH:  I'm just going to make an

8    objection on the record for the compound nature

9    of the question and the assertion of was he able

10   to, just for the record.

11       MS. DAVIS:  Okay.

12   BY MS. DAVIS:

13       Q    As it relates to Barnes, was it

14   Shannon who was telling you about Officer Barnes?

15       A    Oh, it was all three of them.

16       Q    And specifically can you recall what,

17   if anything, or what they said specifically that

18   Barnes did as related to Shannon or Danny?

19       A    Barnes at one time came to where they

20   were working, took Shannon out of wherever she

21   was, took her to a room, told her that she was

22   under arrest because she allegedly had a tape

23   recordings or something.  Never gave her charges

24   and allegations.  Did not give her the

Deposition of Peter Koconis - September 21, 2015

1   opportunity to call her attorney, to call her
2   supervisor.  He just held her there for like
3   40 minutes trying to intimidate her.  And then
4   finally, from what she said, he says, "Okay.
5   Never mind.  I'm going to make this all go away.
6   You can leave now."
7            And he -- According to IAD policies
8   and procedures, if you're going to question an
9   officer, you have to give them notice.  You have
10  to allow them time to get an attorney to
11  represent them or their union representative to
12  represent them.  And to tell her that she's under
13  arrest and she had to answer these questions and
14  she had to surrender her phone or her computer
15  were all in violation of the rules and
16  regulations.  And then to just say, "Okay.  You
17  can leave now" was just abhorrent.
18       Q     And this is what Shannon told you that
19  Officer Barnes and said to her?
20       A     He was at sergeant.  He might have
21  been the acting commander of confidential.
22       Q     We're not doing a good job of letting
23  each other finish.
24       A     I'm sorry.

Deposition of Peter Koconis - September 21, 2015

1      Q      And the court reporter is going to get
2   mad at us.  The thing you just said about
3   Sergeant Barnes, those are things that Shannon
4   told you; isn't that right?
5      A      Yes.
6      Q      Did you have an opportunity to speak
7   with Sergeant Barnes at all about this?
8      A      No.
9      Q      Did she tell you that anybody else was
10  present during the time Sergeant Barnes talked to
11  her?
12     A      I don't know if there was an
13  officer -- might have been two women that were
14  working as secretaries in the unit.  One of them
15  named Hannah, and I don't know the other woman.
16     Q      And did she say that Sergeant Barnes
17  placed her under arrest?
18     A      Yes.
19     Q      Did she tell you exactly what she was
20  charged with?
21     A      That --
22     MR. SMITH:  Objection, form of the question.
23     MS. DAVIS:  I'll restate that question.
24

Deposition of Peter Koconis - September 21, 2015

 1  BY MS. DAVIS:

 2       Q       You said she said she was placed under

 3  arrest.  What was your understanding of what she

 4  was placed under arrest for?

 5       A       He alleged that she had taped

 6  conversations with a supervisor that threatened

 7  her or something and that she had a conversation

 8  on a tape recording of that conversation.

 9       Q       Did she ever tell you that she, in

10  fact, did have a tape recording of that

11  conversation?

12       A       No.

13       Q       Did she ever tell you that she was --

14  Let me strike that.  As it relates to the

15  conversation with Sergeant Barnes, did she tell

16  you where the room was that she was supposedly in

17  with him?

18       A       It was in somewhere in Homan Square.

19       Q       Did she ever tell you that she was

20  free to go during the conversation?

21       A       No.  She told me that they would not

22  allow her to leave.  They held her in that room

23  under the threat of the arrest and the charging.

24       Q       Did she ever tell you whether or not

Deposition of Peter Koconis - September 21, 2015

1    she talked to her police -- her attorney during

2    the course of that conversation with Sergeant

3    Barnes?

4        A    She was not allowed to.

5        Q    So we're still on the second

6    conversation.  That conversation happened.

7    Anything else you all talked about during that

8    second conversation that you had?

9        A    No.  I just gave you a cornucopia of

10   three or four conversations probably.  I don't

11   remember each time what we talked about

12   specifically.

13       Q    Okay.  That's fair.  So in total,

14   about how many conversations did you have, if you

15   can recall?

16       A    Many.

17       Q    Would you say more than five?

18       A    Oh, yeah.

19       Q    Did you have more than five meetings?

20       A    Yeah.

21       Q    About how many -- because I said

22   conversations.  So let me break that down a

23   little bit more.  In terms of face-to-face

24   meetings, how many meetings would you say that

Deposition of Peter Koconis - September 21, 2015

1   you had?

2       A       In four years?

3       Q       In four years.

4       A       I would say -- and with the lawyer

5   counting being there too?  A dozen.

6       Q       And first I'm asking about not

7   meetings with the lawyer.  So a dozen meetings as

8   it relates to just you, Danny, Shannon, and maybe

9   Tony, was that a dozen meetings?

10      A       No.  Because he was involved -- their

11  attorney, Dan Herbert, he was there.  Their

12  attorney was there when they went the news media,

13  was asking questions about this.  You know, I was

14  present at that.

15      Q       How many meetings were you at where

16  there were lawyers at the meeting?

17      A       Oh, I don't know.

18      Q       Would you say ten?

19      A       No, no, not ten.  Maybe four.

20      Q       Four?

21      A       Four or five.

22      Q       And during those meetings, who was

23  present during the meetings that you had with the

24  lawyers?

Deposition of Peter Koconis - September 21, 2015

1      A      The lawyer.  Another lawyer.  That
2   girl -- woman that works for him that's an
3   attorney.  Shannon.  Shannon and Danny.
4   Sometimes Tony.
5      Q      And during those meetings, would you
6   be having group conversations?
7      A      Well, some of them.  He took my
8   deposition.
9      Q      Okay.
10     MR. SMITH:  Can I object to the compound
11  nature of the questions in terms of different
12  meetings and different people?
13  BY MS. DAVIS:
14     Q      Okay.  Well, I'm just trying to get to
15  the -- just the bottom line as it relates to the
16  meetings and who was there.  And I'm not trying
17  to step on any privileged conversations.
18          But you -- any meetings you were at
19  with lawyers present, what were the nature of
20  those conversations?  Because you weren't there
21  represented by any of those lawyers, right?
22     A      No, they're not my lawyers.
23     Q      So what were the nature of those
24  conversations that you had with those lawyers?

Deposition of Peter Koconis - September 21, 2015

1       MR. SMITH:  Again, I'm just going to object
2   to the compound nature of the question.  You're
3   asking about all his meetings at once?
4   BY MS. DAVIS:
5       Q      Well, we can go through it one by one.
6              You said you had maybe about four
7   meetings?
8       A      Yeah.
9       Q      So let's start with the ones that you
10  remember and kind of go in order.  First meeting
11  that you had where the lawyers were present?
12      A      Like with Herbert or with him, the
13  lawyers that are familiar with police department
14  procedures and general orders and rules and
15  regulations, they would say can you come down and
16  explain, you know, like the city has different
17  rules and regulations.  An example I'll give you,
18  an EEOC complaint, there's federal laws that have
19  to be abided by, and you have to file the
20  complaint in a certain time.
21             Well, the city says now you can do it,
22  you have 18 months to file the complaint, where
23  federal law says you have to do it different.
24  The city, they have different rules and

Deposition of Peter Koconis - September 21, 2015

1    regulations.  So he wouldn't necessarily know

2    what rules and regulations were violated by

3    Rivera or Murphy or the lieutenants or the

4    sergeants because he doesn't work with those

5    rules.  I worked with them for 18 years, helped

6    revise them and teach classes on them, so I might

7    know more than he does regarding that; whereas

8    he, or any lawyer, knows more about the law than

9    I do.

10       Q     And so the nature of at least one of

11    those meetings was about that, you explaining the

12    rules and policies and procedures; is that right?

13       A     One.  And then another one would be

14    they were going to depose somebody.  And they

15    would ask me, well, what are the responsibilities

16    of the lieutenant?  What are the responsibilities

17    of the commander?  What -- we call it, police

18    terms, it's the conduct of investigation, how

19    you're supposed to handle an investigation.

20              You know, you get the CR number.  Then

21    you interview the witnesses.  Then you interview

22    the complainant.  And then you go after the

23    witnesses and accused, and that's how you come to

24    this conclusion.  Well, the order that these

Deposition of Peter Koconis - September 21, 2015

1    things have to be done is pretty well-defined in
2    the rules and regulations.
3        Q    And during those meetings where you
4    were discussing the rules and regulations,
5    besides the lawyers present, who else was present
6    for those meetings?
7        A    In some cases an associate or a lawyer
8    that worked with him.  I think Shannon.  Shannon
9    was probably there.  And on some occasions Tony
10   and some occasions Danny.
11       Q    Besides talking with them about the
12   rules and regulations and the policies and
13   procedures, was there anything else that you
14   discussed during those meetings that you had with
15   the lawyers other than about the policies and
16   procedures?
17       A    Other than I made him buy lunch every
18   time I went down there, no.
19       Q    And besides the people that you
20   already named, some of the lawyers and some of
21   their staff and occasionally or sometimes Danny
22   and Shannon or Tony, anybody else present for any
23   of those conversations?
24       A    Geez.  I mean, Phil Rogers from NBC

Deposition of Peter Koconis - September 21, 2015

1  news was there because they were going to put it

2  on the news.  But, I mean, you know, he was in an

3  office one day when they were doing -- I mean, he

4  was there when they were going to put this

5  corruption thing out on the news and his

6  cameraman.  I can't remember each and every

7  person that was at every meeting because

8  sometimes Danny is, sometimes Tony is.

9      Q      Did you have conversation with Phil

10 Rogers about the case?

11     A      Oh, yeah.  He asked me, and I wouldn't

12 go on camera.

13     Q      More than one conversation with Phil

14 Rogers?

15     A      No.

16     Q      Let me show you what I'm going to mark

17 as Koconis Exhibit 1.

18         (A short recess was had.)

19 BY MS. DAVIS:

20     Q      We're back on the record.  I'm just

21 going to remind you --

22     A      I'm under oath.

23     Q      -- that you're under oath.

24             Mr. Koconis, Mr. Peter Koconis?

Deposition of Peter Koconis - September 21, 2015

1      A    Just say Peter.  Koconis is a toughy,
2  isn't it?
3      Q    It's just the way it's spelled.  Makes
4  me want to say something else.
5           So I've already marked Koconis
6  Exhibit 1.  Let me ask you have you had a chance
7  to review this --
8      A    Yes.
9      Q    -- affidavit?  Okay.
10     A    Yes, I did.
11     Q    We just took a break.  Did you -- were
12  you reviewing the affidavit during the break?
13     A    Sort of just read it now.
14     Q    But other than just reading it here in
15  this room, did you read it or go over it while we
16  were on break?
17     A    Just here.
18     Q    Look to the last page, page 5.  Is
19  that your signature?
20     A    Yes.
21     Q    And did you draft this affidavit?
22     A    What do you mean?
23     Q    Did you write this affidavit?
24     A    No.

Deposition of Peter Koconis - September 21, 2015

1      Q     Do you know who did?

2      A     I think Chris.

3      Q     Did you have a chance to review it

4   before signing it?

5      A     Yes.

6      Q     And when you were reviewing it, did

7   you make any corrections to it before you signed

8   it?

9      A     When it was first done, no.

10      Q     I'm going to put on the record that in

11   between the break when I saw Peter reviewing the

12   transcript, he made mention that there was a

13   change or something that needed to be made to it,

14   an error that was on it.  I'm going to ask you to

15   draw my attention to what that error is now.

16      A     It's not really an error.  In

17   paragraph 12, it says sometime on or about the

18   year 2011, Officer Spalding contacted me

19   requesting a meeting and that it was urgent.  The

20   first call came from Lieutenant Karyn Murphy, and

21   then Officer Spalding called.

22      Q     As you sit here, are there any other

23   corrections or changes or things that should be

24   added or taken away from this document to make it

Deposition of Peter Koconis - September 21, 2015

1    accurate?

2        A    I don't think so.

3        Q    And as you sit here now after having

4    reviewed it, do you stand by all the statements

5    that are made in there, with that one correction?

6        A    Yeah, everything is the same.

7        Q    Who approached you about actually

8    doing an affidavit in this case?

9        A    I think Spalding said that her

10   attorney, Chris, would like me to do an

11   affidavit.

12       Q    And when did she tell you that?

13       A    Sometime before we did the affidavit.

14       Q    Was that in a telephone conversation?

15       A    Yes.

16       Q    It wasn't face-to-face?

17       A    No.

18       Q    Was anybody else on the telephone when

19   she asked you to provide an affidavit?

20       A    I don't think so.

21       Q    And prior to your signing the

22   affidavit, did you have any conversations with

23   anybody about what to put in the affidavit?

24       A    No.  He asked questions; I answered.

Deposition of Peter Koconis - September 21, 2015

1     Q     And so let me go over that.  So you at
2   some point talked to Chris about this affidavit?
3     A     Yes.  And I believe the girl, the
4   woman was with you, the -- your assistant or
5   whatever, I think that two of them were in the
6   office.
7     Q     And did you talk to them about the
8   affidavit in this office?
9     A     Yeah.
10    Q     Was that the first time you met Chris?
11    A     I don't remember.
12    Q     And so the things included in the
13  affidavit, the paragraphs 1 through 18, are these
14  all things that you told to Chris?
15    A     Yes.
16    Q     And then once you told this
17  information to Chris, then he or somebody in his
18  office then authored this affidavit; is that
19  right?
20    A     They typed it, and I signed it, and it
21  got notarized by Kenneth Sison.
22    Q     Do you remember if there were any
23  other drafts or revisions to the document before
24  you signed it?

Deposition of Peter Koconis - September 21, 2015

1       A       I don't recall any.

2       Q       Was it January 20, 2015, when you

3   signed it?

4       A       Yes.   That's the date on there.

5       Q       Did you sign it in Chris's office?

6       A       Yes.

7       Q       Was there anybody else present when

8   you signed the affidavit?

9       A       Kenny Sison.

10      Q       Was there anybody else beside Kenny

11  Sison?

12      A       Maybe that girl.

13      Q       Do you remember when Danny or Shannon

14  were present when you signed the affidavit?

15      A       I don't remember.

16      Q       Do you know an officer by the name of

17  Michael Spagaren?

18      A       No.

19      Q       Do you know if he was present when you

20  signed the affidavit?

21      A       I don't even know who he is.

22      Q       What about anybody else, do you

23  remember anybody else being present before --

24  while you were there to sign the affidavit?

Deposition of Peter Koconis - September 21, 2015

1    A    I mean, Spalding could have been
2  there, but that would be it that I could
3  remember.
4    Q    How long were you at Chris's office on
5  the day you came to sign this affidavit?
6    A    Probably a couple hours.
7    Q    And besides signing this affidavit,
8  what else, if anything, did you do while you were
9  at the office?
10    A    I remember telling a woman that was
11  his assistant that she shouldn't leave the
12  pictures on the floor, that she should hang them
13  in her office.
14    Q    Okay.
15    A    And we could have talked about some
16  policy or procedures with the department and
17  rules and regulations, but I couldn't remember
18  any specifics.
19    Q    Do you recall whether or not Shannon
20  provided any information that -- Let me strike
21  that.
22        On the day that you came to Chris's
23  office to sign this affidavit, was there anybody
24  else giving input as to what should be in this

Deposition of Peter Koconis - September 21, 2015

1   affidavit besides yourself?

2        A      I don't recall anybody.

3        Q      And that includes Shannon?  Did

4   Shannon give you any input as to what should be

5   in this affidavit?

6        A      When you say input, what do you mean?

7        Q      I mean, you said that you were talking

8   to Chris about what should be contained in the

9   affidavit.  Was there kind of group input?  Did

10  somebody else include information that should be

11  put into this affidavit?

12       A      Well, Spalding would have told me

13  about all the stuff that led up to this, and so a

14  lot of this information I got from her.  But the

15  stuff regarding Watts and Rivera, that I knew

16  from working in IAD.  My thing with Officer

17  Dignan that I referred to earlier and Karen

18  Rowan, that's on me.  But, like, you know, where

19  Shannon and Echeverria were working, you know,

20  joint investigation with the FBI, she would have

21  told me that.

