IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chicago Police Officers SHANNON ) <br> SPALDING and DANIEL ECHEVERRIA, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br> CITY OF CHICAGO, Chicago Police Chief ) <br> JUAN RIVERA, Chicago Police Chief ) <br> JAMES OøGRADY, Chicago Police Chief ) <br> NICHOLAS ROTI, Chicago Police Lt. ) <br> Sergeant MAURICE BARNES, Chicago Police ) <br> Lt. ROBERT CESARIO, Chicago Police ) <br> Commander JOSEPH SALEMME, Chicago ) <br> Police Sergeant THOMAS MILLS, ) <br>   ) <br>   Defendants. ) | Mo. 12-cv-8777 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Sheila M. Finnegan |

**PLAINTIFFS' FOURTH MOTION *IN LIMINE*
TO BAR EVIDENCE OR REFERENCE TO PLAINTIFF SPALDING'S
RECEIPT OF DISABILITY PENSION BENEFITS**

NOW COME Plaintiffs, by and through their attorneys, moving *in limine* to bar evidence or reference to Plaintiff Shannon Spaldingøs receipt of ordinary disability benefits from the Retirement Board of the Policemenøs Annuity and Benefit Fund.as evidence of Plaintifføs mitigation of damages.

Plaintiff Spalding is seeking damages in this case for past and future lost wages as a result of Defendantsø actions.  Plaintiff Spalding has received ordinary disability benefits from the Retirement Board of the Policemenøs Annuity and Benefits Fund since July 24, 2014. Benefits received from the Retirement Board are considered õcollateral sourceö and should not be deducted from an award for back pay. *EEOC v. O'Grady, 857 F. 2d 383, 389* (7th Cir. 1988.)

Therefore, evidence of Plaintiff Spalding's receipt of disability pension benefits should not be admitted into evidence.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court bar any evidence of Plaintiff Spalding's receipt of disability pension benefits at trial in this matter and direct all attorneys for Defendants to advise all of their witnesses of the Court's Order *in limine*.

    Respectfully submitted,

    /s/ Christopher R. Smith
    Christopher R. Smith
    Attorney for Plaintiff

Christopher Smith Trial Group LLC
1 N. LaSalle Street, Suite 2000
Chicago, IL 60602
312.432.0400