IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Chicago Police Officers SHANNON SPALDING and DANIEL ECHEVERRIA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 12-cv-8777 |
| CITY OF CHICAGO, Chicago Police Chief JUAN RIVERA, Chicago Police Chief JAMES O'GRADY, Chicago Police Chief NICHOLAS ROTI, Chicago Police Lt. Sergeant MAURICE BARNES, Chicago Police Lt. ROBERT CESARIO, Chicago Police Commander JOSEPH SALEMME, Chicago Police Sergeant THOMAS MILLS, | ) ) ) ) ) ) ) ) ) | Judge Gary Feinerman<br><br>Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' THIRD MOTION *IN LIMINE* TO BAR ANY TESTIMONY, EVIDENCE OR ARGUMENT OR REFERENCE TO OTHER CIVIL LAWSUITS, COMPLAINT REGISTERS AND/OR DISCIPLINARY HISTORIES OF THE INDIVIDUAL DEFENDANTS AND OTHER POLICE PERSONNEL WHO MAY TESTIFY**

Plaintiffs agree that they will not attempt to introduce any testimony, evidence or argument or reference to other civil lawsuits, complaint registers and /or disciplinary histories of the individual Defendants, but reserve the right to introduce such evidence with regard to other police personnel who may testify or with regard to Plaintiffs' *Monell* claims. At this point, the Defendants have not identified other police personnel who may testify and therefore Plaintiffs are unable to determine whether they will attempt to introduce testimony of prior complaint registers, civil lawsuits and or disciplinary histories. Therefore Defendants motion should be denied.

Respectfully submitted,

**/s/ Jeffrey L. Taren**

Jeffery L. Taren
Miriam N. Geraghty
Kinoy Taren & Geraghty, P.C.
224 S. Michigan, Suite 490
Chicago, Illinois 60604
Phone: (312) 663-5210
Fax: (312) 663-6663
jtaren@ktglawyer.com

Christopher R. Smith
Christopher Smith Trial Group
1 North LaSalle St., Ste. 2000
Chicago, Illinois 60602
Phone: (312) 432-0400
Fax: (312) 850-2704
chris@crstrialgroup.com