22       Q      Let me be a little bit more specific

23  with my question.  I understand that you

24  testified before all the information with

Deposition of Peter Koconis - September 21, 2015

1  regarding to Shannon and Danny are things that
2  they told you.
3      A     Right.
4      Q     I mean on the day that this affidavit
5  was being put together, was it the case that you
6  were giving -- specifically telling the
7  information to Chris or anybody else to put it in
8  the affidavit, and they too, Shannon or Danny,
9  were giving information at that time then for
10 this affidavit?
11     A     No, I don't think that they would have
12 given any information.  I mean, I don't recall.
13 I know -- I can't say I know, but she was
14 probably there.
15     MR. SMITH:  Just for the record I'm going to
16 object to the beginning of that question in terms
17 of form, other than what he's already testified
18 to about other sources besides Shannon and Danny.
19 BY MS. DAVIS:
20     Q     Okay.  So you're saying you don't
21 recall specifically whether she was there or not.
22 Is that your testimony?
23     A     Specifically, no.  She could have
24 been, but I don't remember back that far.

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

Deposition of Peter Koconis - September 21, 2015

1      Q      Was there anything that was typed in

2   this affidavit originally that you refused to

3   attest to?

4      A      I don't think so.

5      Q      Did Shannon promise you anything in

6   exchange for signing this affidavit?

7      A      No.

8      Q      Do you know what I mean by that?

9      A      Yeah.  Did she offer me money or --

10  no.

11     Q      Exactly, money or any other --

12     A      As a matter of fact, I'll tell you I

13  make this joke:  It costs me money to meet them

14  because they come to my house or whatever and I

15  pay for the pizza.

16     Q      I think you mentioned before that

17  Danny or Shannon have been to your house.  How

18  many times have they been to your house?

19     A      Danny and Shannon and Tony, altogether

20  they've been to my house three or four times.

21     Q      And that's during the -- and the time

22  period for that is between the time 2011 when you

23  first met them up until when was the last time

24  they were there?

Deposition of Peter Koconis - September 21, 2015

 1        A      Oh, God, sometime last year, I think.

 2   I had to have surgery, a hip replacement, so I

 3   couldn't go downtown, so I made them come by me

 4   if they wanted to talk.

 5        Q      So the times that they came to your

 6   house, they came to talk to you about this case?

 7        A      Yes.

 8        Q      And when they came to talk to you,

 9   what specifically did they talk to you as related

10   to this case?

11        A      They would ask me questions as to

12   people that that they wanted to depose or that

13   the lawyers wanted to depose, and they would ask

14   me what were the rules and regulations and

15   general orders regarding the responsibilities and

16   duties of a police officer, commander, or

17   lieutenant or supervisor or whatever, on what

18   they were supposed to do in given situation --

19   not just this one, but general situations the

20   rules say you have to do this and this and this.

21   And it applies to everyone for everything, not

22   just their case.

23        Q      Did they ever discuss with you or ask

24   you specific questions about strategy or what

Deposition of Peter Koconis - September 21, 2015

1    they should be doing in this case?

2        A    No.

3        Q    So the times they've come to your

4    house to talk to you, is it your testimony that

5    you all never talked specifically about the

6    actions that should be taken in this case and the

7    people that should be deposed in this case?

8        A    No.  Because I don't know most of

9    those people.

10        Q    So I want to walk through kind of --

11    and we've talked about some of these things, so I

12    won't belabor the things we've already talked

13    about.

14            I want to start at paragraph 4,

15    paragraph 4 through paragraph 8.  Will you look

16    at those?

17        A    Okay.

18        Q    Those paragraphs are about general

19    operational procedures as it relates to reporting

20    misconduct; isn't that right?

21        A    Yes.

22        Q    As it relates to those paragraphs,

23    specifically paragraph 4, it says:  While

24    assigned there -- and that would be IAD -- I

Deposition of Peter Koconis - September 21, 2015

1    assisted in writing general orders and

2    operational procedures on the disciplinary

3    policies to be followed by sworn personnel

4    including members of IAD, Office of Professional

5    Standards, OPS, now known as the Independent

6    Review Police Authority, the IPRA.  That's your

7    testimony from this affidavit; is that right?

8        A     Yes.

9        Q     Now, when you say you assisted in

10   writing those general orders, can you help me

11   understand what exactly you did?  Did you have

12   input?  Did you actually write them?  Was it a

13   committee?  Was it a team?

14       A     It was a team.  And we go through the

15   old procedures and there were some orders that

16   were outdated and there were some policies that

17   were outdated.  And the assistant department

18   superintendent at the time wanted it to be more

19   up-to-date and wanted the investigations to be

20   coordinated so that they were all handled in the

21   same way by us and OPS.

22       Q     Who were the other officers on that

23   team that assisted in writing these general

24   orders and operational procedures?

Deposition of Peter Koconis - September 21, 2015

1      A      Bob Bresnahan who was a lieutenant in

2  special investigations.

3      Q      How do you spell that?

4      A      B-r-e-s-n-a-h-a-n, Robert.   Thomas

5  Trancketello, T-r-a-n-c-k-e-t-e-l-l-o.   Phyllis

6  Muzzupappa, M-i-z-z-u-p-p-a.   And there were

7  other people involved.   And I can't remember all

8  of them because different sections would have

9  different input.   And what we did with this then

10  we developed a course of training under Terry

11  Hillard and Karen Rowan, who was the department

12  legal officer at the time, where we made or

13  required everyone that was an investigator in IAD

14  no matter how long had been there and

15  investigators in OPS go through courses at the

16  police academy and received certificates of

17  training regarding interrogation, conduct of the

18  investigation, proper interviewing, controlling

19  of evidence, arrest procedures, and various other

20  things.

21      Q      Now, is it your testimony that you had

22  a hand in writing the policies and procedures for

23  all of those things?

24      A      Yeah.   I had input because I had been

Deposition of Peter Koconis - September 21, 2015

 1    there the longest.

 2         Q     So make sure I understand.  And this

 3    is where you can educate me a little bit.  Was it

 4    like a big training manual and you had input on

 5    the whole manual?  Was it specific sections and

 6    you had input on specific sections?

 7         A     I wouldn't know anything about the

 8    records section.  That was Phyllis Muzzupappa.  I

 9    know they kept records, but I don't know how long

10    when you had to throw them out, I don't know what

11    they were classified or filed under.  But mostly

12    I did interrogations, conduct of the

13    investigation, and interviews.

14         Q     So those were the sections in

15    particular you know you -- Wait, you have to let

16    me finish.  Those were the sections that you know

17    specifically you had a hand in writing and

18    drafting?

19         A     Yes.

20         Q     Any other sections that you can think

21    of that you haven't mentioned?

22         A     No.  We even had a seasoned police

23    detective, homicide detective -- I just had his

24    name -- Steve something or other.  He just passed

Deposition of Peter Koconis - September 21, 2015

1    away.  He helped in the interviewing process.  We

2    went outside the IAD to get an experienced

3    detective who handled homicides to assist us in

4    this.

5          Q     And do you know if the sections that

6    you were part of writing have ever been amended?

7          A     Oh, yes.

8          Q     So when would you have finished your

9    process in terms of the policies and procedures

10   you had a hand in drafting?

11         A     It's when Hillard was a

12   superintendent, so 2006, '7, something like that.

13         Q     And since 2006 or 2007, do you know

14   how many times those rules have been amended?

15         A     No, I don't know.

16         Q     But you do know that they have been

17   amended; is that right?

18         A     No, I don't, because there's only so

19   many ways you can interview, interrogate

20   somebody.  You know, you just --

21         Q     Do you know if there were any other

22   policies and procedures governing some of the

23   types of conduct that these policies and

24   procedures were designed to address?

Deposition of Peter Koconis - September 21, 2015

1      A      I'm sorry.  I don't understand that.

2      Q      That's fair.  I'll change the

3   question.  Besides those particular policies and

4   procedures, were there other procedures or rules

5   or other, I guess, information that could be

6   consulted that was -- that was different than the

7   policies and procedures you all were working on?

8      A      I think what caused this revamping was

9   some different sections -- there was different

10  sections of the IAD.  There was general

11  investigations, special investigations,

12  confidential investigations.  And then OPS

13  handled brutality, shootings, domestic violence

14  cases.  And I think what they wanted was

15  everybody to interpret the rules and the orders

16  the same way so there wouldn't be any kind of a

17  conflict between the way I did an investigation

18  and somebody else did, or the way OPS did and

19  somebody in general did.  So they wanted

20  everybody to be on the same page.  So all the

21  reports would be done the same way, the findings

22  and the way everything was concluded, you know,

23  just the format, everything was done the right

24  way.

Deposition of Peter Koconis - September 21, 2015

1     Q     And so it's your understanding that
2  the policies and procedures that you all were
3  working on were geared towards making everybody
4  adhere to the same policies and procedures; is
5  that right?
6     A     Yes.
7     Q     And do you know whether or not that,
8  in fact, happened?  What I mean by that is do you
9  know whether or not there were still other rules
10  and policies and procedures that other sections
11  were following that were different than the
12  policies and procedures you were following or you
13  were writing, helping draft?
14     A     I believe that after all this was done
15  and everybody had gone through this course that
16  everybody adhered to the same rules.
17     Q     I'm turning your attention to
18  paragraph 9.  If you'll look at that real quick.
19     A     Okay.
20     Q     And my only question about paragraph 9
21  is as it relates to this case, Shannon Spalding
22  and Danny Echeverria, did you ever have any
23  conversations with Ronald Watts or anybody
24  related to that investigation as it related to

Deposition of Peter Koconis - September 21, 2015

 1  Danny or Shannon?

 2       A    No.

 3       Q    Turning your attention to

 4  paragraph 11.  Paragraph 11 -- and you've already

 5  reviewed that; is that right?

 6       A    Uh-huh.

 7       Q    You requested reassignment to another

 8  division from IAD after your recommendation to

 9  fire Officer Dignan was not followed; is that

10  right?

11       A    When she tried -- when Rowan tried to

12  get me to change my finding, that's when I said I

13  want out.

14       Q    So you requested another assignment to

15  a new division?

16       A    Yes.

17       Q    And that assignment was granted?

18       A    Not by her.  I had to go to the first

19  department superintendent to get out.  She tried

20  to stop me from leaving.

21       Q    But you ultimately were reassigned?

22       A    Yes.

23       Q    When you would give recommendations as

24  to what should happen to officers or personnel,

Deposition of Peter Koconis - September 21, 2015

1    was it you who had the ultimate decision as to

2    whether somebody would be terminated?

3         A     No.

4         Q     So there were other people who weighed

5    in on those kind of decisions?

6         A     No.  Could I explain?

7         Q     Yes.

8         A     I was allowed to suspend at that time

9    the policy was that I was allowed to recommend

10   termination or suspension of 30 days.  If I

11   recommended termination, it would be reviewed by

12   the legal officers in the police department.  It

13   would go to the police board, and then eventually

14   the superintendent would sign off on it.  But as

15   to my recommendations or anyone's

16   recommendations, people that worked for me, I

17   would look at their findings or their reports and

18   I would say you have to -- you know, get this or

19   you have to get a certified copy of conviction or

20   you have to have this or this to make sure your

21   case is strong.

22              I'm sure some people had to do that

23   with my cases because I may be blind to something

24   that I'm doing, whereas somebody else would catch

Deposition of Peter Koconis - September 21, 2015

1    something that I might have missed.

2        Q    Understood.  So as it related to your

3    authority, so to speak, you could give

4    suspensions up to 30 days, but terminations went

5    to other people, to someone else?

6        A    All your recommendations always went

7    up the chain and always went to -- my lieutenant

8    would approve them.  Then it would go to the --

9    in our case, an assistant department

10   superintendent.  And then if it went to firing,

11   it would go to the advocate section for review to

12   make sure that it followed legal standards.  And

13   then it would go to the police board.

14       Q    I want to move on to paragraph 12

15   where it says:  Sometime on or about the year

16   2011, Officer Shannon Spalding contacted you

17   requesting a meeting and that it was urgent.

18            You had already said it was Karyn?

19       A    It was Murphy.

20       Q    It was Karyn Murphy who first

21   contacted you; is that right?

22       A    Yes.

23       Q    But as it relates to this

24   paragraph 12, when Officer Shannon Spalding

Deposition of Peter Koconis - September 21, 2015

1    contacted you, did she tell you that it was

2    urgent and she wanted a meeting?

3        A    Yes.

4        Q    And we discussed those meetings that

5    you had with Shannon that are the subject of

6    number 12 in this paragraph; is that right?

7        A    Yes.

8        Q    When Shannon first contacted you and

9    said she wanted a meeting and it was urgent, have

10   you told me everything that you guys talked about

11   as related to that first contact to you?

12       A    As best to my recollection, if you

13   ever spoke with Shannon Spalding, she talks and

14   she's quick and she's fast and she's got all

15   these facts.  And at some point I would have said

16   wait a minute, we have to talk in person because

17   I can't follow all this.

18       Q    And that's then when that first

19   meeting was arranged at the restaurant; is that

20   right?

21       A    Yes.

22       Q    I want to move to paragraph 13.  Where

23   it says during the meeting, Shannon informed me

24   that she and Officer Danny Echeverria had been

Deposition of Peter Koconis - September 21, 2015

1    working on a confidential joint investigation

2    with the FBI.  It goes on to say:  During this

3    time, the confidentiality of their identities had

4    been breached, and the targets of their

5    investigation, which included sworn members of

6    the police department, were not only aware of

7    their identities and the nature of the

8    investigation, but also began retaliating against

9    both Shannon and Danny.

10              As it relates to paragraph 13, as you

11    sit here now, besides any of the other things

12    that we've talked about, can you name any

13    specific people that Shannon and Danny were

14    referring to as it relates to paragraph 13 of

15    this affidavit?

16        A     Do you mean the accused or do you mean

17    who began retaliating against them?

18        Q     I mean who began retaliating against

19    them, where it says, "but also began to retaliate

20    against Shannon and Danny."

21        A     That would be Roti and O'Grady and

22    then other supervisors in narcotics.

23        Q     Any other names of other supervisors

24    in narcotics that you can think of?

Deposition of Peter Koconis - September 21, 2015

1        A        Just Cesario is one of them.  We

2    talked about him.  I don't know if he was a

3    sergeant or a lieutenant there.  But he was one

4    of their supervisors.

5        Q        Before we move on, any other names of

6    specific people you can think of that they

7    related to you?

8        A        They might have mentioned names, but

9    names mean nothing to me.

10        Q        What about when you say names mean

11    nothing to you, what about districts or other

12    things that would make you know who the people

13    were if you can't remember names?

14        A        See, at the time they were -- this was

15    a federal investigation and they were worried,

16    you know, what they could say and -- because I

17    worked on some and -- I think it's Title 19 or

18    whatever where you can't reveal stuff.  So there

19    were things that they couldn't tell me

20    specifically, but in general they could tell me.

21    And later on it became known that it was Watts.

22    And then that's when I said, well, he was under

23    our radar when I was in the CHA transition team

24    and then when I was in the IAD.

Deposition of Peter Koconis - September 21, 2015

1      Q      I want you to look at paragraph 14.
2  "Both officers expressed great concern for their
3  safety and provided me with detail regarding the
4  hostile work environment, extreme retaliation,
5  lack of backup and other support from members of
6  the department, including the identities of
7  individuals involved in the retaliatory conduct."
8            I want to stop right there for a
9  second.
10     A      Okay.
11     Q      As it relates to hostile work
12  environment, can you recall specific
13  conversations or -- let me go back -- specific
14  instances of hostile work environment that Danny
15  and Shannon shared with you that's the subject of
16  paragraph 14?
17     A      They were told by -- I'm relating what
18  she said.  They were told by other officers that
19  they were instructed not to back these two up.
20  Also Shannon had told me that one of the
21  supervisors told her, you know, "Why don't you
22  leave or quit?  Because I don't want to have to
23  call your daughter and tell her that her mother
24  is not coming home."

Deposition of Peter Koconis - September 21, 2015

1          Another aspect of the safety, this

2     Ronald Watts, as I said before, was suspected of

3     assisting a gang and having a police officer

4     killed, and they were worried that somebody could

5     hurt them, shoot them, or hurt their families or

6     do other things in reference to this.

7          Q     And so that's an example of hostile

8     work environment and extreme retaliation?

9          A     Sure.  If I can expound a little?

10         Q     Sure.

11         A     There was a case years ago where a

12    policewoman, her name was Cynthia White, reported

13    corruption in the Second District, and the police

14    department and the FBI were involved in this.

15    And she then came to work in the internal affairs

16    division.  And between the city and the FBI, they

17    were worried she would be hurt by these officers

18    that she sent to jail, and they moved her out of

19    the city, which is directly against the rules and

20    regulations and the law.  You have to reside in

21    the city to be a policeman.  They were so

22    concerned for her safety, they moved her out of

23    the city.

24         And so when this came up, this girl's

Deposition of Peter Koconis - September 21, 2015

1    name popped right in my head because I worked

2    with her.  I know her quite well.  And this was a

3    situation where she -- you know, they could -- if

4    these people wanted to hurt them, they could hurt

5    them.

6        Q      During your conversation with Shannon

7    and Danny, did they bring up to you anything

8    about the Cynthia White situation?

9        A      No.  They didn't know about it.

10       Q      That's something you knew about?

11       A      Right.

12       Q      As it relates to things they were

13   talking to you about, any other specific examples

14   that they gave you as it relates to the subject

15   of paragraph 14, the hostile work environment,

16   that relates to their case or the alleged lack of

17   backup?

18       A      No.  Just what they were told and what

19   other officers had told them and what a specific

20   supervisor told them, you know, told Shannon that

21   "I don't want to tell your daughter that you're

22   not coming home."

23       Q      Do you remember the name of that

24   supervisor?

Deposition of Peter Koconis - September 21, 2015

1        A      I have no idea what his name is.

2        Q      And as it relates to backup, is it

3    your testimony that they told you there were

4    officers who would not back them up?

5        A      Yes.

6        Q      And did they give you names of

7    specific officers that would not back them up?

8        A      Again, as a supervisor, we had a

9    policeman that was a strange guy in the district

10   that I supervised, and somebody said at a

11   rollcall when this guy wasn't present that if he

12   ever called for help, we weren't going to back

13   him up.  And I said at that rollcall that I was

14   conducting, "If that ever happens and I see

15   nobody going or I see you going the other way, I

16   will suspend you.  I don't care how bad the guy

17   is, he deserves to be -- he's doing a job, he's

18   wearing a badge, you better back him up."

19       Q      I understand.  I agree.  Officers need

20   to be backed up.  I'm asking you did Danny or

21   Shannon tell you of specific people who said they

22   failed to back them up or said they would not

23   back them up?

24       A      No.  They told me the name of the

Deposition of Peter Koconis - September 21, 2015

1    sergeant that told them.  I don't recall what it

2    is.  I can't remember which sergeant.

3         Q     And did they ever tell you they were

4    in any situation, specific circumstances where

5    they had called for backup, and no one backed

6    them up?

7         A     No.

8         Q     So am I correct that this was

9    something that they, I guess, had a fear of, but

10   it's not something that actually happened; they

11   never called for backup and were not backed up?

12        MR. SMITH:  Objection, foundation.

13   BY MS. DAVIS:

14        Q     Is that right?  You can answer.

15        A     My answer to that would be if somebody

16   of a supervisory capacity told me that, then I

17   would be worried for my safety.  Because that

18   supervisor in a specialized unit controls what

19   his officers do and controls their job

20   assignments, their money, their cars.  And so

21   they would be reluctant to disobey him and out of

22   sheer stupidity might not go to back them up.

23        Q     But Danny and Shannon never told you

24   about instances where they called for backup and

Deposition of Peter Koconis - September 21, 2015

 1  no one came?

 2       A     No.

 3       Q     At the end of 14 where it says:

 4  "Danny and Shannon turned to me for advice,

 5  informing that they had on multiple occasions

 6  spoken directly with chief of IAD, Juan Rivera,

 7  and had requested CR investigations be initiated

 8  on their behalf with negative results."  That too

 9  is information that Danny and Shannon told you;

10  isn't that right?

11       A     That and Lieutenant Murphy.

12       Q     So Danny and Shannon and you're saying

13  Lieutenant Murphy also told you this information?

14       A     Murphy said they wouldn't get -- that

15  they couldn't get a CR number where they were

16  assigned, so they came to her.

17       Q     Understood.  So it's your testimony

18  here that also Karyn Murphy told you that Shannon

19  and Danny could not get a CR investigation where

20  they were assigned.  Is that right?

21       A     Could I explain a little bit?

22       Q     First I want you to answer my question

23  to make sure I'm clear.  So Shannon and Danny

24  told you they could not get a CR investigation

Deposition of Peter Koconis - September 21, 2015

1    initiated on their behalf, right?

2         A    Right.

3         Q    And then Karyn Murphy, did she also

4    tell you that in her own knowledge she knew that

5    they could not get a CR investigation?

6         A    What she said is their lieutenant

7    would not get a CR number.  They went to her.

8    Realistically she should have got a CR number.

9    But she gave them the direction, you know, A, go

10   to Rivera and then call him, meaning me.  So one

11   or both of them went to Rivera.  And Rivera

12   should have assigned a CR number right away.  And

13   you have to understand something, what we call a

14   CR number now, they had a different number --

15   they have a different name for it recently in the

16   IAD.  There's a number given, and then they find

17   out whether it's warrants a complaint

18   investigation or it doesn't.  So they give it a

19   number.

20             Now, in these days, it was a CR

21   number.  And then they -- one of them went to

22   Rivera.  And Rivera said Shannon -- that's who --

23   Shannon went to Rivera.  Rivera said that Tony

24   had to come in to get a CR number for something,

Deposition of Peter Koconis - September 21, 2015

1    and, in fact, was a violation of the rules

2    because his job was to get the CR number,

3    interview the complainant, take a report from the

4    complainant, and then go out and interview the

5    victim, which would have been Tony, I guess, in

6    one of these cases.  And then a CR number would

7    be investigated along the channels.

8         Q    I understand.  But I guess maybe I'm

9    not being clear on the one specific fine point

10   I'm going to put on this.  What I'm really trying

11   to understand is whether Karyn Murphy told you

12   that she knew for a fact from her own firsthand

13   knowledge that they couldn't get a CR initiated

14   or whether she told you that was her

15   understanding from them?

16        A    That was her own knowledge that

17   that -- their supervisor would not get a CR

18   number.

19        Q    Okay.  Gotcha.  That's my question.

20             Anybody else besides Karyn Murphy,

21   Shannon, and Danny ever talk to you about Shannon

22   and Danny not being able to get a CR

23   investigation initiated?

24        A    No.

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

Deposition of Peter Koconis - September 21, 2015

```
 1      Q     Okay.  I'm going to move to
 2  paragraph 17 because I think we've really talked
 3  about what's in paragraph 15 and 16.
 4            Paragraph 17.  "After Shannon and
 5  Danny informed me they had been removed from
 6  their detail of 543, I had a conversation with
 7  Deputy Superintendant Beatrice Cuello inquiring
 8  why either of these officers would be removed
 9  from their assignment."  Let me stop right there
10  for a second.
11            So Shannon and Danny told you that
12  they were removed from the detail of 543; is that
13  right?
14      A     Yes.
15      Q     Did they tell you why it was that they
16  were removed from that detail?
17      A     Yes.
18      Q     What did they tell you?
19      A     That they had uncovered during the
20  course of the investigation in the federal
21  building they were looking at files, and they
22  recognized some of the people being investigated
23  to be Chicago police officers.  They then went
24  and informed their supervisor that police
```

Victoria Legal + Corporate Services
800.827.7708  www.victorialcs.com

Deposition of Peter Koconis - September 21, 2015

1    officers were involved, which they are required

2    to do.  At that point, they were taken off the

3    federal -- the FBI task force and sent back to

4    narcotics.  But somehow during the course of all

5    this, somebody -- from what I understand, it was

6    Rivera -- had told the commander of narcotics and

7    the chief of organized crime that there was

8    officers involved in possible corruption and

9    outed Danny and Shannon as the ones that

10   discovered it, when, in fact, the FBI had

11   discovered it, and they only happened upon it

12   when they were working on a side-by-side case.

13        Q    So it's your testimony or it's your

14   understanding that it was Rivera who allegedly

15   outed Danny and Shannon as it relates to their

16   involvement in the investigation?

17        A    Yes.  He outed them to Roti and

18   O'Grady, and O'Grady outed them to everybody

19   else.

20        Q    The conversation you had with Deputy

21   Superintendent Beatrice Cuello, we've talked

22   about that?

23        A    Right.

24        Q    Is there anything else that you and

Deposition of Peter Koconis - September 21, 2015

1   she talked about that we haven't already talked

2   about?

3        A    No.

4        Q    Where exactly did that conversation

5   happen?  Was it on the phone?

6        A    On the phone to her office.

7        Q    Was anybody else around when you had

8   that conversation?

9        A    No.  She wasn't there, and she called

10  me back, and I don't know where she called me

11  back from.

12       Q    But nobody was in the room with you

13  when you were having that conversation?

14       A    No.

15       Q    You stated before, and it says here,

16  that during the conversation, Cuello stated to me

17  that both officers were good officers and Cuello

18  never had experienced any problem with them.

19  Besides what's here and any of the other things

20  that we talked about, did you have any other

21  conversations with Beatrice Cuello?

22       A    No.

23       Q    I just want to make sure this is clear

24  for the record.  At the bottom of 17, it says:

Deposition of Peter Koconis - September 21, 2015

1    "However, during a meeting which included
2    Department Chief James Jackson, Commander James
3    O'Grady, and chief Nicholas Roti, James O'Grady
4    and Nicholas Roti stated they refused either
5    officer to return to their units of assignment
6    within 189 due to the fact that Danny and Shannon
7    were IAD rats."
8            What I want to make sure is clear,
9    that statement, that information was information
10   that Cuello told you that Shannon and Danny told
11   her; is that right?
12       A    Shannon and Danny wouldn't have talked
13   to Beatrice.
14       Q    Then I got that wrong?
15       A    I don't think.
16       Q    So let me turn your attention to
17   paragraph 17.  I just want to make sure that that
18   last statement that starts with "However," that
19   whole statement, I just want to make sure that
20   that statement is a statement that was told to
21   you, I guess, by Danny and Shannon.
22       A    No, no.
23       Q    That's not something that you
24   specifically had firsthand knowledge of?

Deposition of Peter Koconis - September 21, 2015

1        A      No.   Cuello, after she looked into the

2   fact of what was going on with Danny and

3   Beatrice, said that they weren't going to be

4   allowed to go back to -- O'Grady didn't want them

5   back because they were IAD rats.

6        Q      The point I want to clarify is the

7   part that says "during a meeting, which included"

8   these people's names --

9        A      Yeah.  That's who Cuello said who was

10  at this meeting.

11       Q      At that meeting, and she was at that

12  meeting too?

13       A      Beatrice was.

14       Q      Beatrice Cuello was at that meeting?

15       A      Yeah.

16       Q      So your testimony is that Beatrice

17  Cuello was at the meeting where Deputy Chief

18  James Jackson, Commander James O'Grady, Chief

19  Nicholas Roti, and James O'Grady were there, and

20  this statement was made that Shannon and Danny

21  could not go back to narcotics because they were

22  IAD rats?

23       A      Yes.  But I don't know that meeting

24  was just for that or it was just a regular

Deposition of Peter Koconis - September 21, 2015

1    meeting.  And she said, hey, what about these two
2    policemen?  And that's when the conversation came
3    up, no, that they can't go back there.
4         Q    I got it.  There could have been other
5    things discussed?
6         A    Right.
7         Q    But Beatrice Cuello said specifically
8    that was said at that meeting?
9         A    Yes.
10        Q    And she was there?
11        A    Yes.
12        Q    And she heard it?
13        A    Yes.
14        Q    All right.  Lastly -- we're almost
15   done.  Paragraph 18.  I'm going to read this so
16   we're on the same page, paragraph 18.  "While
17   visiting an acquaintance of mine, Lieutenant Paul
18   Kusinsky, assigned to the tactical team in the
19   24th District, the conversation came up that
20   Lieutenant Cesario and Lieutenant Kusinsky
21   recently had a conversation during which
22   Lieutenant Cesario stated something to the effect
23   of, and I quote, 'I cannot believe they middled
24   me into fucking with them, and now I'm involved

Deposition of Peter Koconis - September 21, 2015

1   in this federal lawsuit, end quote.'

2           "He further stated, quote, 'Look at

3   this shit.  All because I fucked with Shannon and

4   Danny because O'Grady and Salemme told me to,'"

5   end quote.  That's a mouthful.

6       A    Yes.

7       Q    So let's break that down a bit.

8           So Paul Kusinsky, he's a friend of

9   yours?

10      A    No.

11      Q    I should say an acquaintance of yours?

12      A    I know him.  He was a tact lieutenant

13  in 24.  And I was there visiting my old bosses

14  and BS'ing, and conversation came up, and this

15  thing came up.  And I told him that I had met

16  these people.  And I don't know how it came up.

17  And he basically said, "I know this guy, and he

18  said that he got middled by O'Grady."

19      Q    And what exactly does it mean to be

20  middled?

21      A    An example would be O'Grady would say

22  something to Cesario to do.  You know, I want you

23  to take this car and drive it to Gary, Indiana.

24  And then he gets caught driving the city car in

Deposition of Peter Koconis - September 21, 2015

1   Gary, Indiana, and Cesario says, "Well, O'Grady

2   told me to do it."  And O'Grady says, "No, I

3   didn't."  That's being middled.  That's being put

4   in the middled.

5       Q       Understood.  Thank you for that.  That

6   makes it clear.

7                And so in the statement in

8   paragraph 18, it's your testimony that Kusinsky

9   told you that Cesario made that statement, the "I

10  can't believe they middled me" --

11      A       Words to that effect, yes.

12      Q       That statement?

13      A       Yes.

14      Q       So Kusinsky told you that Cesario told

15  him that statement?

16      A       Yes.

17      Q       And how is it that the conversation

18  came about that Cesario's name or this statement

19  ever even came up in the conversation?

20      A       Because Hernandez used to work at 24.

21  The Sergeant Padar worked in 24.  He worked in

22  24.  We were talking about -- there was some

23  other incident, some other corruption incident

24  came up, and we were all sitting there talking.

Deposition of Peter Koconis - September 21, 2015

1    And I said, yeah.  And I'm telling them about

2    these two kids that are getting screwed over

3    because of a federal -- an FBI stole some money

4    and screwed up their whole case.  And in the

5    course of the conversation, that came out.  And

6    people that I've talked to said that this Cesario

7    is a good guy and a great boss.  And I don't know

8    him from Adam.

9        Q     When you had that conversation with

10   Kusinsky, was anybody else around when you and he

11   were talking?

12       A     There were people in the office, and I

13   can't remember who they were.

14       Q     Do you know if anybody else heard the

15   statement that you're saying Kusinsky told you

16   that Cesario made?

17       A     There was a group of us talking about

18   a whole bunch of things and, I mean, I couldn't

19   remember what team it was, you know.

20       Q     But it wasn't just you and Kusinsky

21   talking?

22       A     No.

23       Q     So there were other people around --

24       A     Right.

Deposition of Peter Koconis - September 21, 2015

1      Q      -- to hear Kusinsky's statement?

2      A      Right.

3      Q      But you don't recall who those people

4   are as you sit here?

5      A      No.

6      Q      Do you know if they were male or

7   female, what rank they were, anything about them?

8      A      They were mostly patrolmen, tact

9   officers, and the tact sergeant.  And I don't

10  know which team it was, if it was my old team or

11  a different team.

12     Q      And where specifically was this

13  conversation taking place?

14     A      In the tactical offices in the 24th

15  District.

16     Q      Which is where?

17     A      Devon and Clark.

18     Q      The statement that you made here:  "He

19  further stated" -- and that's the "look at this

20  shit all because I fucked with Shannon and Danny

21  because O'Grady and Salemme told me to," that

22  part of the statement, was that made in a

23  different part of the conversation or was it sort

24  of all together?

Deposition of Peter Koconis - September 21, 2015

1          A      It was sort of all together.

2          Q      And at that -- and that statement, do

3     you know if there were any particular people who

4     heard that particular part of the statement?

5          A      Whoever was there would have, you

6     know -- there was a whole bunch of things talked

7     about that day, and this was just a minor part.

8          Q      Was there anything else about Shannon

9     and Danny or this lawsuit or any of that that was

10    talked about during that conversation that's not

11    mentioned here in paragraph 18?

12         A      No.  Because I don't think Kusinsky

13    knows any of those people.

14         Q      You don't think Kusinsky knows Shannon

15    Spalding or Danny Echeverria?

16         A      No, I don't think so.

17         Q      But he knows Cesario?

18         A      Right.  I'm assuming he knows him.

19         Q      And his statements to you were what he

20    said Cesario said to him; is that right?

21         A      Right.

22         Q      And you don't have any firsthand

23    knowledge about whether Cesario said any of those

24    things or not, do you?

Deposition of Peter Koconis - September 21, 2015

1        A       No.

2        Q       What's your relationship with Kusinsky

3    now?

4        A       I haven't seen him.  He got promoted.

5    I think he's a commander now.  I haven't seen him

6    in a while.

7        Q       If he were to say that these

8    statements were not true, would you be saying

9    that he was lying?

10       MR. SMITH:  I'm just going to object to the

11   form of the question as it relates to what he

12   said to Mr. Koconis directly.  Or are you asking

13   what --

14       MS. DAVIS:  I can clear it up.

15       MR. SMITH:  -- he said to him?

16       MS. DAVIS:  That's no problem.

17   BY MS. DAVIS:

18       Q       If Mr. Kusinsky said that he never

19   talked to you and he never said any statements

20   like this, would that be true?

21       A       He might not recall it.  I don't think

22   he would purposefully lie.

23       Q       But if he says that he did not make

24   these statements, then --

Deposition of Peter Koconis - September 21, 2015

1      A      That's his recollection.  If I didn't

2    have this right in front of me, I wouldn't

3    remember this either.

4        MS. DAVIS:  Give me two seconds.  I think

5    that's all the questions that I have.  Unless do

6    you have questions that you're going to be

7    asking?

8        MR. SMITH:  Not at this point.

9        MS. DAVIS:  Okay.  Just give me two seconds.

10        (Recess from 4:16 p.m. to 4:18 p.m.)

11   BY MS. DAVIS:

12      Q      I only have two questions, and it's

13   related to the last paragraph, paragraph 18.  And

14   it's already been read into the record.

15           The last statement where it says,

16   "Look at all this shit all because I fucked with

17   Shannon and Danny because O'Grady and Salemme

18   told me to," was there any other conversation

19   about Salemme during this conversation?

20      A      No.

21      Q      Do you know Joe Salemme?

22      A      No idea who he is.

23      Q      Do you know whether Kusinsky knows

24   O'Grady or Salemme?

Deposition of Peter Koconis - September 21, 2015

1       A       Nope.

2       Q       And I just want to make sure I'm

3  clear.  If Kusinsky says that these statements

4  are absolutely false, do you still stand by this

5  statement in paragraph 18?

6       MR. SMITH:  Again, I'm just going to object

7  to the form.  Are you asking in terms of what

8  Kusinsky said to Mr. Koconis or are you --

9       MS. DAVIS:  Exactly.

10      MR. SMITH:  -- asking about what was said to

11  Mr. Kusinsky?

12  BY MS. DAVIS:

13      Q       I'm asking if Mr. Kusinsky reads this

14  and says, "I never said these things to Pete

15  Koconis," do you still stand by this

16  paragraph 18?

17      A       Yeah.  It was said.  Maybe not that

18  specific exact words the way it's down, but it

19  was the generalization it says.

20      MS. DAVIS:  Okay.  No further questions.

21      MR. SMITH:  No questions.

22      MS. DAVIS:  So we are done.

23      MR. SMITH:  Did they go over waiver of

24  signature?

Deposition of Peter Koconis - September 21, 2015

1        MS. DAVIS:  Did they?

2        THE WITNESS:  I'll waive my signature.

3        MS. DAVIS:  Then you already know.

4            (Deposition concluded at 4:20 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Deposition of Peter Koconis - September 21, 2015

```
 1    UNITED STATES OF AMERICA        )
      NORTHERN DISTRICT OF ILLINOIS   )
 2    EASTERN DIVISION                )   SS:
      STATE OF ILLINOIS               )
 3    COUNTY OF COOK                  )

 4            I, Loretta A. Tyska, Certified Shorthand

 5    Reporter and Registered Professional Reporter, do

 6    hereby certify that PETER KOCONIS was first duly

 7    sworn by me to testify to the whole truth and

 8    that the above deposition was reported

 9    stenographically by me and reduced to typewriting

10    under my personal direction.

11            I further certify that the said deposition

12    was taken at the time and place specified and

13    that the taking of said deposition commenced on

14    September 21, 2015, at 1:30 p.m.

15            I further certify that I am not a relative

16    or employee or attorney or counsel of any of the

17    parties, nor a relative or employee of such

18    attorney or counsel, nor financially interested

19    directly or indirectly in this action.

20                    Witness my official signature on

21    this day, February 19, 2016.

22

23

24            LORETTA A. TYSKA, CSR, RPR, CLR
```

## A

**abhorrent (1)**
50:17
**abided (1)**
56:19
**able (3)**
48:17;49:9;90:22
**absence (2)**
16:22;17:16
**absolutely (1)**
104:4
**academy (1)**
72:16
**accepted (2)**
10:9,10
**accident (3)**
7:8;10:8;14:18
**According (1)**
50:7
**accuracy (1)**
11:6
**accurate (1)**
62:1
**accused (2)**
57:23;81:16
**acquaintance (2)**
96:17;97:11
**across (1)**
32:5
**acting (1)**
50:21
**actions (1)**
70:6
**acts (1)**
25:18
**actually (3)**
62:7;71:12;87:10
**Adam (1)**
99:8
**added (1)**
61:24
**address (3)**
5:18;39:19;74:24
**adhere (1)**
76:4
**adhered (2)**
15:22;76:16
**administered (1)**
4:9
**admitted (1)**
32:9
**adverse (1)**
8:20
**advice (3)**
18:24;26:21;88:4
**advise (2)**
24:21;26:13
**advisor (1)**
41:16
**advocate (1)**
79:11

**Affairs (7)**
7:12;11:5;15:17;
22:10;32:2,11;84:15
**affidavit (32)**
60:9,12,21,23;62:8,
11,13,19,22,23;63:2,
8,13,18;64:8,14,20,
24;65:5,7,23;66:1,5,9,
11;67:4,8,10;68:2,6;
71:7;81:15
**African-American (1)**
11:3
**afternoon (1)**
13:11
**again (4)**
8:5;56:1;86:8;
104:6
**against (11)**
10:14,21;15:4;
16:10;25:20;48:18;
81:8,17,18,20;84:19
**agent (4)**
7:16;23:22;24:2,6
**ago (4)**
4:18;15:12;19:10,
13;22:11;29:14;84:11
**agree (1)**
86:19
**agreement (1)**
4:4
**Allegations (4)**
15:11;40:2;49:2,24
**alleged (2)**
52:5;85:16
**allegedly (5)**
35:16;36:9;44:1;
49:22;92:14
**allow (2)**
50:10;52:22
**allowed (6)**
48:5,6;53:4;78:8,9;
95:4
**almost (1)**
96:14
**along (1)**
90:7
**altogether (1)**
68:19
**always (3)**
9:22;79:6,7
**amended (2)**
74:6,14,17
**answered (2)**
5:8;62:24
**anymore (1)**
44:24
**apparently (1)**
34:9
**appears (1)**
48:12
**applicable (1)**
4:5
**applies (1)**

**69:21**
**appointments (1)**
13:4
**approached (1)**
62:7
**approve (1)**
79:8
**Approximate (1)**
27:12
**approximately (11)**
7:18;8:4,16;9:8;
10:20;19:8;27:11,22;
28:11,16,18
**arbitration (1)**
16:9
**arbitrations (1)**
18:2
**arbitrator (1)**
16:9
**Around (6)**
7:14;14:21;27:16;
93:7;99:10,23
**arranged (1)**
80:19
**arrest (7)**
49:22;50:13;51:17;
52:3,4,23;72:19
**arrests (2)**
16:21;49:2
**articulate (1)**
41:10
**aside (1)**
24:5
**aspect (1)**
84:1
**assertion (1)**
49:9
**assigned (17)**
7:9;23:18;30:10,10,
18;31:20,21;32:7,10;
33:21;38:13,16;
70:24;88:16,20;
89:12;96:18
**assignment (4)**
77:14,17;91:9;94:5
**assignments (1)**
87:20
**assist (1)**
74:3
**assistant (5)**
8:11;63:4;65:11;
71:17;79:9
**assisted (3)**
71:1,9,23
**assisting (1)**
84:3
**associate (4)**
31:16;37:17;38:10;
58:7
**assume (1)**
5:1
**assuming (1)**
101:18

**attempted (1)**
22:16
**attendance (1)**
23:1
**attention (4)**
61:15;76:17;77:3;
94:16
**attest (1)**
68:3
**Attorney (8)**
7:9;50:1,10;53:1;
54:11,12;55:3;62:10
**attorneys (2)**
14:20,21
**auditing (2)**
30:10,23
**authored (1)**
63:18
**Authority (4)**
7:21,22;71:6;79:3
**aware (2)**
32:14;81:6
**away (4)**
50:5;61:24;74:1;
89:12

## B

**baby (1)**
13:3
**back (42)**
7:11;8:2,5,10,15,
18;10:4;14:10;17:18,
24;18:8;21:16;29:19;
33:19,22,24;34:2,6;
35:8,9;39:23;40:10;
41:5;47:21;59:20;
67:24;83:13,19;86:4,
7,12,18,22,23;87:22;
92:3;93:10,11;95:4,5,
21;96:3
**backed (3)**
86:20;87:5,11
**background (2)**
5:17;14:2
**backup (6)**
83:5;85:17;86:2;
87:5,11,24
**bad (3)**
48:13,14;86:16
**badge (1)**
86:18
**band (1)**
31:22
**Barnes (13)**
48:22;49:6,13,14,
18,19;50:19;51:3,7,
10,16;52:15;53:3
**basically (4)**
8:20;22:19;48:2;
97:17
**Bea (5)**
33:1;35:6;40:11;

**41:7;43:10**
**Beatrice (14)**
33:1;40:17;41:3,8,
20;91:7;92:21;93:21;
94:13;95:3,13,14,16;
96:7
**became (2)**
44:20;82:21
**become (1)**
48:10
**began (4)**
81:8,17,18,19
**beginning (2)**
13:24;67:16
**behalf (3)**
11:16;88:8;89:1
**belabor (1)**
70:12
**Beside (2)**
36:23;64:10
**besides (13)**
13:15;16:17;45:21;
58:5,11,19;65:7;66:1;
67:18;75:3;81:11;
90:20;93:19
**best (1)**
80:12
**better (2)**
39:24;86:18
**big (3)**
36:19;39:17;73:4
**bit (7)**
10:19;24:10;53:23;
66:22;73:3;88:21;
97:7
**blind (1)**
78:23
**board (2)**
78:13;79:13
**Bob (1)**
72:1
**boom (1)**
30:8
**boss (2)**
32:13;99:7
**bosses (2)**
31:15;97:13
**both (8)**
13:14;18:21;24:8,
10;81:9;83:2;89:11;
93:17
**bottom (2)**
55:15;93:24
**boy (3)**
13:23;18:10;31:2
**boyfriend (2)**
21:7,9
**breached (1)**
81:4
**break (10)**
5:4,6,7,9;53:22;
60:11,12,16;61:11;
97:7

**Bresnahan (1)**
72:1
**B-r-e-s-n-a-h-a-n (1)**
72:4
**brief (1)**
5:17
**briefed (2)**
44:13,15
**briefly (1)**
7:5
**bright (1)**
41:10
**bring (1)**
85:7
**broke (1)**
18:22
**brother (3)**
17:10,12,15
**brought (1)**
7:23
**brutality (1)**
75:13
**BS'ing (1)**
97:14
**building (3)**
31:22,23;91:21
**bunch (2)**
99:18;101:6
**buy (1)**
58:17

**C**

**call (15)**
13:9;19:15;20:13;
28:23;32:24;41:22;
45:12;50:1,1;57:17;
61:20;83:23;89:10,13
**called (23)**
11:4;13:4,13;19:6,
9;23:9;28:24;29:6;
31:4;33:10;34:1,10,
22;35:16;36:10;
40:16;61:21;86:12;
87:5,11,24;93:9,10
**calling (1)**
35:12
**calls (2)**
28:2,22
**came (32)**
7:11;8:15,21;18:14;
22:11;26:1;37:1;
39:12;40:7;43:1;
44:11,14;49:19;
61:20;65:5,22;69:5,6,
8;84:15,24;88:1,16;
96:2,19;97:14,15,16;
98:18,19,24;99:5
**camera (1)**
59:12
**cameraman (1)**
59:6
**can (32)**

5:6,17,17;7:5;9:8;
10:16,19;20:1;22:2;
29:16;31:8;39:14;
43:4;49:16;50:6,17;
53:15;55:10;56:5,15,
21;71:10;73:3,20;
74:19;81:12,24;82:6;
83:12;84:9;87:14;
102:14
**canceling (1)**
13:5
**capacity (2)**
10:4;87:16
**captain (4)**
10:24;11:13,13;
18:12
**car (2)**
97:23,24
**care (3)**
17:13,15;86:16
**career (1)**
16:24
**careful (1)**
31:15;36:14
**cars (2)**
48:5;87:20
**case (29)**
9:16;10:23;11:19;
12:16,19;15:15;
23:20,23;30:6;40:3,7;
44:14;47:3;59:10;
62:8;67:5;69:6,10,22;
70:1,6,7;76:21;78:21;
79:9;84:11;85:16;
92:12;99:4
**cases (12)**
10:2;11:9,15;18:2;
31:21;38:13,16;
44:13;58:7;75:14;
78:23;90:6
**catch (1)**
78:24
**caught (3)**
15:15;23:13;97:24
**cause (1)**
32:24
**caused (1)**
75:8
**causing (1)**
31:18
**certain (2)**
24:7;56:20
**certificates (3)**
14:10,12;72:16
**certified (1)**
78:19
**Cesario (16)**
37:4;46:18,19,22;
82:1;96:20,22;97:22;
98:1,9,14;99:6,16;
101:17,20,23
**Cesario's (1)**
98:18

**CHA (5)**
22:12;33:2;41:13,
17;82:23
**chain (1)**
79:7
**chance (2)**
60:6;61:3
**change (4)**
15:17;61:13;75:2;
77:12
**changed (1)**
22:24
**changes (1)**
61:23
**changing (1)**
24:19
**channels (1)**
90:7
**charge (3)**
15:16;25:5;41:16
**charged (1)**
51:20
**charges (1)**
49:23
**charging (1)**
52:23
**cheated (1)**
30:7
**check (1)**
38:20
**Chewbacca (1)**
23:9
**Chicago (9)**
5:19;6:24;7:2,20,
22,24;15:1;28:13;
91:23
**chief (12)**
7:10;43:17;44:20,
21,22;45:11;88:6;
92:7;94:2,3;95:17,18
**Chris (10)**
13:13,16;61:2;
62:10;63:2,10,14,17;
66:8;67:7
**Chris's (3)**
64:5;65:4,22
**Cindy (1)**
13:4
**circumstances (1)**
87:4
**city (10)**
17:22;18:5;56:16,
21,24;84:16,19,21,23;
97:24
**Civil (1)**
4:6
**claim (1)**
35:2
**clarify (1)**
95:6
**Clark (1)**
100:17
**classes (2)**

14:19;57:6
**classified (1)**
73:11
**cleaning (1)**
48:3
**clear (10)**
36:5;42:14;44:3;
88:23;90:9;93:23;
94:8;98:6;102:14;
104:3
**cold (2)**
28:12,18
**college (1)**
14:12
**colleges (1)**
14:22
**coming (3)**
48:24;83:24;85:22
**commander (14)**
25:4,6;32:13,16;
36:17;37:6;43:18;
50:21;57:17;69:16;
92:6;94:2;95:18;
102:5
**commanders (1)**
44:23
**commented (1)**
6:21
**committee (1)**
71:13
**complainant (3)**
57:22;90:3,4
**complaint (5)**
16:10;22:20;56:18,
20,22;89:17
**compound (3)**
49:8;55:10;56:2
**compromised (1)**
25:9
**computer (1)**
50:14
**concern (1)**
83:2
**concerned (1)**
84:22
**concluded (2)**
75:22;105:4
**conclusion (2)**
11:6;57:24
**conduct (5)**
57:18;72:17;73:12;
74:23;83:7
**conducting (1)**
86:14
**confidential (7)**
25:11;44:11,11;
48:23;50:21;75:12;
81:1
**confidentiality (1)**
81:3
**conflict (1)**
75:17
**connected (1)**

16:3
**consulted (1)**
75:6
**contact (1)**
80:11
**contacted (7)**
19:14;40:14;61:18;
79:16,21;80:1,8
**contained (1)**
66:8
**continuing (2)**
14:13,14
**control (2)**
30:11,24
**controlling (1)**
72:18
**controls (2)**
87:18,19
**conversation (57)**
13:16;20:2,6;21:16;
23:7;24:13;25:15;
26:24;27:1,2,23;
28:22;29:21;32:19;
33:5;37:2;38:2,8;
40:10,13;41:19,24;
42:3;47:23;48:1;52:7,
8,11,15,20;53:2,6,6,8;
59:9,13;62:14;85:6;
91:6;92:20;93:4,8,13,
16;96:2,19,21;97:14;
98:17,19;99:5,9;
100:13,23;101:10;
103:18,19
**conversations (26)**
13:17;26:23;39:13,
16;45:1,23;46:2,10,
14,21;47:8,15,22;
52:6;53:10,14,22;
55:6,17,20,24;58:23;
62:22;76:23;83:13;
93:21
**conviction (1)**
78:19
**convinced (1)**
8:17
**coordinated (1)**
71:20
**Coosis (1)**
11:11
**cop (1)**
22:13
**coppers (3)**
28:3,3;29:2
**cops (1)**
38:5
**copy (1)**
78:19
**cornucopia (1)**
53:9
**correction (1)**
62:5
**corrections (2)**
61:7,23

**corrupt (3)**
22:13;24:2;25:13
**corruption (7)**
7:23;24:5;41:17;
59:5;84:13;92:8;
98:23
**costs (1)**
68:13
**counting (1)**
54:5
**country (1)**
14:21
**couple (13)**
4:18;21:18,19;
25:17;26:24;27:3,24;
29:2,6,21;41:14;42:1;
65:6
**course (15)**
19:21;21:19,24;
23:6;24:12;25:15,16;
39:12,16;53:2;72:10;
76:15;91:20;92:4;
99:5
**courses (1)**
72:15
**court (1)**
51:1
**cover (2)**
15:21,21
**CPD (1)**
7:6
**CR (25)**
16:7,13;18:19,21;
19:3;22:16;24:24;
27:15;57:20;88:7,15,
19,24;89:5,7,8,12,14,
20,24;90:2,6,13,17,22
**crime (3)**
25:5;43:18;92:7
**crooks (1)**
47:18
**CRs (1)**
15:4
**cubicle (1)**
30:20
**Cuello (15)**
33:1,1;35:6;40:11;
91:7;92:21;93:16,17,
21;94:10;95:1,9,14,
17;96:7
**currently (1)**
6:9
**cut (1)**
30:6
**Cynthia (2)**
84:12;85:8

## D

**Dan (1)**
54:11
**Danny (81)**
21:4,10,11;23:4,14,
16;24:22;27:7;29:23;
30:3,5;31:13;34:10,
18,23;35:2,12,22;
37:17,21;38:3,8;39:4,
9;40:2,8;43:7;45:2,
18;46:3,11,15;47:1,
10,16,24;48:16;
49:18;54:8;55:3;
58:10,21;59:8;64:13;
67:1,8,18;68:17,19;
76:22;77:1;80:24;
81:9,13,20;83:14;
85:7;86:20;87:23;
88:4,9,12,19,23;
90:21,22;91:5,11;
92:9,15;94:6,10,12,
21;95:2,20;97:4;
100:20;101:9,15;
103:17
**Danny's (3)**
24:14;37:21;40:7
**date (2)**
40:12;64:4
**dates (1)**
19:12
**daughter (2)**
83:23;85:21
**DAVIS (24)**
4:2,12;22:2;49:11,
12;51:23;52:1;55:13;
56:4;59:19;67:19;
87:13;102:14,16,17;
103:4,9,11;104:9,12,
20,22;105:1,3
**day (7)**
13:14;20:13;59:3;
65:5,22;67:4;101:7
**days (8)**
8:12,15;15:18;16:6;
40:16;78:10;79:4;
89:20
**dealers (1)**
22:13
**dealings (2)**
45:14,16
**Debbie (4)**
30:12;34:9,12,16
**Debra (2)**
45:5,16
**decertified (1)**
7:22
**decision (1)**
78:1
**decisions (1)**
78:5
**defendants (1)**
44:6
**degree (1)**
14:12
**degrees (2)**
14:9,10
**demote (1)**
11:4

**denied (1)**
32:3
**Department (33)**
6:24;7:3,10,12,23,
24;10:13,14,21;
11:17;14:11,13,20;
15:2,19;16:23;17:19;
18:11;22:24;27:17;
45:13;48:12;56:13;
65:16;71:17;72:11;
77:19;78:12;79:9;
81:6;83:6;84:14;94:2
**depose (3)**
57:14;69:12,13
**deposed (4)**
9:9;10:1;11:16;
70:7
**deposition (12)**
4:3,17;10:5;11:20;
12:2,5,10;13:8,18;
29:20;55:8;105:4
**deputies (1)**
41:3
**deputized (1)**
48:6
**deputy (12)**
15:16;16:1;25:5;
33:3,17;41:2,5;43:16;
44:21;91:7;92:20;
95:17
**deserves (1)**
86:17
**designed (1)**
74:24
**detach (2)**
33:21,22
**detached (1)**
23:19
**detail (4)**
83:3;91:6,12,16
**detailed (1)**
14:18
**details (1)**
20:7
**detective (4)**
7:16;73:23,23;74:3
**developed (1)**
72:10
**Devon (1)**
100:17
**different (16)**
25:24;55:11,12;
56:16,23,24;72:8,9;
75:6,9,9;76:11;89:14,
15;100:11,23
**Dignan (2)**
66:17;77:9
**DIRECT (1)**
4:11
**direction (1)**
89:9
**directly (4)**
39:9;84:19;88:6;

102:12
**disagree (1)**
15:20
**disagreed (1)**
11:7
**disciplinary (2)**
14:23;71:2
**disciplined (1)**
15:2
**discovered (5)**
19:22;22:6;43:3;
92:10,11
**discovery (1)**
4:3
**discuss (1)**
69:23
**discussed (3)**
58:14;80:4;96:5
**discussing (1)**
58:4
**disobey (1)**
87:21
**displeasure (1)**
32:23
**disseminate (1)**
36:16
**District (6)**
8:6;14:21;84:13;
86:9;96:19;100:15
**districts (1)**
82:11
**division (12)**
7:6,7,13;16:4;
30:19,24;32:2,11;
44:24;77:8,15;84:16
**document (2)**
61:24;63:23
**documentation (1)**
23:23
**documents (1)**
11:22
**dog (1)**
6:7
**domestic (1)**
75:13
**done (8)**
48:24;58:1;61:9;
75:21,23;76:14;
96:15;104:22
**dope (1)**
23:11
**down (7)**
5:12;26:2;53:22;
56:15;58:18;97:7;
104:18
**downtown (1)**
69:3
**dozen (5)**
15:7,9;54:5,7,9
**draft (2)**
60:21;76:13
**drafting (2)**
73:18;74:10

**drafts (1)**
63:23
**draw (1)**
61:15
**drive (1)**
97:23
**driving (1)**
97:24
**drug (4)**
22:7,8,13;23:24
**drugs (3)**
21:24;22:14;24:9
**dry (1)**
30:7
**due (1)**
94:6
**dumped (1)**
27:15
**during (41)**
16:23;19:21;20:2,6;
21:15,24;24:12;
25:15;32:18;33:6;
37:1;38:2,8,17;39:16;
42:3;43:21;47:24;
48:16;51:10;52:20;
53:1,7;54:22,23;55:5;
58:3,14;60:12;68:21;
80:23;81:2;85:6;
91:19;92:4;93:16;
94:1;95:7;96:21;
101:10;103:19
**duties (1)**
69:16

## E

**earlier (2)**
38:14;66:17
**easier (1)**
32:7
**Echeverria (13)**
21:11;23:4;29:23;
33:11;39:4;45:3,18;
46:3,11;66:19;76:22;
80:24;101:15
**educate (1)**
73:3
**education (1)**
14:14
**EEOC (2)**
32:15;56:18
**effect (3)**
30:13;96:22;98:11
**eighties (1)**
7:15
**either (3)**
91:8;94:4;103:3
**else (34)**
18:5;19:18;23:1,16;
25:17;37:1;43:20;
45:22;47:11;51:9;
53:7;58:5,13,22;60:4;
62:18;64:7,10,22,23;

65:8,24;66:10;67:7;
75:18;78:24;79:5;
90:20;92:19,24;93:7;
99:10,14;101:8
**else's (1)**
12:1
**emails (1)**
12:5
**employed (2)**
6:9;9:4
**employer (1)**
6:11
**end (3)**
88:3;97:1,5
**enjoying (1)**
9:6
**enough (1)**
17:11
**environment (7)**
27:20;32:16;83:4,
12,14;84:8;85:15
**error (3)**
61:14,15,16
**establishment (1)**
11:2
**Evanston (1)**
14:6
**Even (10)**
5:13,23;25:22;26:1;
28:6;44:18;46:16;
64:21;73:22;98:19
**eventually (5)**
11:8;20:9;22:18;
34:4;78:13
**everybody (10)**
32:9;33:15;36:13;
43:9;75:15,20;76:3,
15,16;92:18
**everyone (3)**
32:3;69:21;72:13
**Evidence (3)**
4:7;23:23;72:19
**exact (2)**
19:12;104:18
**Exactly (9)**
4:19;40:11,12;
51:19;68:11;71:11;
93:4;97:19;104:9
**EXAMINATION (1)**
4:11
**examined (1)**
4:10
**example (3)**
56:17;84:7;97:21
**examples (1)**
85:13
**except (1)**
43:15
**exchange (1)**
68:6
**Exhibit (2)**
59:17;60:6
**exonerated (2)**

16:12,14
**expecting (1)**
19:11
**experienced (2)**
74:2;93:18
**expert (6)**
10:6,7,9,10,12,13
**explain (4)**
15:21;56:16;78:6;
88:21
**explained (1)**
30:3
**explaining (1)**
57:11
**expound (1)**
84:9
**expressed (1)**
83:2
**extent (1)**
40:12
**extreme (2)**
83:4;84:8

**F**

**face-to-face (2)**
53:23;62:16
**fact (14)**
16:15;17:23;31:7;
32:4,10;48:15;52:10;
68:12;76:8;90:1,12;
92:10;94:6;95:2
**facts (1)**
80:15
**fail (1)**
48:8
**failed (1)**
86:22
**fair (3)**
12:4;53:13;75:2
**false (2)**
49:2;104:4
**falsified (1)**
22:23
**familiar (1)**
56:13
**families (1)**
84:5
**far (1)**
67:24
**fast (1)**
80:14
**father (1)**
17:14
**FBI (10)**
23:21;24:1,6;66:20;
81:2;84:14,16;92:3,
10;99:3
**fear (1)**
87:9
**Federal (11)**
4:6,6;21:23;23:20;
56:18,23;82:15;

91:20;92:3;97:1;99:3
**feds (1)**
23:10
**feel (2)**
5:9;8:18
**feeling (1)**
25:22
**female (1)**
100:7
**few (6)**
14:2;27:14;28:22;
34:6;38:14;40:16
**figure (1)**
33:7
**file (3)**
11:5;56:19,22
**filed (2)**
16:8;73:11
**files (1)**
91:21
**filing (1)**
27:15
**finally (3)**
13:6;32:9;50:4
**find (5)**
28:3;33:14;41:9;
48:8;89:16
**finding (2)**
15:17;77:12
**findings (5)**
11:7;15:20,22;
75:21;78:17
**fine (4)**
13:8;17:7;28:15;
90:9
**finish (4)**
4:21;38:7;50:23;
73:16
**finished (1)**
74:8
**fire (1)**
77:9
**fired (1)**
15:18
**firing (1)**
79:10
**firm (2)**
11:4,11
**first (26)**
4:9;21:20;26:16,23;
27:24;28:7;33:3,17;
40:14;41:2,3,5;43:11,
16;54:6;56:10;61:9,
20;63:10;68:23;
77:18;79:20;80:8,11,
18;88:22
**firsthand (6)**
34:15;35:11;42:4;
90:12;94:24;101:22
**five (5)**
42:1;44:23;53:17,
19;54:21
**floor (1)**

65:12
**folks (4)**
35:23;38:3;43:5;
44:4
**follow (1)**
80:17
**followed (3)**
71:3;77:9;79:12
**following (2)**
76:11,12
**follows (1)**
4:10
**food (1)**
20:19
**force (2)**
21:23;92:3
**forced (1)**
22:19
**form (4)**
51:22;67:17;
102:11;104:7
**format (1)**
75:23
**formed (1)**
39:24
**forward (1)**
24:6
**found (6)**
11:1;24:1;26:7;
31:24;32:2;41:1
**foundation (1)**
87:12
**four (12)**
19:10,13;29:14;
44:22;53:10;54:2,3,
19,20,21;56:6;68:20
**free (2)**
5:9;52:20
**friend (2)**
19:19;97:8
**friends (1)**
18:14
**front (1)**
103:2
**fucked (3)**
97:3;100:20;103:16
**fucking (1)**
96:24
**fugitive (1)**
48:4
**fully (1)**
5:8
**further (3)**
97:2;100:19;104:20

**G**

**gang (1)**
84:3
**gangs (2)**
8:2;21:23
**Gary (2)**
97:23;98:1

**gathered (1)**
23:22
**gave (7)**
17:23;19:5;38:15;
49:23;53:9;85:14;
89:9
**geared (1)**
76:3
**Geez (1)**
58:24
**general (10)**
56:14;69:15,19;
70:18;71:1,10,23;
75:10,19;82:20
**generalization (1)**
104:19
**General's (1)**
7:10
**George (1)**
14:6
**gets (1)**
97:24
**girl (1)**
55:2;63:3;64:12
**girl's (1)**
84:24
**gist (1)**
17:8
**given (6)**
31:18;38:12;48:6;
67:12;69:18;89:16
**giving (4)**
15:18;65:24;67:6,9
**Glen (1)**
5:19
**God (2)**
15:11;69:1
**goes (1)**
81:2
**golf (1)**
8:23
**good (14)**
6:3;8:21;17:11;
20:19;28:3;29:4,9;
33:14;40:20,22;48:9;
50:22;93:17;99:7
**gosh (1)**
9:16
**Gotcha (1)**
90:19
**governing (1)**
74:22
**government (1)**
23:21
**graduate (1)**
14:7
**granted (1)**
77:17
**great (3)**
20:21;83:2;99:7
**grievance (1)**
16:8
**grievances (1)**

17:21
**gritty (1)**
17:6
**ground (1)**
4:20
**group (3)**
55:6;66:9;99:17
**guess (8)**
6:2;39:23;44:19;
75:5;87:9;90:5,8;
94:21
**guilty (1)**
24:8
**guy (13)**
22:10;23:10;24:7;
25:7;29:4;30:7;48:20,
22;86:9,11,16;97:17;
99:7
**guys (8)**
13:4;21:17;27:9;
32:18;41:11;44:1;
47:17;80:10
**guy's (1)**
37:10

## H

**half (2)**
15:7,9
**hall (1)**
32:5
**hand (4)**
22:19;72:22;73:17;
74:10
**handicapped (1)**
17:12
**handle (1)**
57:19
**handled (3)**
71:20;74:3;75:13
**handles (1)**
26:18
**hang (1)**
65:12
**Hannah (1)**
51:15
**happen (3)**
40:13;77:24;93:5
**happened (6)**
25:1;40:24;53:6;
76:8;87:10;92:11
**happening (2)**
40:24;42:5
**happens (1)**
86:14
**harassment (1)**
32:16
**hard (1)**
31:3
**harder (1)**
41:18
**head (5)**
5:13;31:11;45:12,

24;85:1
**Headquarters (1)**
42:23
**health (1)**
17:9
**hear (2)**
26:3;100:1
**heard (7)**
35:3;37:2;42:9;
44:4;96:12;99:14;
101:4
**Heather (1)**
13:3
**held (3)**
27:4;50:2;52:22
**help (4)**
20:1;26:13;71:10;
86:12
**helped (2)**
57:5;74:1
**helping (5)**
12:18;25:23;76:13
**Herbert (2)**
54:11;56:12
**Hernandez (6)**
21:6,8;22:22;24:13;
29:23;98:20
**herself (1)**
19:17
**hey (1)**
96:1
**hierarchy (1)**
44:24
**high (1)**
14:5
**Hillard (2)**
72:11;74:11
**himself (3)**
15:15;24:2;32:1
**hip (1)**
69:2
**Hispanic (3)**
37:6,11,14
**Hold (1)**
12:13
**Homan (2)**
31:22;52:18
**home (3)**
24:8;83:24;85:22
**homicide (3)**
14:19,19;73:23
**homicides (2)**
10:9;74:3
**honest (2)**
29:10;41:9
**honestly (2)**
15:12;20:21
**hostile (7)**
27:19;32:15;83:4,
11,14;84:7;85:15
**hours (9)**
4:18;21:18,20;
25:17,21;26:24;

27:10;29:22;65:6
**house (8)**
23:24;26:1;68:14,
17,18,20;69:6;70:4
**Housing (2)**
7:21,22
**hurt (7)**
24:3;25:14;84:5,5,
17;85:4,4

## I

**IAD (39)**
7:14;8:1;10:11;
18:24;31:4,6,7;32:3,4,
7;33:18;34:11,22;
35:7,12,16;36:10,13,
19;38:23;41:6;42:15;
44:19;45:14;48:23;
50:7;66:16;70:24;
71:4;72:13;74:2;
75:10;77:8;82:24;
88:6;89:16;94:7;95:5,
22
**idea (6)**
29:1,13;46:13;
47:14;86:1;103:22
**identities (3)**
81:3,7;83:6
**identity (1)**
25:9
**illegal (1)**
11:1
**Illinois (2)**
5:20;7:9
**immediately (1)**
16:8
**impossible (2)**
48:7,7
**incident (2)**
98:23,23
**include (1)**
66:10
**included (4)**
63:12;81:5;94:1;
95:7
**includes (1)**
66:3
**including (3)**
44:13;71:4;83:6
**Independent (1)**
71:5
**Indiana (2)**
97:23;98:1
**individuals (1)**
83:7
**informant (3)**
23:9,10,12
**information (16)**
36:17;40:5,7;63:17;
65:20;66:10,14,24;
67:7,9,12;75:5;88:9,
13;94:9,9

**informed (3)**
80:23;91:5,24
**informing (1)**
88:5
**initial (1)**
25:21
**initially (1)**
27:19
**initiated (5)**
25:1;88:7;89:1;
90:13,23
**input (9)**
65:24;66:4,6,9;
71:12;72:9,24;73:4,6
**inquiring (1)**
91:7
**inquiry (1)**
41:1
**instances (2)**
83:14;87:24
**institute (1)**
14:16
**instructed (1)**
83:19
**instructions (3)**
31:19;38:12,15
**interest (1)**
22:14
**Internal (9)**
7:12;11:5;15:16;
22:10;30:11,24;32:1,
11;84:15
**interpret (1)**
75:15
**interrogate (1)**
74:19
**interrogation (2)**
14:15;72:17
**interrogations (1)**
73:12
**interview (5)**
57:21,21;74:19;
90:3,4
**interviewing (2)**
72:18;74:1
**interviews (1)**
73:13
**intimidate (1)**
50:3
**into (7)**
14:2;17:6;20:7;
66:11;95:1;96:24;
103:14
**invasions (1)**
24:9
**investigated (2)**
90:7;91:22
**investigation (31)**
7:8;10:15;14:14;
18:16;19:21,22;22:1;
24:3,4,24;25:1,10;
41:17;57:18,19;
66:20;72:18;73:13;

75:17;76:24;81:1,5,8;
82:15;88:19,24;89:5,
18;90:23;91:20;92:16
**investigations (10)**
7:11;14:15;44:16;
48:23;71:19;72:2;
75:11,11,12;88:7
**investigator (2)**
26:5;72:13
**investigators (1)**
72:15
**involve (1)**
18:17
**involved (18)**
18:16;19:23;21:23;
22:7,21;37:8;39:8;
40:20;42:18;44:17,
18;54:10;72:7;83:7;
84:14;92:1,8;96:24
**involvement (2)**
18:15;92:16
**IPRA (1)**
71:6
**issues (1)**
39:11
**Italian (2)**
20:18,24

## J

**Jackson (10)**
33:17;41:2,4,4;
42:10,19;43:11,14;
94:2;95:18
**Jackson's (1)**
43:11
**jail (2)**
24:10;84:18
**James (12)**
38:22;39:7,15;
45:20,22,23;94:2,2,3;
95:18,18,19
**January (1)**
64:2
**job (10)**
8:18;17:16;30:23;
38:21;41:8,18;50:22;
86:17;87:19;90:2
**Jody (1)**
8:8
**Joe (1)**
103:21
**joint (2)**
66:20;81:1
**joke (1)**
68:13
**Joseph (1)**
47:5
**Juan (6)**
22:18;25:3;44:9,9;
45:2;88:6
**jump (1)**
14:2

**junior (1)**
14:12

## K

**Kallatt (1)**
24:8
**Karen (2)**
66:17;72:11
**Karyn (9)**
18:11;19:20;61:20;
79:18,20;88:18;89:3;
90:11,20
**Kenneth (1)**
63:21
**Kenny (2)**
64:9,10
**kept (3)**
13:5;48:24;73:9
**kids (4)**
18:23;33:8;39:19;
99:2
**killed (1)**
84:4
**kind (11)**
10:18;26:22;29:24;
39:8;43:23;44:5;
56:10;66:9;70:10;
75:16;78:5
**Kirby (2)**
45:5,17
**knew (6)**
28:4;29:7;66:15;
85:10;89:4;90:12
**knowledge (9)**
34:15;35:11;40:21;
42:4;89:4;90:13,16;
94:24;101:23
**known (3)**
32:12;71:5;82:21
**knows (6)**
57:8;101:13,14,17,
18;103:23
**Koconis (12)**
4:3,8,15,16;59:17,
24,24;60:1,5;102:12;
104:8,15
**Kusinsky (17)**
96:18,20;97:8;98:8,
14;99:10,15,20;
101:12,14;102:2,18;
103:23;104:3,8,11,13
**Kusinsky's (1)**
100:1

## L

**lack (2)**
83:5;85:16
**Lake (1)**
5:19
**last (13)**
6:11,16;8:14;15:14;

25:11;27:13;37:15;
60:18;68:23;69:1;
94:18;103:13,15
**lasted (1)**
8:12
**Lastly (2)**
47:13;96:14
**later (3)**
27:3;28:17;82:21
**law (7)**
11:4,11;32:6;39:21;
56:23;57:8;84:20
**laws (1)**
56:18
**lawsuit (3)**
44:7;97:1;101:9
**lawsuits (1)**
17:21
**lawyer (12)**
11:14;12:21;13:2;
26:14,15,18;54:4,7;
55:1,1;57:8;58:7
**lawyers (13)**
26:19;54:16,24;
55:19,21,22,24;56:11,
13;58:5,15,20;69:13
**least (1)**
57:10
**leave (7)**
17:1,16;50:6,17;
52:22;65:11;83:22
**leaves (1)**
16:22
**leaving (1)**
77:20
**lectured (1)**
14:22
**led (2)**
23:13;66:13
**left (1)**
8:1
**legal (5)**
26:20;45:12;72:12;
78:12;79:12
**legit (1)**
29:10
**lent (1)**
23:19
**letting (1)**
50:22
**lie (1)**
102:22
**lied (1)**
32:8
**lieutenant (26)**
11:13;18:10,18,19;
30:11;35:19;36:14;
37:4,6,12;44:12,12;
57:16;61:20;69:17;
72:1;79:7;82:3;88:11,
13;89:6;96:17,20,20,
22;97:12
**lieutenants (4)**

31:19;36:20,20;
57:3
**line (2)**
26:7;55:15
**liquor (1)**
11:2
**little (9)**
10:19;24:10;30:20;
39:24;53:23;66:22;
73:3;84:9;88:21
**live (1)**
6:6
**lived (1)**
5:21
**locker (1)**
31:23
**Loevy (1)**
13:2
**Loevy's (1)**
13:2
**long (9)**
5:21;15:12;21:16;
22:11;27:9;41:24;
65:4;72:14;73:9
**longest (1)**
73:1
**look (9)**
6:3;60:18;70:15;
76:18;78:17;83:1;
97:2;100:19;103:16
**looked (1)**
95:1
**looking (1)**
91:21
**Lost (1)**
31:8
**lot (1)**
66:14
**lunch (3)**
8:9;39:17;58:17
**lying (2)**
26:6;102:9

## M

**ma'am (1)**
5:3,10
**mad (1)**
51:2
**major (1)**
7:8
**Makes (2)**
60:3;98:6
**making (4)**
32:24;48:13,14;
76:3
**male (1)**
100:6
**man (3)**
8:21;10:24;11:7
**manual (2)**
73:4,5
**many (12)**

9:8;10:20;15:6;
26:4;53:14,16,21,24;
54:15;68:18;74:14,19
**mark (1)**
59:16
**marked (1)**
60:5
**Marlene (1)**
46:16
**matter (3)**
17:23;68:12;72:14
**may (2)**
20:20;78:23
**Maybe (7)**
42:1;54:8,19;56:6;
64:12;90:8;104:17
**mean (25)**
10:3;12:7;23:8,9;
35:19;44:17;48:19;
58:24;59:2,3;60:22;
65:1;66:6,7;67:4,12;
68:8;76:8;81:16,16,
18;82:9,10;97:19;
99:18
**meaning (2)**
29:10;89:10
**meant (1)**
5:5
**media (1)**
54:12
**mediation (1)**
10:10
**meet (6)**
8:9;20:9,12;21:17;
27:9;68:13
**meeting (38)**
25:24;26:16;28:8,
16;30:2;36:19;38:17;
42:11,16,17,19,21,22;
43:1,6,10,21,23;
48:16;54:16;56:10;
59:7;61:19;79:17;
80:2,9,19,23;94:1;
95:7,10,11,12,14,17,
23;96:1,8
**meetings (21)**
38:18;53:19,24,24;
54:7,7,9,15,22,23;
55:5,12,16,18;56:3,7;
57:11;58:3,6,14;80:4
**members (4)**
14:20;71:4;81:5;
83:5
**mention (1)**
61:12
**mentioned (11)**
22:8;35:18,20;
37:24;39:15;44:2;
46:18;68:16;73:21;
82:8;101:11
**message (1)**
13:9
**messing (1)**

33:15
**met (10)**
19:7;20:14,24;21:1;
38:23;41:8;46:8;
63:10;68:23;97:15
**Michael (1)**
64:17
**Mid (1)**
7:15
**middled (6)**
96:23;97:18,20;
98:3,4,10
**might (9)**
34:3;49:5;50:20;
51:13;57:6;79:1;82:8;
87:22;102:21
**million (1)**
20:16
**Mills (2)**
47:13,15
**mind (2)**
26:11;50:5
**mine (1)**
96:17
**minor (1)**
101:7
**minute (3)**
21:4;31:9;80:16
**minutes (4)**
38:14;42:1,2;50:3
**misconduct (2)**
44:16;70:20
**missed (1)**
79:1
**mixed (1)**
34:3
**M-i-z-z-u-p-p-a (1)**
72:6
**Mohammed (1)**
24:8
**Monday (1)**
13:8
**money (10)**
17:24;23:11,14,24;
24:3;68:9,11,13;
87:20;99:3
**month (3)**
28:7,10;40:12
**months (1)**
56:22
**more (19)**
9:11,13,15,18;
10:19;14:2;17:17;
25:24;26:3;41:15,15;
53:17,19,23;57:7,8;
59:13;66:22;71:18
**morning (2)**
13:8;43:1
**most (5)**
16:13,20;70:8
**mostly (2)**
73:11;100:8
**mother (3)**

17:10,15;83:23
**mouthful (1)**
97:5
**move (4)**
79:14;80:22;82:5;
91:1
**moved (3)**
27:16;84:18,22
**much (3)**
8:24;23:5;41:18
**multiple (1)**
88:5
**murder (1)**
44:18
**murdered (1)**
17:14
**Murphy (16)**
18:11,20,20,22;
40:14;57:3;61:20;
79:19,20;88:11,13,14,
18;89:3;90:11,20
**Murphy's (1)**
19:20
**Muzzupappa (2)**
72:6;73:8

**N**

**name (26)**
4:13;11:12;20:15,
22;22:9;33:17;37:9,
10,13,15;43:12;44:5;
46:19;48:22,24;49:4;
64:16;73:24;81:12;
84:12;85:1,23;86:1,
24;89:15;98:18
**named (5)**
18:11;30:12;37:4;
51:15;58:20
**names (28)**
22:9;25:4,8;29:17;
35:14,17,20,23;36:24;
37:23;38:3,9;39:14;
43:1,5;44:2,6;48:17,
20;49:5;81:23;82:5,8,
9,10,13;86:6;95:8
**narcotics (14)**
22:23;25:6;29:7,8;
33:20,24;36:18;
37:21;43:19;81:22,
24;92:4,6;95:21
**nature (8)**
10:23;49:8;55:11,
19,23;56:2;57:10;
81:7
**NBC (1)**
58:24
**necessarily (1)**
57:1
**need (6)**
5:4,5;8:22;12:22;
18:23;86:19
**needed (1)**

61:13
**negative (1)**
88:8
**new (1)**
77:15
**news (4)**
54:12;59:1,2,5
**next (1)**
27:2
**Nicholas (5)**
46:5;8;94:3,4;95:19
**nineties (2)**
41:9,12
**nitty (1)**
17:6
**nobody (3)**
19:24;86:15;93:12
**none (1)**
15:8
**Nope (1)**
104:1
**normal (1)**
42:24
**Northwestern (1)**
14:16
**notarized (1)**
63:21
**notes (1)**
37:16
**nothings (1)**
28:5
**notice (2)**
4:4;50:9
**number (21)**
16:7;18:19,21;19:3,
6;22:16;57:20;80:6;
88:15;89:7,8,12,14,
14,16,19,21,24;90:2,
6,18
**numbers (2)**
16:14;27:15
**nutshell (1)**
24:11

**O**

**oath (3)**
4:10;59:22,23
**object (5)**
55:10;56:1;67:16;
102:10;104:6
**objection (3)**
49:8;51:22;87:12
**obviously (3)**
21:13;30:21;39:21
**occasionally (1)**
58:21
**occasions (3)**
58:9,10;88:5
**October (1)**
7:4
**off (10)**
5:22;6:2;22:13;

23:12;24:1,19;31:1,2;
78:14;92:2
**offer (1)**
68:9
**office (19)**
7:10;8:11;18:12;
27:17;32:5,6;45:13;
59:3;63:6,8,18;64:5;
65:4,9,13,23;71:4;
93:6;99:12
**officer (19)**
15:14;16:2,10;
49:14;50:9,19;51:13;
61:18,21;64:16;
66:16;69:16;72:12;
77:9;79:16,24;80:24;
84:3;94:5
**officers (26)**
19:23;22:7;31:5;
33:14;35:1;37:20;
40:18,23;71:22;
77:24;78:12;83:2,18;
84:17;85:19;86:4,7,
19;87:19;91:8,23;
92:1,8;93:17,17;
100:9
**offices (1)**
100:14
**O'Grady (41)**
25:6,7;31:4,18;
32:1;33:18;34:1,21;
35:10,11,16;36:9;
38:15,22;39:7,11,15,
18;40:6;41:4;42:20;
43:18;45:20,22,23;
81:21;92:18,18;94:3,
3;95:4,18,19;97:4,18,
21;98:1,2;100:21;
103:17,24
**old (6)**
5:24;6:4;8:24;
71:15;97:13;100:10
**on-air (1)**
6:20
**Once (7)**
10:22;26:1,4;33:20,
22;56:3;63:16
**one (46)**
9:23;10:11;12:22;
13:10,14;15:13,14;
16:11,17;17:1;18:1;
22:8;25:7,24;27:13;
30:18;31:17,22;33:3,
9;36:1,1,2,2,8;38:18;
49:19;51:14;56:5,5;
57:10,13,13;59:3,13;
62:5;69:19;82:1,3;
83:20;87:5;88:1;
89:10,21;90:6,9
**ones (3)**
16:18;56:9;92:9
**only (11)**
8:11,18;15:13;18:1;

48:20;49:4;74:18;
76:20;81:6;92:11;
103:12
**operational (3)**
70:19;71:2,24
**opportunity (3)**
38:19;50:1;51:6
**OPS (5)**
71:5,21;72:15;
75:12,18
**order (3)**
6:7;56:10;57:24
**orders (7)**
56:14;69:15;71:1,
10,15,24;75:15
**organized (3)**
25:5;43:18;92:7
**original (2)**
24:3;33:23
**originally (2)**
37:7;68:2
**out (28)**
16:4;18:8,17;25:3,
8,22;28:3;30:22;
31:16;32:2,8,8;33:7,
22;40:16;41:2;48:14;
49:20;59:5;73:10;
77:13,19;84:18,22;
87:21;89:17;90:4;
99:5
**outdated (2)**
71:16,17
**outed (4)**
92:9,15,17,18
**outside (2)**
28:18;74:2
**over (11)**
13:6;20:18;21:19;
25:16;30:8;41:20;
48:4;60:15;63:1;99:2;
104:23
**own (3)**
89:4;90:12,16

**P**

**Padar (5)**
36:1,2,8,23;98:21
**page (4)**
60:18,18;75:20;
96:16
**paid (2)**
6:12;17:17
**paragraph (30)**
61:17;70:14,15,15,
23;76:18,20;77:4,4;
79:14,24;80:6,22;
81:10,14;83:1,16;
85:15;91:2,3,4;94:17;
96:15,16;98:8;
101:11;103:13,13;
104:5,16
**paragraphs (3)**

63:13;70:18,22
**Park (1)**
39:19
**part (10)**
6:18;22:15;24:4;
43:5;74:6;95:7;
100:22,23;101:4,7
**particular (4)**
73:15;75:3;101:3,4
**parties (2)**
4:5;42:18
**partner (2)**
12:18;21:10
**Pascua (4)**
30:12,12;34:10,12
**passed (1)**
73:24
**past (1)**
9:9
**patrol (2)**
7:7;8:2
**patrolmen (4)**
36:17,18;37:1;
100:8
**Paul (2)**
96:17;97:8
**pause (2)**
22:2;31:9
**pay (1)**
68:15
**payroll (1)**
22:24
**pending (3)**
5:8;17:22;18:3
**people (41)**
25:19;28:4;29:6,7,
12,17,22;35:4,5,17;
36:3,9,13;37:23;
39:12,15;48:8,17;
55:12;58:19;69:12;
70:7,9;72:7;78:4,16,
22;79:5;81:13;82:6,
12;85:4;86:21;91:22;
97:16;99:6,12,23;
100:3;101:3,13
**people's (1)**
95:8
**period (3)**
25:22;33:7;68:22
**perjuring (1)**
15:15
**person (7)**
20:5,10,12;22:17;
37:18;59:7;80:16
**personal (2)**
17:3,7
**personality (1)**
6:20
**personnel (2)**
71:3;77:24
**Pete (1)**
104:14
**Peter (6)**

4:3,8,15;59:24;
60:1;61:11
**Phil (3)**
58:24;59:9,13
**phone (10)**
19:6,15,17,18;
20:13;28:2;41:20;
50:14;93:5,6
**phones (2)**
30:16,20
**phony (1)**
39:18
**Phyllis (2)**
72:5;73:8
**pictures (1)**
65:12
**piqued (1)**
22:14
**pizza (2)**
20:23;68:15
**place (2)**
42:22;100:13
**placed (3)**
51:17;52:2,4
**plaintiff (1)**
10:2
**planted (1)**
23:11
**play (1)**
8:23
**Please (2)**
4:20;5:7
**pled (1)**
24:8
**pm (3)**
103:10,10;105:4
**point (13)**
4:23;16:19;26:7,10;
27:18;30:21;31:22;
63:2;80:15;90:9;92:2;
95:6;103:8
**police (37)**
6:21,24;7:3,11,22,
24;8:6,19;10:12,14,
21;11:17;14:11,13,20,
22;15:1;17:19;18:10;
19:23;22:6;45:13;
53:1;56:13;57:17;
69:16;71:6;72:16;
73:22;78:12,13;
79:13;81:6;84:3,13;
91:23,24
**policeman (9)**
26:5;29:4,14;37:17;
44:19;48:9,10;84:21;
86:9
**policemen (9)**
18:17;25:13;31:14;
38:9;47:17,19;48:13,
14;96:2
**policewoman (1)**
84:12
**policies (17)**

14:23;50:7;57:12;
58:12,15;71:3,16;
72:22;74:9,22,23;
75:3,7;76:2,4,10,12
**policy (5)**
6:21;15:19;18:24;
65:16;78:9
**politically (1)**
16:3
**popped (1)**
85:1
**position (1)**
37:5
**positions (1)**
27:16
**possible (1)**
92:8
**pothole (1)**
18:1
**preliminary (1)**
18:8
**preparation (1)**
12:9
**prepare (1)**
11:20
**present (15)**
35:15;42:21;51:10;
54:14,23;55:19;
56:11;58:5,5,22;64:7,
14,19,23;86:11
**pretty (1)**
58:1
**prior (3)**
6:22,23;62:21
**privileged (1)**
55:17
**Probably (9)**
9:17,17;15:7;27:3,
10;53:10;58:9;65:6;
67:14
**problem (5)**
18:23;31:18;40:18;
93:18;102:16
**problems (2)**
19:20;32:15
**Procedure (1)**
4:6
**procedures (27)**
6:21;10:11;14:23;
18:24;49:1;50:8;
56:14;57:12;58:13,
16;65:16;70:19;71:2,
15,24;72:19,22;74:9,
22,24;75:4,4,7;76:2,4,
10,12
**process (3)**
14:23;74:1,9
**Professional (1)**
71:4
**promise (1)**
68:5
**promoted (5)**
7:16,17,19;10:24;

102:4
**proper (2)**
11:6;72:18
**proven (1)**
16:15
**provide (1)**
62:19
**provided (2)**
65:20;83:3
**punishment (1)**
30:22
**purposefully (1)**
102:22
**pursuant (2)**
4:4,5
**put (13)**
17:5;24:5;27:17;
32:17;59:1,4;61:10;
62:23;66:11;67:5,7;
90:10;98:3

**Q**

**quick (3)**
4:20;76:18;80:14
**quit (2)**
9:1;83:22
**quite (1)**
85:2
**quote (3)**
96:23;97:2,5
**quote' (1)**
97:1

**R**

**radar (1)**
82:23
**rank (2)**
11:8;100:7
**rat (1)**
31:4
**rather (1)**
30:6
**rats (21)**
30:14;31:7;33:19;
34:1,10,11,22;35:7,
12,12,16;36:10,13,19;
37:3;41:6;42:15;43:7;
94:7;95:5,22
**reached (1)**
40:16
**reaction (1)**
8:20
**read (5)**
37:16;60:13,15;
96:15;103:14
**reading (1)**
60:14
**reads (1)**
104:13
**real (2)**
4:20;76:18

**Realistically (1)**
89:8
**really (5)**
9:10;39:24;61:16;
90:10;91:2
**reason (2)**
15:2;26:2
**reassigned (1)**
77:21
**reassignment (1)**
77:7
**recall (14)**
37:18;38:3,7;49:16;
53:15;64:1;65:19;
66:2;67:12,21;83:12;
87:1;100:3;102:21
**received (1)**
72:16
**recently (2)**
89:15;96:21
**recess (3)**
22:4;59:18;103:10
**reckless (2)**
10:8;14:19
**recognized (2)**
22:9;91:22
**recollection (2)**
80:12;103:1
**recommend (1)**
78:9
**recommendation (1)**
77:8
**recommendations (6)**
15:23,24;77:23;
78:15,16;79:6
**recommended (1)**
78:11
**reconstruction (2)**
10:8;14:18
**record (12)**
4:2,14;6:3,3;36:6;
49:8,10;59:20;61:10;
67:15;93:24;103:14
**recording (2)**
52:8,10
**recordings (1)**
49:23
**records (3)**
22:24;73:8,9
**reference (1)**
84:6
**referred (2)**
37:2;66:17
**referring (1)**
81:14
**reflect (1)**
4:2
**refused (4)**
15:18;16:3;68:2;
94:4
**regarding (15)**
14:22;17:9;18:15;
25:1;32:15;40:6;

44:16;45:15,17;57:7;
66:15;67:1;69:15;
72:17;83:3
**regular (1)**
95:24
**regulations (12)**
32:15;50:16;56:15,
17;57:1,2;58:2,4,12;
65:17;69:14;84:20
**related (8)**
49:18;69:9;76:24,
24;79:2;80:11;82:7;
103:13
**relates (22)**
34:21;35:10;40:1,3,
6;49:13;52:14;54:8;
55:15;70:19,22;
76:21;79:23;81:10,
14;83:11;85:12,14,
16;86:2;92:15;102:11
**relating (1)**
83:17
**relationship (1)**
102:2
**reluctant (1)**
87:21
**remember (32)**
7:18;15:13;16:17;
19:11;20:15,22;31:3;
32:24;35:23;43:4;
48:20,21;49:5;53:11;
56:10;59:6;63:11,22;
64:13,15,23;65:3,10,
17;67:24;72:7;82:13;
85:23;87:2;99:13,19;
103:3
**remind (1)**
59:21
**removed (4)**
91:5,8,12,16
**repeat (1)**
4:24
**rephrase (1)**
4:24
**replacement (1)**
69:2
**report (2)**
19:24;90:3
**reported (1)**
84:12
**reporter (1)**
51:1
**reporting (1)**
70:19
**reports (2)**
75:21;78:17
**represent (2)**
50:11,12
**representative (1)**
50:11
**represented (3)**
11:12;12:14;55:21
**requested (3)**

**77:7,14;88:7**
**requesting (2)**
61:19;79:17
**required (2)**
72:13;92:1
**reside (1)**
84:20
**responses (2)**
5:11,15
**responsibilities (3)**
57:15,16;69:15
**restate (1)**
51:23
**restaurant (7)**
20:14,18,24;21:1;
27:5;32:19;80:19
**restaurants (1)**
26:1
**restored (1)**
11:8
**results (1)**
88:8
**retaliate (1)**
81:19
**retaliating (5)**
25:20;48:18;81:8,
17,18
**retaliation (3)**
25:19;83:4;84:8
**retaliatory (1)**
83:7
**retired (2)**
8:8,13
**retirement (1)**
9:6
**retiring (1)**
44:12
**return (1)**
94:5
**revamping (1)**
75:8
**reveal (1)**
82:18
**revealed (1)**
25:4
**review (6)**
11:5,22;60:7;61:3;
71:6;79:11
**reviewed (5)**
12:1,5;62:4;77:5;
78:11
**reviewing (3)**
60:12;61:6,11
**revise (1)**
57:6
**revisions (1)**
63:23
**Ridge (1)**
39:20
**Right (54)**
9:21;10:7;12:7,8;
16:16;17:22;18:7;
26:22;32:5,20;33:4;

34:4;37:13;39:10;
40:8;42:10;45:19;
46:15;51:4;55:21;
57:12;63:19;67:3;
70:20;71:7;74:17;
75:23;76:5;77:5,10;
79:21;80:6,20;83:8;
85:1,11;87:14;88:10,
20;89:1,2,12;91:9,13;
92:23;94:11;96:6,14;
99:24;100:2;101:18,
20,21;103:2
**rip-offs (2)**
22:8;24:9
**ripped (3)**
23:12;24:1,19
**ripping (1)**
22:13
**Rivera (18)**
22:18;25:3;44:9,9,
14;45:2;57:3;66:15;
88:6;89:10,11,11,22,
22,23,23;92:6,14
**Robert (4)**
46:18,19,22;72:4
**Rogers (3)**
58:24;59:10,14
**rollcall (8)**
31:5;34:22;35:15;
36:3,9,11;86:11,13
**Ronald (2)**
76:23;84:2
**room (6)**
46:7;49:21;52:16,
22;60:15;93:12
**Roti (14)**
25:6,7;33:18,24;
41:4;42:20;43:17;
46:5,8;81:21;92:17;
94:3,4;95:19
**rotten (1)**
48:10
**roughly (1)**
8:1
**Rowan (3)**
66:18;72:11;77:11
**ruined (1)**
17:24
**rules (27)**
4:5,6,7,20;18:22;
32:14;39:21;50:15;
56:14,17,24;57:2,5,
12;58:2,4,12;65:17;
69:14,20;74:14;75:4,
15;76:9,16;84:19;
90:1
**ruling (1)**
16:9

**S**

**safety (4)**
83:3;84:1,22;87:17

**Saleme (1)**
47:5
**Salemme (6)**
97:4;100:21;
103:17,19,21,24
**sales (1)**
22:8
**same (11)**
27:5;29:22,24;62:6;
71:21;75:16,20,21;
76:4,16;96:16
**sat (2)**
26:2;30:19
**saw (1)**
61:11
**saying (4)**
67:20;88:12;99:15;
102:8
**schedule (1)**
32:7
**school (4)**
14:5;32:6,8;39:19
**screwed (3)**
48:3;99:2,4
**screwing (1)**
13:6
**seasoned (1)**
73:22
**second (14)**
22:3;27:23;28:15;
29:21;32:19;41:16;
47:23;48:1,16;53:5,8;
83:9;84:13;91:10
**seconds (2)**
103:4,9
**secretaries (1)**
51:14
**section (4)**
7:8;33:20;73:8;
79:11
**sections (10)**
72:8;73:5,6,14,16,
20;74:5;75:9,10;
76:10
**seemed (1)**
27:19
**selling (2)**
11:2;22:14
**send (1)**
11:23
**sense (2)**
10:17;34:5
**sent (3)**
48:4;84:18;92:3
**separate (2)**
22:22;24:24
**separated (1)**
31:2
**sergeant (20)**
7:17,19;22:11,23;
36:4,16;41:14,14;
50:20;51:3,7,10,16;
52:15;53:2;82:3;87:1,

2;98:21;100:9
**sergeants (9)**
31:19;35:18;36:15,
15,21,21,24;48:19;
57:4
**sergeants' (1)**
48:20
**serve (1)**
48:7
**served (1)**
49:3
**serves (1)**
20:19
**services (3)**
23:19;33:21,22
**set (2)**
23:24;48:8
**settled (1)**
17:18
**severely (1)**
17:12
**shakes (1)**
5:12
**Shannon (114)**
13:20,22;14:3;18:9,
9,13,14,18;19:6,6,9;
21:4,8,20,21,22;23:3,
15,16;24:14,22;27:8;
29:22;30:1,4,6;31:17;
34:10,18,23;35:2,12,
22;37:18;38:10;39:4,
9;40:2,6,8,15;42:6;
43:6;45:2,17;46:3,11,
15;47:1,10,16,23;
49:14,18,20;50:18;
51:3;54:8;55:3,3;
58:8,8,22;64:13;
65:19;66:3,4,19;67:1,
8,18;68:5,17,19;
76:21;77:1;79:16,24;
80:5,8,13,23;81:9,13,
20;83:15,20;85:6,20;
86:21;87:23;88:4,9,
12,18,23;89:22,23;
90:21,21;91:4,11;
92:9,15;94:6,10,12,
21;95:20;97:3;
100:20;101:8,14;
103:17
**Shannon's (1)**
21:6
**shared (1)**
83:15
**sheer (1)**
87:22
**sheet (2)**
15:21,21
**sheets (1)**
23:1
**shit (1)**
97:3;100:20;103:16
**shook (1)**
45:24

**shoot (1)**
84:5
**shootings (1)**
75:13
**short (2)**
22:4;59:18
**shoulders (1)**
5:13
**show (1)**
59:16
**shrugs (1)**
5:13
**shut (1)**
26:9
**side (1)**
9:23
**side-by-side (1)**
92:12
**sign (5)**
64:5,24;65:5,23;
78:14
**signature (3)**
60:19;104:24;105:2
**signed (7)**
61:7;63:20,24;64:3,
8,14,20
**signing (4)**
61:4;62:21;65:7;
68:6
**Sison (3)**
63:21;64:9,11
**sit (8)**
29:16;30:15,17;
37:22;61:22;62:3;
81:11;100:4
**sitting (2)**
30:15;98:24
**situation (7)**
20:7;24:14,17;
69:18;85:3,8;87:4
**situations (1)**
69:19
**slap (1)**
26:8
**Smith (14)**
12:14;49:7;51:22;
55:10;56:1;67:15;
87:12;102:10,15;
103:8;104:6,10,21,23
**Somebody (19)**
6:12;16:7;23:15;
26:5;32:10,22,23;
57:14;63:17;66:10;
74:20;75:18,19;78:2,
24;84:4;86:10;87:15;
92:5
**somehow (2)**
26:19;92:4
**someone (1)**
79:5
**someplace (1)**
42:23
**sometime (5)**

33:6;61:17;62:13;
69:1;79:15
**Sometimes (5)**
26:8;55:4;58:21;
59:8,8
**somewhere (2)**
9:20;52:18
**sorry (6)**
11:10;29:18;34:8;
45:23;50:24;75:1
**Sort (3)**
60:13;100:23;101:1
**sources (1)**
67:18
**Spagaren (1)**
64:17
**spaghetti (1)**
20:23
**Spalding (21)**
13:20,22;18:9,13,
14;33:12;39:4;45:2,
17;46:3,12;61:18,21;
62:9;65:1;66:12;
76:21;79:16,24;
80:13;101:15
**speak (3)**
4:20;51:6;79:3
**speaking (1)**
4:21
**special (3)**
8:10;72:2;75:11
**specialized (1)**
87:18
**specific (19)**
25:18,19;42:5;
48:17;66:22;69:24;
73:5,6;81:13;82:6;
83:12,13;85:13,19;
86:7,21;87:4;90:9;
104:18
**specifically (14)**
49:16,17;53:12;
67:6,21,23;69:9;70:5,
23;73:17;82:20;
94:24;96:7;100:12
**specifics (2)**
25:18;65:18
**spell (1)**
72:3
**spelled (1)**
60:3
**spoke (1)**
80:13
**spoken (1)**
88:6
**spot (1)**
24:7
**squad (1)**
48:4
**Square (2)**
31:23;52:18
**St (1)**
14:6

**staff (2)**
45:11;58:21
**stand (3)**
62:4;104:4,15
**Standards (2)**
71:5;79:12
**start (5)**
7:2;13:23;21:20;
56:9;70:14
**started (2)**
7:7;27:18
**starts (1)**
94:18
**state (1)**
4:13
**stated (6)**
93:15,16;94:4;
96:22;97:2;100:19
**statement (19)**
94:9,18,19,20,20;
95:20;98:7,9,12,15,
18;99:15;100:1,18,
22;101:2,4;103:15;
104:5
**statements (6)**
62:4;101:19;102:8,
19,24;104:3
**states (1)**
14:20
**stay (1)**
8:22
**stayed (3)**
7:24;8:7;44:19
**step (1)**
55:17
**Steve (1)**
73:24
**still (6)**
28:18;31:14;53:5;
76:9;104:4,15
**stole (3)**
23:14;24:2;99:3
**stop (4)**
32:17;77:20;83:8;
91:9
**story (2)**
26:3;28:4
**straight (1)**
26:7
**strange (1)**
86:9
**strategy (1)**
69:24
**street (2)**
8:19;20:14
**strike (3)**
9:23;52:14;65:20
**strong (2)**
8:21;78:21
**stuff (8)**
24:20;26:18;31:3;
36:22;40:15;66:13,
15;82:18

**stupidity (1)**
87:22
**subject (3)**
80:5;83:15;85:14
**sudden (1)**
48:10
**sued (1)**
12:23
**summertime (1)**
8:23
**Superintendant (1)**
91:7
**superintendent (10)**
15:16;16:1;18:13;
43:17;71:18;74:12;
77:19;78:14;79:10;
92:21
**superintendents (2)**
33:3;44:22
**supervised (1)**
86:10
**supervisor (11)**
15:20;32:13;50:2;
52:6;69:17;85:20,24;
86:8;87:18;90:17;
91:24
**supervisors (7)**
31:6;36:12,14;
81:22,23;82:4;83:21
**supervisory (1)**
87:16
**support (1)**
83:5
**supposed (4)**
33:23;48:15;57:19;
69:18
**supposedly (2)**
43:20;52:16
**sure (18)**
5:14;12:13,24;
31:10;43:9;44:3;73:2;
78:20,22;79:12;84:9,
10;88:23;93:23;94:8,
17,19;104:2
**surgery (1)**
69:2
**surrender (1)**
50:14
**suspected (1)**
84:2
**suspend (3)**
16:6;78:8;86:16
**suspended (2)**
15:14;16:11
**suspension (1)**
78:10
**suspensions (1)**
79:4
**sustained (2)**
15:8;16:15
**sworn (3)**
4:1;71:3;81:5

**T**

**tact (3)**
97:12;100:8,9
**tactical (5)**
8:3,5;41:15;96:18;
100:14
**talk (13)**
12:9;19:1;20:4;
34:12;37:7;63:7;69:4,
6,8,9;70:4;80:16;
90:21
**talked (40)**
13:1,3;23:17;26:2,
8;29:12,17;32:18;
33:9,16;38:24;39:1,3;
45:8,9,20;46:24;
48:21;51:10;53:1,7,
11;63:2;65:15;70:5,
11,12;80:10;81:12;
82:2;91:2;92:2;93:1,
1,20;94:12;99:6;
101:6,10;102:19
**talking (13)**
24:16;30:5;35:10;
39:18;40:1;58:11;
66:7;85:13;98:22,24;
99:11,17,21
**talks (1)**
80:13
**tape (3)**
49:22;52:8,10
**taped (1)**
52:5
**Taren (1)**
12:16
**targets (1)**
81:4
**task (2)**
21:23;92:3
**teach (2)**
14:18;57:6
**team (16)**
7:21;22:12;31:1,2;
33:2;37:21;41:13;
71:13,14,23;82:23;
96:18;99:19;100:10,
10,11
**technical (1)**
41:15
**technically (1)**
18:22
**techniques (1)**
14:15
**telephone (2)**
62:14,18
**telling (8)**
26:12;33:8;38:3,8;
49:14;65:10;67:6;
99:1
**ten (3)**
9:11;54:18,19

**term (1)**
27:20
**terminated (1)**
78:2
**termination (2)**
78:10,11
**terminations (1)**
79:4
**terms (7)**
37:16;53:23;55:11;
57:18;67:16;74:9;
104:7
**Terry (1)**
72:10
**testified (5)**
4:10;10:21;39:7;
66:24;67:17
**testifying (1)**
11:16
**testimony (9)**
67:22;70:4;71:7;
72:21;86:3;88:17;
92:13;95:16;98:8
**Thomas (3)**
47:13,15;72:4
**though (2)**
5:13;30:9
**thought (6)**
5:23;30:21;31:8;
37:13;39:20;44:18
**threat (1)**
52:23
**threatened (1)**
52:6
**three (3)**
19:13;27:7;44:1;
49:15;53:10;68:20
**throw (1)**
73:10
**timeline (1)**
34:3
**times (10)**
9:9,22;10:20;20:16;
26:4;68:18,20;69:5;
70:3;74:14
**tire (1)**
17:24
**Title (1)**
82:17
**to' (1)**
97:4
**today (2)**
29:16;39:7
**together (6)**
23:16;33:2;41:11;
67:5;100:24;101:1
**told (77)**
11:21;12:12;13:12;
18:14,18;19:2;21:22;
23:3;25:18;26:14,15,
17,24;31:5,6,14;
32:21;34:18,23,24;
35:22;36:11,12;

37:17;38:4,9,17;
40:15;42:12,13;
43:10;45:21;47:22,
23;49:21;50:18;51:4;
52:21;63:14,16;
66:12,21;67:2;80:10;
83:17,18,20,21;85:18,
19,20,20;86:3,24;
87:1,16,23;88:9,13,
18,24;90:11,14;
91:11;92:6;94:10,10,
20;97:4,15;98:2,9,14,
14;99:15;100:21;
103:18
**Tony (23)**
21:3,4,5,6,6,8;
22:21;23:15;24:13;
27:7;28:24;29:22;
30:4,4;31:1;54:9;
55:4;58:9,22;59:8;
68:19;89:23;90:5
**Tony's (2)**
30:6;36:4
**took (6)**
17:1;26:24;49:20,
21;55:7;60:11
**torture (1)**
5:5
**total (1)**
53:13
**Touch (4)**
6:14,22;9:3;13:7
**toughy (1)**
60:1
**towards (1)**
76:3
**traffic (1)**
14:16
**train (1)**
31:8
**training (5)**
30:19,24;72:10,17;
73:4
**Trancketello (1)**
72:5
**T-r-a-n-c-k-e-t-e-l-l-o (1)**
72:5
**transcript (2)**
12:2;61:12
**transcripts (1)**
12:5
**transfer (1)**
16:4
**transferred (1)**
29:8
**transition (4)**
7:21;22:12;33:2;
82:23
**tried (7)**
11:3,4;16:5;37:7;
77:11,11,19
**tripped (1)**
26:6

**troubling (1)**
31:24
**true (2)**
102:8,20
**truth (2)**
26:12;33:8
**try (3)**
4:21;13:10,14
**trying (10)**
17:6,7;19:12;33:7;
37:16;49:3;50:3;
55:14,16;90:10
**turn (2)**
48:11;94:16
**turned (2)**
18:16;88:4
**turning (2)**
76:17;77:3
**two (23)**
16:6;20:13;23:2;
25:21;27:10;28:16,
17;30:9;31:6;36:13;
40:17,22;41:3;42:15;
47:22;51:13;63:5;
83:19;96:1;99:2;
103:4,9,12
**typed (2)**
63:20;68:1
**types (1)**
74:23

**U**

**ultimate (1)**
78:1
**ultimately (1)**
77:21
**uncovered (1)**
91:19
**under (11)**
49:22;50:12;51:17;
52:2,4,23;59:22,23;
72:10;73:11;82:22
**undercover (1)**
25:10
**understood (9)**
5:2;8:14;13:15;
19:5;24:12;36:23;
79:2;88:17;98:5
**unfortunately (1)**
24:1
**union (2)**
11:13;50:11
**unit (5)**
23:20;33:23;43:19;
51:14;87:18
**units (1)**
94:5
**University (1)**
14:16
**Unless (1)**
103:5
**unlikely (1)**

48:11
**unretire (1)**
8:10
**up (39)**
22:11;23:24;26:6,9;
32:24;34:3;35:17,17;
37:1;43:1;48:3,8,24;
66:13;68:23;79:4,7;
83:19;84:24;85:7;
86:4,7,13,18,20,22,
23;87:6,11,22;96:3,
19;97:14,15,16;98:19,
24;99:4;102:14
**upcoming (1)**
13:18
**upon (1)**
92:11
**up-to-date (1)**
71:19
**urgent (4)**
61:19;79:17;80:2,9
**use (1)**
27:20
**used (2)**
39:18;98:20
**useless (1)**
28:5
**usually (1)**
6:8

**V**

**various (1)**
72:19
**vehicular (1)**
14:19
**verbal (2)**
5:12,15
**verify (1)**
38:19
**victim (1)**
90:5
**violated (1)**
57:2
**violation (3)**
39:21;50:15;90:1
**violence (1)**
75:13
**Vision (3)**
6:14,22;9:3
**visiting (2)**
96:17;97:13
**voice (1)**
32:23

**W**

**Wait (3)**
21:3;73:15;80:16
**waive (1)**
105:2
**waiver (1)**
104:23

**walk (2)**
26:23;70:10
**walked (1)**
46:6
**warrants (2)**
48:7;89:17
**waste (2)**
25:23;28:6
**Watts (10)**
22:10;23:13,14;
24:7;44:14,15;66:15;
76:23;82:21;84:2
**way (12)**
18:8;48:12;60:3;
71:21;75:16,17,18,21,
22,24;86:15;104:18
**ways (1)**
74:19
**wearing (1)**
86:18
**weeks (5)**
27:3,14,24;28:16,
17
**weighed (1)**
78:4
**Weis (1)**
8:8
**welcome (1)**
33:19
**well-defined (1)**
58:1
**weren't (5)**
48:5,5;55:20;86:12;
95:3
**West (1)**
5:19
**what's (7)**
13:12;20:18;28:3;
40:23;91:3;93:19;
102:2
**whereas (2)**
57:7;78:24
**wherever (1)**
49:20
**White (2)**
84:12;85:8
**whole (6)**
16:12;73:5;94:19;
99:4,18;101:6
**wife (1)**
6:7
**within (3)**
27:14;40:16;94:6
**Witness (7)**
4:1,9;10:5,9,11;
22:5;105:2
**witnesses (2)**
57:21,23
**woman (5)**
41:10;51:15;55:2;
63:4;65:10
**women (1)**
51:13

**Words (2)**
98:11;104:18
**work (15)**
6:12,23;8:10,13;
16:5;27:19;32:15;
57:4;83:4,11,14;84:8,
15;85:15;98:20
**worked (5)**
8:2;18:12;23:15,16;
25:13;28:24;29:3,7,
15,15;32:1;33:1;
37:20;38:5,23;41:11,
13;45:10;57:5;58:8;
78:16;82:17;85:1;
98:21,21
**workers (1)**
29:9
**working (15)**
9:3;19:4;21:22;
23:21;25:12;30:11;
31:14;49:20;51:14;
66:16,19;75:7;76:3;
81:1;92:12
**works (1)**
55:2
**worried (4)**
82:15;84:4,17;
87:17
**worse (3)**
27:21,21,21
**write (2)**
60:23;71:12
**writing (7)**
71:1,10,23;72:22;
73:17;74:6;76:13
**wrong (1)**
94:14

**Y**

**year (10)**
6:16;7:14;8:16;
14:7,17;17:17;28:7;
61:18;69:1;79:15
**years (15)**
5:22,24;6:4;7:1;
15:7;19:10,12,13;
29:14;39:2;48:9;54:2,
3;57:5;84:11
**young (1)**
15:13

**1**

**1 (3)**
59:17;60:6;63:13
**11 (2)**
77:4,4
**12 (4)**
61:17;79:14,24;
80:6
**13 (3)**
80:22;81:10,14

**14 (4)**
83:1,16;85:15;88:3
**1423 (1)**
5:19
**15 (2)**
39:1;91:3
**16 (1)**
91:3
**17 (4)**
91:2,4;93:24;94:17
**18 (12)**
39:2;48:9;56:22;
57:5;63:13;96:15,16;
98:8;101:11;103:13;
104:5,16
**189 (1)**
94:6
**19 (1)**
82:17
**1964 (1)**
14:8
**1971 (1)**
7:4
**1999 (2)**
7:20;22:12

---

**2**

**20 (2)**
9:13;64:2
**2004 (2)**
8:1;44:15
**2005 (3)**
8:1,4;44:15
**2006 (2)**
74:12,13
**2007 (1)**
74:13
**2009 (2)**
8:17;9:2
**2011 (6)**
28:9,11,19;61:18;
68:22;79:16
**2014 (3)**
6:17,18;9:3
**2015 (2)**
6:18;64:2
**21st (2)**
20:14,17
**22 (1)**
17:14
**22nd (2)**
20:14,17
**24 (5)**
28:24;97:13;98:20,
21,22
**24th (3)**
8:6;96:19;100:14
**25 (1)**
7:4
**27 (2)**
8:12,15

---

**3**

**30 (5)**
9:15,20;15:18;
78:10;79:4
**38 (1)**
7:1

---

**4**

**4 (3)**
70:14,15,23
**4:16 (1)**
103:10
**4:18 (1)**
103:10
**4:20 (1)**
105:4
**40 (1)**
50:3

---

**5**

**5 (1)**
60:18
**50 (2)**
9:18,20
**543 (3)**
23:18;91:6,12

---

**6**

**60 (2)**
5:22,24
**60660 (1)**
5:20
**69 (2)**
6:1,4

---

**7**

**7 (1)**
74:12

---

**8**

**8 (1)**
70:15

---

**9**

**9 (2)**
76:18,20

---